XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
LISA L. FREUND
Deputy Attorney General
State Bar No. 249174
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9569
 Fax: (619) 645-2581
 E-mail: Lisa.Freund@doj.ca.gov
*Attorneys for Defendants*
*E. Estock, M.D., K. Ball, D.O.,*
*S. Chaiken, Ph.D., and C. Regules*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES,<br><br>                           Plaintiff,<br><br>      v.<br><br>DR. ESTOCK; DR. BAL; S. CHAIKEN; C. REGULES; and DOES 1-3,<br><br>                           Defendants. | 3:16-cv-02458-MMA-BLM<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY**<br><br>Courtroom: 3A<br>Judge:         The Honorable Michael M. Anello<br>Trial Date:   Not Yet Set<br>Action Filed:    9/28/2016 |

Defendants E. Estock, M.D., K. Ball, D.O. (erroneously sued and served as Dr. Bal), S. Chaiken, Ph.D., and C. Regules (Defendants) answers the Complaint (Docs. 1-2) as follows.

1.   Answering paragraph A, Defendants admit the allegations.

2.   Answering paragraph B.1, Defendants admits Plaintiff is currently incarcerated at Calipatria State Prison and deny the other allegations.

1

3. Answering paragraph B.2, Defendants admit E. Estock, M.D. and K. Ball, D.O. worked as physicians at Calipatria State Prison from 2014 to 2016. Defendants admit S. Chaiken, Ph.D. was the CEO of California State Prison, Sacramento, during 2014 and 2015 but deny that she held that position in 2016. Defendants admit C. Regules was the Chief Support Executive in 2015 and 2016 but deny that he held that position in 2014.  Defendants lack knowledge or information sufficient to form a belief about the truth of the other allegations.

4. Answering paragraph C, Count 1, Defendants deny the allegations.

5. Answering paragraph C, Count 2, Defendants deny the allegations.

6. Answering paragraph D.1, Defendants lack knowledge or information sufficient to form a belief about the truth of the other allegations.

7. Answering paragraph D.2, Defendants admit that Plaintiff filed two appeals pertaining to his urological medical complaints.  Defendants deny the other allegations.

8. Answering paragraph E, Defendants deny generally that Plaintiff is entitled to the relief requested in the Complaint, or to any relief at all.

## FIRST AFFIRMATIVE DEFENSE
(Statute of Limitations)

Plaintiff's claims are barred by the statute of limitations because they arose more than two years before this action was commenced.

## SECOND AFFIRMATIVE DEFENSE
(Failure to Exhaust Administrative Remedies)

Plaintiff's claims are barred because he did not exhaust California Department of Corrections and Rehabilitation administrative remedies as to the claims brought in this action.

/ / /

/ / /

/ / /

THIRD AFFIRMATIVE DEFENSE

(Qualified Immunity)

Defendants are entitled to qualified immunity because they did not violate clearly established law governing the facts and circumstances of Plaintiff's claim.

FOURTH AFFIRMATIVE DEFENSE

(Failure to State a Claim)

The Complaint fails to state any claim upon which relief can be granted.

FIFTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

Plaintiff's claims for damages are barred, or should be reduced, because Plaintiff failed to exercise reasonable diligence to mitigate the nature and extent of all claims and alleged injuries.

PRAYER FOR RELIEF

Defendants request that Plaintiff take nothing, that judgment be entered in favor of Defendants, that Defendants recover costs of suit, and that Defendants recover such other relief as the Court deems proper.

DEMAND FOR JURY

Defendants demand trial by jury.

Dated: February 17, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

*s/ Lisa L. Freund*
LISA L. FREUND
Deputy Attorney General
*Attorneys for Defendants
E. Estock, M.D., K. Ball, D.O.,
S. Chaiken, Ph.D., and C. Regules*

SD2017703609
81594573.doc

## CERTIFICATE OF SERVICE

Case Name:  **Holmes v. Estock**          Case No.  **3:16-cv-02458-MMA-BLM**

I hereby certify that on **February 17, 2017**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **February 17, 2017**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Charles Holmes
AL-0671
Calipatria State Prison
P.O. Box 5004
Calipatria, CA 92233
*Plaintiff in Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 17, 2017**, at San Diego, California.

|  A. Lopez  |  *signature*  |
|  Declarant  |  Signature  |

SD2017703609
81596412.doc