# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Michael M. Anello

| | |
|---|---|
| FROM:  D. Nanula, Deputy Clerk | RECEIVED DATE:  September 11, 2017 |
| CASE NO.  16-cv-02458-MMA-BLM | DOC FILED BY:  Charles Holmes |
| CASE TITLE:  Holmes v. Estock et al | |
| DOCUMENT ENTITLED:  Request for Counsel and Proposed Order to Show Cause on Preliminary Injunction | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

**Date Forwarded:   September 13, 2017**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. **THE CLERK OF COURT IS INSTRUCTED TO FILE THIS DOCUMENTAS A "MOTION FOR PRELIMINARY INJUNCTION."** |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   September 15, 2017                 CHAMBERS OF:  The Honorable Michael M. Anello

cc: All Parties                              By:   /s/ Law Clerk