Charles Holmes
ALo671
CSP-CAL P.O. Box 5004
Calipatria, CA 92233



NUNC PRO TUNC
09/11/2017

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CHARLES HOLMES                          3:16-cv-02458-MMA-BLM
        plaintiff,


PROPOSED ORDER TO SHOW
CAUSE ON PRELIMINARY INJUCTION
AND REQUEST FOR COUNSEL

v.s.

DR. ESTOCK ET AL.,
            defendants.
_____/

Upon the supporting declaration of the plaintiff and the accompanying memorandum of
law it is ORDERED that defendants show cause in Room 3 A before the Honorable
Michael M. Anello on October_____2017, time TBD, why a preliminary injunction
should not issue pursuant to Rule 65(a), Fed. R. Civ. P., enjoining the said defendants,
their successors in office, agents, and employees and all other acting in concern and
participation with them, to provide a medically course of action concerning the type of
pain medication that should be provided for plaintiff's chronic pain, and also for the
transfer to the Donovan state prison or Lancaster state prison the closest (2) medical
prison to Loma Linda hospital, wherein plaintiff was originally treated.

IT IS FURTHER ORDERED that effectively immediately, and pending the hearing and
determination of this matter, defendants shall direct medical staff at Calipatria to
proscribe a suitable pain medication sufficient to treat a urinary tract infection.

IT IS FURTHER ORDERED that counsel be appointed to assist plaintiff with the
remainder of the case at issue.

1

dated:

_____

Hon. District Court Judge

Charles Holmes
ALo671
CSP-CAL P.O. Box 5004
Calipatria, CA 92233

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CHARLES HOLMES                          3:16-cv-02458-MMA-BLM
        plaintiff,

                                        REQ. FOR
                                        PRELIMINARY INJUNCTION
                                        AND FOR THE COURT TO APPOINT
                                        COUNSEL
                                        F.R.C.P. 65(a)

v.s.

DR. ESTOCK ET AL.,
                defendants.
_____/

### STATMENT OF CASE

This  is a civil rights action brought under 42 U.S.C. 1983 by a state prisoner who is

suffering from a serious ongoing medical condition [kidney ureter / bladder urinary tract

infection/ chronic pain]. Plaintiff seeks a preliminary injunction to ensure he receives

proper medical care.

1

## STATEMENT OF FACTS

In a declaration submitted with this motion, after filing this complaint plaintiff as a state prisoner is still suffering from a serious ongoing medical condition [kidney ureter / bladder urinary tract infection/ chronic pain]. On 8-16-2016 he filed another inmate appeal describing that he is still in very bad pain and that acetaminophen 325 mg was not taking the pain away, while at Folsom state prison prior to his transfer to Calipatria he was approved for methadone 10 mg twice a day for 17 month which was at least making the pain bearable, but when transferred back to Calipatria an arbitrary decision was made to change his meds to acetaminophen 325 mg. Plaintiff also brought to staffs attention that he was being kept in OHU as a form of punishment. Plaintiff attempt to exhaust this appeal through the third level of review on December 28, 2016 by submitting the 602 and responses in an envelope and giving it to the officer for sending addressed to Healthcare, California Prison (HCS) P.O. Box 4038, 660 suite 400, Sacramento, CA 95812-4038. 6 month later I receive the mail return to sender as unable to be delivered, this has been an ongoing problem with my legal mail since I began this suit. Even my communication with the Office of the Attorney General has been tampered with.

 In January 2017, I was taken to a special committee for a medical transfer to Donovan state prison (a Medial facility), close to Loma Linda hospital, I was initially told I would be transferred there so that I could receive onsite medical attention, however it was conveyed to me that once the medical review board became aware of this lawsuit they put the transfer on hold, this was in January this is now August and I am suffering worst.

## ARGUMENT

In determining whether a party is entitled to a preliminary injunction, courts generally consider several factors; the party will suffer irreparable injury the "balance of hardships" between the parties, the likelihood of success of the merits, and the public interest. Each of these factors favors the grant of this motion.

### A. The Plaintiff is Threatened with Irreparable Harm

The plaintiff alleges that he has been denied care for a serious medical need contrary to a physician's instruction. Such conduct is a clear violation of the Eighth Amendment. Estelle v. Gamble, 429 U.S. 97, 105, 97 S. Ct.285 (1976) (noting that "intentionally interfering with the treatment once prescribed" is a form of unlawful deliberate indifference). As a matter of law, the continuing deprivation of constitutional rights constitutes irreparable harm. Elrod v. Burns, 427 U.S. 347, 373, 96 S.Ct 2673 (1973). this principle has also been applied in prison litigation generally see Jolly v. Coughlin, 76 F.3d 468, 482 (2d cir. 1996) and specifically in prison medical cases. Phillips v. Michigan Dep't of Corrections, 731. F. Supp. 792, 801 (W.D. Mich. 1990), aff'd, 932 f.3d 969 (6rh cir. 1991). In addition, the plaintiff is threatened with irreparable harm because of the nature of his injury, if he does not receive proper treatment at the proper time his kidney could bust and he could die.

