# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☐ U.S. DISTRICT JUDGE / ☒ U.S. MAGISTRATE JUDGE: The Hon. Barbara Lynn Major

| FROM: D. Nanula, Deputy Clerk | RECEIVED DATE: November 20, 2017 |
|---|---|
| CASE NO. 16-cv-02458-MMA-BLM | DOC FILED BY: Charles Holmes |
| CASE TITLE: Holmes v. Estock et al | |
| DOCUMENT ENTITLED: Motion for Extension of Time to File Expert Rebuttal | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded: November 21, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: 11/27/2017

Hon. Barbara L. Major
United States Magistrate Judge