### B. The Balance of Hardships Favor the Plaintiff

3

In deciding whether to grant a preliminary injunction, courts ask whether the suffering moving party if the motion is denied will outweigh the suffering non-moving party if the motion granted. See Mitchell v. Cuomo, 748 f. 2d 804, 808 (2d Cir. 1984) (holding that the dangers posed by prison crowding outweighed state's financial and administrative concerns); Duran v. Anaya, 642 F. Supp. 510, 527 (D.N.M. 1986) (holding that prisoners' interest in safety and medical care outweighed the state's interest in saving money by cutting staff).

In this case, plaintiff's current suffering can be cured if he is transferred to Donavon state prison a medical facility close to Loma Linda hospital wherein he was originally treated, his potential suffering by staying confined at Calipatria is enormous continued untreated chronic pain and possibly death, due to the staffs deliberate indifference with his treatment and legal mail. The defendant's hardship amounts to no more than business as usual.

## C.  The Plaintiff is Likely to Succeed on the Merits

the plaintiff has a great likelihood of success on the merits. for what the defendants have done- "intentionally interfering with [medical] treatment once prescribed" –was specifically singled out by the Supreme Court as an example of unconstitutional "deliberate indifference" to prisoners' medical needs. Estelle v. Gamble, 429 U.S. 97, 105, 97 S.Ct 285 (1976), many other courts have held failure to carry out a doctors orders is unconstitutional see. Johnson v. Wright , 412 F.3d 398, 406 (2d Cir. 2005) (denial of reberton therapy for Hepatitis C contrary to the recommendations of all the plaintiff's treating physicians); Lawson v. Dallas County, 286 F.3d 257, 263 (5th Cir. 2002) (disregard for follow-up care instructions for paraplegic)0; Lopez v. Smith, 203

4

F.3d 1122, 1132 (9th Cir. 2000) (en banc) (failure to provide liquid diet for prisoner with a broken jaw, and substitution of a pureed diet that could not be drunk through a straw, stated a claim of interference with prescribed treatment); Koehl v. Dalsheim, 85 F.3d 86, 88 (2d Cir. 1996) ( denial of prescription eyeglasses sufficiently alleged deliberate indifference); Erickson v. Holloway, 77 F.3d 1078, 1080-81 (8th Cir. 1996) (officers' refusal of emergency room doctors' request to admit prisoner and take x-rays ); Aswegan v. Bruhl, 965 F.2d 676, 677-68 (the Cir. 1992) (failure to honor doctors' order and refrain from cutting the plaintiff's hands behind his back); Boretti v. Wiscomb, 930 F.2d 1150, 1156 (6th Cir. 1991) (nurses failure to perform prescribed dressing change).

**D.  The Relief Sought will Serve the Public Interest**

In this case, the grant of relief will serve the public interest because it is always in the public interest for prison officials to obey the law, especially the Constitution. Phelps-Roper v. Nixon, 545 F.3d  685, 690 (8th Cir. 1991) (nurses failure to perform prescribed dressing change).

**<u>CONCLUSION</u>**

For the fore going reasons, the court should grant the motion.

DECLARATON IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY

INJUNCTION

Charles Holmes states:

1. I am the Plaintiff in this case. I make this declaration in support of a motion for a preliminary injunction to ensure I receive proper medical care.

2. As set forth in the complaint in this case the defendants have acted with deliberate indifference by failing to make the proper orders of treatment and when orders of treatment were made, failure to carry them out.

3. Since the filing of my complaint I still must take medication for chronic pain because my kidney condition still exists and is getting worst, my medication was changed from methadone 10 mg to acetaminophen 325 mg, and because of the change my pain has increased I have brought this problem verbally and through a 602, however my mail was tampered with see: EX: A attached hereto which has caused a 8 month delay.

4. upon information and belief in January I was taken to a special committee for a medical transfer to Donovan state prison (a Medial facility), close to Loma Linda hospital, I was initially told I would be transferred there so that I could receive onsite medical attention, however it was conveyed to me that once the medical review board became aware of this lawsuit they put the transfer on hold, this was in January this is now August and I am suffering worst.

5. Now my legal mail dealing with this case is being delayed and obstructed, upon information and belief intentionally.

6. together these defendants have the responsibility for providing the plaintiff the necessary medication as well as arrange for him to be transferred to Donovan State Prison as was initially considered at his January Committee.

6. together these defendants have the responsibility for providing the plaintiff the necessary medication as well as arrange for him to be transferred to Donovan State Prison or in the alternative Lancaster state prison as was initially considered at his January Committee.

7. I believe counsel being appointed will greatly assist me in further litigating this case, because I am a layman at the law and my life is in the hands of the defendants, my mail is being tampered with, if I had counsel appointed, I would not have to worry about my communication with the Attorney general or the court being tampered with, also I will be ensured a full and fair hearing

8. On August 17, 2017, I was sent to Loma Linda hospital again a biopsy was done on my left kidney, when I left I was only given one day of Tylenol 3 for pain, On Saturday August 19, 2017 I went to medical staff because I was still discharging blood and my pain level was at a 8, Dr. Lopez was called and told the medical staff to only give me acetaminophen 350, which I was already on. Attached at Exhibit B are true and correct copies of all of the medical request slips I have submitted to staff here regarding my chronic pain and lack of treatment, since the submission of this case.

9. For the foregoing reasons set forth in the motion the plaintiff is entitled to a temporary restraining order requiring the defendants to:(1) proscribe a suitable pain medication sufficient to treat the chronic pain associated with a urinary tract infection, (2) transfer him to a medical institution Donovan or in the alternative Lancaster state prison close to the Loma Linda hospital wherein he is being treated., (3) stop interfering with his legal mail, and a preliminary injunction requiring the defendants to carry out that plan of

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated August 22, 2017

*Charles Holmes*

Charles Holmes

# EXHIBIT A

**APPEAL RESPONSE**

**California State Prison–Sacramento**
**P.O. Box 290066**
**Represa, CA 95671**

NAME: *CHARLES HOLMES*

CDCR#: *A10671*  Facility/Bed: *A - 4 - 138*

## STATE PRISON
## GENERATED MAIL

*A4-138*

*CAL TRO*

*LEGal mail*

GENERATED FROM
CALIPATRIA STATE PRISON



U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 92233  **$ 000.67⁵**
02 4W
0000339287 DEC 28 2016

*HEALTH CARE, CALiforNia PRISON (HCS)*
*P.O. BOX 4038. 660 suite 400,*
*SacRaMENTo, CA 95812-4038*

NIXIE        957   DE 1        0001/01/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 95671         *0704-04034-28-37
95812$4038 090

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| | | CAL HC | 16034017 | 8 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HOLMES CHARLES | ALD671 | C-4-138 | |

**A.** Continuation of CDCR 602, Section A only (Explain your issue) :

I came to califatria state prison on 7·8·2016,
I was on methadone 10MG twice a day for 17
months at sac-180 due to MY painful bad uti
infection now hurting both MY kidneys, I was
told by doctor LOPEZ upon arrive at califatria
prison, I had to get off pain meds methadone
at this prison without looking into MY medical
history, I was placed in CHU as a form
of punishment because I was on methadone
and in pain, I was placed in a single cell without
any property, couldnt go out MY cell to the yard
or receive any fresh air, couldnt go to religious
service, I been to wasco state, CMC state prison, SAC-180
state prison, this is the only prison that
punish a inmate for needing pain meds,
I told cyard doctor I'm in pain she stated
I'm not giving you any pain med but
acetaminophen 325MG

Inmate/Parolee Signature: _____   Date Submitted: 8·16·2016

RECEIVED
AUG 25 2016
CAL HC Appeals

RECEIVED
OCT 25 2016
CAL HC Appeals

**B.** Continuation of CDCR 602, Section B only (Action requested): Not to be punished for Having
a kidney problem that not being treated by califatria
state prison medical staff. I'm in very bad
pain due to MY infection and a knot on MY face
that hurted bad.

Inmate/Parolee Signature: _____   Date Submitted: 8·16·2016

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES


### Institution Response for First Level HC Appeal

**Date:**   9/29/2016

**To:**   HOLMES, CHARLES (AL0671)
A  004 1138001L
Calipatria State Prison
P.O. Box 5001
Calipatria, CA 92233-5001

**Tracking/Log #:**   CAL HC 16034017

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 8/25/2016, you indicated:

| | **Issue Type** | **Action Requested** |
|---|---|---|
| **Issue 1:** | Medication ( Pain Management ) | P/I is requesting a different pain medication for a Urinary Tract Infection. |
| **Issue 2:** | Non-Medical/Custody ( Disciplinary Issues ) | P/I is requesting not to be punished by being placed in OHU and not be allowed to go to religious services due to his pain and infection. |

**Interview:**
You were interviewed by Dr. Kim, Physician and Surgeon, on 9/14/2016 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issues.

**Response:**
The Institution Response indicated a review of the "Inmates with Test of Adult Basic Education (TABE) Reading Scores of 4.0 or Less" list indicates you have a Reading Grade Point Level (RGPL) above 4.0 and you have no disabilities requiring special accommodation to achieve effective communication.

The First Level Appeal, received on 8/25/2016 indicated that you are requesting a different pain medication for a Urinary Tract Infection. You also requested to not be placed in the OHU and be unable to attend religious services due to infection. P/I Holmes, I reviewed your eUHR and met with you on 9/14/2016 in Central Health. It was determined that there is no medical indication for Narcotic medication. However, I am awaiting input from the specialist and will treat pain with appropriate medication.

Inmates may not demand particular medication, diagnostic evaluation, course of treatment, or accommodation chronos. The California Code of Regulations (CCR), Title 15, Section 3354, Health Care Responsibilities and limitations, (a) Authorized Staff, states, "Only facility-employed health care staff, contractors paid to perform health services for the facility, or persons employed as health care consultants shall be permitted within the scope of their licensure, to diagnose illness or, prescribe medication and health care treatment for inmates. No other personnel or inmate may do so."

**Appeal Decision:**
Based upon the aforementioned information, your appeal is Denied. There is no medical indication for Narcotic medication at this time. Patient-inmates may not demand certain medications or refuse to be housed in the OHU if ordered by a doctor.

RECEIVED

OCT 25 2016

CAL
HC Appeals

The appellant is advised that his issue may be submitted for a Second Level Review within the 30 days of receipt of this response if he desires.

Dr. Kim
Physician and Surgeon
Calipatria State Prison

RECEIVED

OCT 2 5 2016

HC Appeals

STATE OF CALIFORNIA
**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 6/13)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | | | Institution: | Log #: | Category: |
|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | CAL HC | 16034017 | 8 |
| Signature: | | Date: | | FOR STAFF USE ONLY | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): Holmes, Charles | CDCR Number: AL 0671 | Unit/Cell Number: C4-138 | Assignment: |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): _____

SEE ATTACHed CDCR 602 HC.

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A): _____

SEE ATTACHED CDCR 602 HC.

☐ **Supporting Documents: Refer to CCR 3084.3.**

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ No, I have not attached any supporting documents. Reason: _____

Patient-Inmate Signature: _____ Date Submitted: _____
☐ By placing my initials in this box, I waive my right to receive an interview.

| SECTION C. FIRST LEVEL - Staff Use Only | Check One: Is CDCR 602-A attached? ☒ Yes ☐ No |
|---|---|

This appeal has been:          Check One: Is this a recategorized/converted 1824? ☐ Yes ☒ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter):   Date: _____
☒ Accepted   Assigned to: Dr. Kim   Title: P&S   Date Assigned: 8/30/16   Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 9-14-16   Interview Location: CM
Your appeal issue is: ☐ Granted ☐ Granted in part ☒ Denied ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☒ Yes ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: M Kim   Title: M |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: ____ Date completed: 9-14-16 |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: B Siople MD Title: A—c Wo |
| 4. Comments: TABE 6.8 | | | (Print Name) |
| | | | Signature: ____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: RECEIVED | Date closed and mailed/delivered to appellant: 10/4/16 |

OCT 25 2016

CAL
HC Appeals

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**

CDCR 602 HC (Rev. 06/13)

Page 2 of 2

**SECTION D.** If you are dissatisfied with the **First Level response**, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

I'm dissatisfied with the first level response by DR KIM. IT IS CLEAR THAT HE IS befuddling OR CHANGING THE issue, MY MAIN CONCERN IS THAT I'M IN substantial Pain Daily, and I'm being Denied Pain Medication, I'M NOT a doctor AND I'M NOT ATTEMPING to demand A PARTICULar medication, However.

Patient-Inmate Signature: _____ Date Submitted: 10-28-16

**SECTION E. SECOND LEVEL - Staff Use Only**      Check One: Is CDCR 602-A attached?   ☒ Yes ☐ No

This appeal has been:      Check One: Is this a recatergorized/converted 1824?   ☐ Yes ☒ No

☐ Bypassed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter): Date: _____ Date: _____

☒ Accepted   Assigned to: __Dr. Stepke__   Title: __CMF (A)__ Date Assigned: 10/27/16 Date Due: _____

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in part ☒ Denied ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☐ Yes ☒ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: _____ Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: __K. Reilly__ Title: __CEO__ |
| 4. Comments: _____ | | | (Print Name) |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: _____ | Date closed and mailed/delivered to appellant: 12/8/16 |

**SECTION F.** If you are dissatisfied with the **Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

I'M dissatisfied with 2 Level RESPONSE, MY issue has NOT adequately been addressed NOR resolved I'M STILL IN PAIN daily The doctor's HERE ARE IGNORING and DENYING ME ANY TYPE of adequate treatment for MY PAIN.

Patient-Inmate Signature: _____ Date Submitted: 12.20.2016

**SECTION G. THIRD LEVEL - Staff Use Only**

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter): Date: _____

☐ Accepted at the Third Level of Review

Your appeal is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: _____

See attached Third Level response.

| | Third Level Use Only |
|---|---|
| | Date closed and mailed/delivered to appellant: _____ |

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

Patient-Inmate Signature: _____ Date Submitted: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 04/11)                                                                                    Side 1

| STAFF USE ONLY | Institution: | Log #: | Category: |
|---|---|---|---|
| Emergency Appeal ☐ Yes ☐ No | CAL HC | 16034017 | 8 |
| Signature:                Date: | FOR STAFF USE ONLY | | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**                    **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HOLMES Charles | AL0671 | C-4-138 | |

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
Dr. Kim and Cyard doctor refused to provide me pain medication

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I have a very bad urinary track infection, I explain to cyard doctor I'm in very bad pain and that acetamimorden 375 mg is not taking my pain away.

B. Action requested (If you need more space, use Section B of the CDCR 602-A): To be giving something to stop my pain and not to be placed AHU with no property Yard, go to my religious services

☐ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

_____   _____   _____

☑ No, I have not attached any supporting documents. Reason: Can see my medical record for where I put a sick call form in due to my pain, and where Dr. Kim deny me pain meds, and will not follow the specialist Hadley recommendation

Patient/Inmate Signature: _____   Date Submitted: 9-16-2016

☐ By placing my initials in this box, I waive my right to receive an interview.

RECEIVED
AUG 25 2016
T:
/CAL
HQ Appeals

F
RECEIVED
OCT 25 2016
U
/CAL
HC Appeals
E

O
N
L
Y

**C. First Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:

☐ Bypassed at the First-Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) :   Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):   Date: _____

☐ Accepted at the First Level of Review

Assigned to: _____   Title: _____   Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:   ☐ Granted   ☐ Granted in part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by HCAC: _____

| | HCAC Use Only |
|---|---|
| | Date mailed/delivered to appellant: ___/___/___ |

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE APPEAL**                                                                        Side 2

CDCR 602 HC (REV. 04/11)

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Health Care
Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

I'm dissatisfied with the first level response by Dr Kim it is clear
that he is befuddling or changing the issue my main concern is that I'm
in substantial pain daily and I'm being denied pain medication, I'm
not a doctor and I'm not attempting to demand a particular
medication. However

Patient/Inmate Signature: _____   Date Submitted: 10.21.2016

---

**E. Second Level - Staff Use Only**          **Staff – Check One: Is CDCR 602-A Attached?**   ☐ Yes  ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____   Date: _____   Date: _____

☐ Cancelled (See attached letter):   Date: _____

☐ Accepted at the Second Level of Review

Assigned to: _____   Title: _____ Date Assigned: _____ Date Due:_____

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section
below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in part  ☐ Denied   ☐ Other:_____
See attached letter.  If dissatisfied with Second Level response, complete Section D.

Interviewer: _____   Title: _____   Signature: _____   Date completed:_____
                (Print Name)

Reviewer: _____   Title: _____   Signature: _____
                (Print Name)

|  | HCAC Use Only |
| Date received by HCAC: _____ | Date mailed/delivered to appellant: ___/___/___ |

---

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third
Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Office of Third Level Appeals – Health Care,
California Prison Health Care Services, P.O. Box 4038, 660 Suite 400, Sacramento, CA 95812-4038.  If you need more space, use Section F of
the CDCR 602-A.

_____
_____
_____
_____

Patient/Inmate Signature: _____   Date Submitted:_____

---

**G. Third Level - Staff Use Only**

☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____   Date: _____   Date: _____

☐ Cancelled (See attached letter):   Date: _____

☐ Accepted at the Third Level of Review

Your appeal is   ☐ Granted   ☐ Granted in part  ☐ Denied   ☐ Other:_____

See attached Third Level response.

|  | Third Level Use Only |
|  | Date mailed/delivered to appellant: ___/___/___ |

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list
conditions.)

_____
_____

Patient/Inmate Signature: _____   Date Submitted:_____

Print Staff Name: _____   Title: _____   Signature:_____   Date:_____

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


## Institution Response for Second Level HC Appeal

**Date:**   11/21/2016

**To:**   HOLMES, CHARLES (AL0671)
A  004 1138001L
Calipatria State Prison
P.O. Box 5001
Calipatria, CA 92233-5001

**Tracking/Log #:**   CAL HC 16034017

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 10/25/2016, you indicated:

| Issue Type | Action Requested |
|---|---|
| **Issue 1:** Medication ( Pain Management ) | P/I is requesting a different pain medication for a Urinary Tract Infection. |
| **Issue 2:** Non-Medical/Custody ( Disciplinary Issues ) | P/I is requesting not to be punished by being placed in OHU and not be allowed to go to religious services due to his pain and infection. |

**Interview:**
You were interviewed by Dr. Kim, Physician and Surgeon on 9/14/2016 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issues.

**Response:**
The First Level Appeal, received on 8/25/2016 indicated a request for different pain medication and asserted that being housed in OHU was a form of punishment. The response stated that there is no medical indication for opiates for pain and you were being offered formulary medications as appropriate. You were also advised that housing may not be refused, and OHU placement is not a form of punishment. Rather the OHU is a location to facilitate delivery of more intense medical monitoring and medication management than is possible on the regular yard. The determination of housing in OHU is a decision of medical necessity.
At the First Level of Review (FLR) this appeal was Denied.

The Second Level Appeal, received on 10/25/2016 indicated dissatisfaction with the First Level Appeal, and restatement of your medical issue. After review, there is no compelling evidence that warrants intervention at the Second Level of Review as the medical condition has been evaluated by licensed clinical staff and you are receiving treatment deemed medically necessary. This decision is based on the criteria set forth in the California Code of Regulations, Title 15, Section 3350 (a)(b)(1)(4)(5), which states that the medical department shall provide medical services for inmates based on medical necessity and supported by outcome data as effective medical care. Additionally you have made statements about urinalysis not being done, and antibiotics not prescribed. A review of the medical record shows regular and timely primary care provider (PCP) evaluations, as well as the involvement of a urologist (specialist). The medication regimen for your medical issues has been reviewed by the facility PCPs as a group and found to be appropriate. Additionally the urologist who recently evaluated you made specific recommendations regarding performing urinalysis and prescribing antibiotics. This medical decision making has already been reviewed with you by your PCP. Your medical condition is to be further evaluated by a urologist at a tertiary care facility. Recommendations that come of this evaluation will be reviewed with you.

At the Second Level of Review this appeal was denied as care and medication provided is deemed appropriate and medically necessary. Further, medically appropriate housing is not a form of punishment and may not be refused.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is denied.

The appellant is advised that his issue may be submitted for a Director's Level Review within the 30 days of receipt of this response if he desires.


DR. STEPKE
Chief Medical Executive (A)
Health Care Services
Calipatria State Prison

K. REILLY
Chief Executive Officer
Health Care Services
Calipatria State Prison

EXHIBIT B

REQUEST FOR TREATMENT

California Correctional Health Care Services

Patient Discharge Instructions

**Name:** HOLMES, CHARLES    **Current Date:** 08/21/17 12:46:48

**DOB:** 10/15/72    **CDCR:** AL0671

**Reason For Visit:** 1:Urinary tract infection

**Recommendations and arrangements for future care**

**Devices/Equipment:**

None

Provider Comment:

**Medications**

During the course of your visit, your medication list was updated with the most current information.

    **acetaminophen** 650 mg, Oral, Tab, TID, PRN pain, Administration Type NA, Order Duration: 2 day, First Dose: 08/19/17 20:10:00 PDT, Stop Date: 08/21/17 20:09:00 PDT

    **Bactrim DS 800 mg-160 mg oral tablet** 1 tab, Oral, Tab, BID-KOP, Administration Type KOP, Order Duration: 5 day, First Dose: 08/18/17 19:00:00 PDT, Stop Date: 08/23/17 18:59:00 PDT

    **doxazosin 2 mg oral tablet** 2 mg, Oral, Tab, BIDAM+PM, Administration Type DOT, Automatic Refill, First Dose: 06/23/17 7:00:00 PDT, Stop Date: 10/23/17 0:01:00 PDT

Take only the medications listed above. Contact your doctor prior to taking any medications not on this list.

HOLMES, CHARLES has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

    **7362 RN Initial Visit (Symptomatic)** 08/18/17 11:10:00 PDT, 1 business day,

170.71.227.62.20170804171704220714441E5#1.00, 08/18/17 23:59:00 PDT, PAIN ON LEFT SIDE

**Medical Chronic Care (CCP) Follow Up 40** 07/13/17 0:01:00 PDT, ~~*180 days (all other chronic conditions)~~, 01/09/18 23:59:00 PST, cc

**PCP Follow Up 40** 08/19/17 0:01:00 PDT, 08/21/17 23:59:00 PDT, PCP F/U 8/21/2017 for TTA visit hematuria and flank pain

**Request Referral to Urology** 07/26/17 0:01:00 PDT, Routine, Urology, Procedure for urinary bladder mass, Ambulatory, No, Standard Precautions, 08/26/17 23:59:00 PDT

**Chronos**

**7410** 06/02/17 9:19:00 PDT

**7410 (SOMS)** 06/02/17 9:20:07 PDT, P, 7410 Expire Date 12/31/9999, LBO, LR, Per 7410 dated 7-12-2016.

**DPW=** Full Time Wheelchair User Impacting Placement Placement

**DPM=**Mobility Impairment Impacting Placement Placement

**DPH=**Deaf/Hearing Impairment Impacting Placement Placement

**DPV=**Blind/Vision Impairment Impacting Placement

**GFLS=** Ground Floor-Limited Stairs

**LBO=** Lower/Bottom Bunk Only

**WCFT=**Full Time Wheelchair User

**TVWL=**Transport Vehicle with Lift

**ETM=**Extra Time for Meals

**WRN=**No Rooftop Work

**DPO=** Intermittent Wheelchair User Impacting

**DLT=**Requires Level Terrain NOT Impacting

**DNH=**Hearing Impairment NOT Impacting

**BFWCO=**Barrier Free Wheelchair

**GFNS=**Ground Floor-No Stairs

**IAA=**Inmate Attendant/Assistant

**WCLT=**Limited Wheelchair User

**SC=**Special Cuffing Needed,

**UVX=**UV Exposure Restrictions

**DKD=**Kidney Disease

**UNST=**Unrestricted

**LR**=Lifting Restriction- Unable to Lift more than 19 Pounds

**DNM**= Mobility Impairment (Lower Extremities) NOT Impacting Placement

Medication leaflets

# acetaminophen (oral)
### (a SEET a MIN oh fen)

Actamin, Anacin AF, Apra, Bromo Seltzer, Children's Tylenol, Elixsure Fever/Pain, Little Fevers, Mapap, Medi-Tabs, Q-Pap, Silapap Childrens, Tactinal, Tempra Quicklets, Tycolene, Tylenol, Vitapap

## What is the most important information I should know about acetaminophen?
You should not use this medication if you have severe liver disease.

Do not take more of this medication than is recommended. **An overdose of acetaminophen can damage your liver or cause death.** Call your doctor at once if you have nausea, pain in your upper stomach, itching, loss of appetite, dark urine, clay-colored stools, or jaundice (yellowing of your skin or eyes).

In rare cases, acetaminophen may cause a severe skin reaction. **Stop taking this medicine and call your doctor right away if you have skin redness or a rash that spreads and causes blistering and peeling.**

## What is acetaminophen?
There are many brands and forms of acetaminophen available. Not all brands are listed on this leaflet.

Acetaminophen is a pain reliever and a fever reducer.

Acetaminophen is used to treat many conditions such as headache, muscle aches, arthritis, backache, toothaches, colds, and fevers.

Acetaminophen may also be used for purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before taking acetaminophen?
You should not take acetaminophen if you are allergic to it, or if you have severe liver disease.

**Do not take acetaminophen without a doctor's advice if** you have ever had alcoholic liver disease (cirrhosis) or if you drink more than 3 alcoholic beverages per day. You may not be able to take acetaminophen.

Your doctor will determine whether acetaminophen is safe for you to use during pregnancy. **Do not use this medicine without the advice of your doctor if you are pregnant.**

Acetaminophen can pass into breast milk and may harm a nursing baby. Tell your doctor if you are breast-feeding a baby.

Do not give this medicine to a child younger than 2 years old without the advice of a doctor.

## How should I take acetaminophen?
Use exactly as directed on the label, or as prescribed by your doctor. Do not use in larger or smaller amounts or for longer than recommended.

Do not take more of this medication than is recommended. **An overdose of acetaminophen can damage your liver or cause death.**

Measure **liquid medicine** with the dosing syringe provided, or with a special dose-measuring spoon or medicine cup. If you do not have a dose-measuring device, ask your pharmacist for one.

If you are treating a child, use a pediatric form of acetaminophen. Use only the special dose-measuring dropper or oral syringe that comes with the specific pediatric form you are using. Carefully follow the dosing directions on the medicine label.

**Acetaminophen made for infants is available in two different dose concentrations, and each concentration comes with its own medicine dropper or oral syringe.** These dosing devices are not equal between the different concentrations. Using the wrong device may cause you to give your child an overdose of acetaminophen. **Never mix and match dosing devices between infant formulations of acetaminophen.**

You may need to shake the liquid before each use. Follow the directions on the medicine label.

The **chewable tablet** must be chewed thoroughly before you swallow it.

Make sure your hands are dry when handling the acetaminophen **disintegrating tablet**. Place the tablet on your tongue. It will begin to dissolve right away. Do not swallow the tablet whole. Allow it to dissolve in your mouth without chewing.

To use the acetaminophen **effervescent granules**, dissolve one packet of the granules in at least 4 ounces of water. Stir this mixture and drink all of it right away. To make sure you get the entire dose, add a little more water to the same glass, swirl gently and drink right away.

Stop taking acetaminophen and call your doctor if:
- ·you still have a fever after 3 days of use;
- you still have pain after 7 days of use (or 5 days if treating a child);
- you have a skin rash, ongoing headache, or any redness or swelling; or
- if your symptoms get worse, or if you have any new symptoms.

This medication can cause unusual results with certain lab tests for glucose (sugar) in the urine. Tell any doctor who treats you that you are using acetaminophen.

Store at room temperature away from heat and moisture.

## What happens if I miss a dose?
Since acetaminophen is taken as needed, you may not be on a dosing schedule. If you are taking the medication regularly, take the missed dose as soon as you remember. Skip the missed dose if it is almost time for your next scheduled dose. **Do not** take extra medicine to make up the missed dose.

## What happens if I overdose?
Seek emergency medical attention or call the Poison Help line at 1-800-222-1222. **An overdose of acetaminophen can be fatal.**

The first signs of an acetaminophen overdose include loss of appetite, nausea, vomiting, stomach pain, sweating, and confusion or weakness. Later symptoms may include pain in your upper stomach, dark urine, and yellowing of your skin or the whites of your eyes.

## What should I avoid while taking acetaminophen?
Ask a doctor or pharmacist before using any other cold, allergy, pain, or sleep medication. Acetaminophen (sometimes abbreviated as APAP) is contained in many combination medicines. **Taking certain products together can cause you to get too much acetaminophen which can lead to a fatal overdose.** Check the label to see if a medicine contains acetaminophen or APAP.

Avoid drinking alcohol. It may increase your risk of liver damage while taking acetaminophen.

## What are the possible side effects of acetaminophen?
Get emergency medical help if you have **signs of an allergic reaction:** hives; difficulty breathing; swelling of your face,

lips, tongue, or throat.

**In rare cases, acetaminophen may cause a severe skin reaction that can be fatal.** This could occur even if you have taken acetaminophen in the past and had no reaction. **Stop taking this medicine and call your doctor right away if you have skin redness or a rash that spreads and causes blistering and peeling.** If you have this type of reaction, you should never again take any medicine that contains acetaminophen.

Stop taking acetaminophen and call your doctor at once if you have:
- ·nausea, upper stomach pain, itching, loss of appetite;
- dark urine, clay-colored stools; or
- jaundice (yellowing of the skin or eyes).

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## What other drugs will affect acetaminophen?

Other drugs may interact with acetaminophen, including prescription and over-the-counter medicines, vitamins, and herbal products. Tell each of your health care providers about all medicines you use now and any medicine you start or stop using.

## Where can I get more information?

Your pharmacist can provide more information about acetaminophen.

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use this medication only for the indication prescribed.

Every effort has been made to ensure that the information provided by Cerner Multum, Inc. ('Multum') is accurate, up-to-date, and complete, but no guarantee is made to that effect. Drug information contained herein may be time sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2017 Cerner Multum, Inc. Version: 20.02. Revision Date: 01/30/2017.

Patient education materials

# Urinary Tract Infection

A urinary tract infection (UTI) can occur any place along the urinary tract. The tract includes the kidneys, ureters, bladder, and urethra. A type of germ called bacteria often causes a UTI. UTIs are often helped with antibiotic medicine.



## HOME CARE

- If given, take antibiotics as told by your doctor. Finish them even if you start to feel better.
- Drink enough fluids to keep your pee (*urine*) clear or pale yellow.
- Avoid tea, drinks with caffeine, and bubbly (*carbonated*) drinks.
- Pee often. Avoid holding your pee in for a long time.
- Pee before and after having sex (*intercourse*).
- Wipe from front to back after you poop (*bowel movement*) if you are a woman. Use each tissue only once.

## GET HELP RIGHT AWAY IF:

- You have back pain.
- You have lower belly (*abdominal*) pain.
- You have chills.
- You feel sick to your stomach (*nauseous*).
- You throw up (*vomit*).
- Your burning or discomfort with peeing does not go away.
- You have a fever.
- Your symptoms are not better in 3 days.

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/05/2009 Document Revised: 01/08/2016 Document Reviewed: 11/07/2016
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

**Name:** HOLMES, CHARLES

**CDCR:** AL0671

**<u>NO INMATE HEAT PASS</u>**

The patient is currently not prescribed any heat medication.

I CHARLES HOLMES AM THE PLAINIFF IN THIS ACTION I AM OVER 18
YEARS OLD AND CERTIFY THAT ON August 22, 2017

I served a preliminary injuction motion

BY PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE
PERSONS HEREAFTER:

HONORAbIE MicHaEl M. ANEllo

333 ▉▉ WEST BROADWAY, SUITE ▉▉ 420
SAN DIEGO, CA 92101

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT EXECUTED IN CALIFORNIA THIS 15TH DAY OF 2017

Charles Holmes

CHARLES HOLMES



CHARLES THOMAS JR
CALIPATRIA STATE PRISON
P.O. BOX 5004
CALIPATRIA, CA 92233

HONORABLE MICHAEL M. ANELLO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CA, 92101

THIS MAIL WAS GENERATED
AT CALIPATRIA STATE PRISON

SEP 11 2017
RECEIVED

LEGAL MAIL