CASE #316CV2458 MMABLM

# DUDLEY SETH DANOFF, M.D., F.A.C.S.
## CEDARS-SINAI MEDICAL CENTER
### TOWER UROLOGY

8635 West 3rd Street, Suite 1 West
Los Angeles, California 90048
Telephone: (310) 854-9898 • Fax: (310) 854-0267
www.towerurology.com



**FILED**
Nov 29 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ danieln1   DEPUTY

DUDLEY SETH DANOFF, M.D.
STUART HOLDEN, M.D.
STEPHEN A. SACKS, M.D.
NORMAN J. NEMOY, M.D.
SHARRON L. MEE, M.D.
ARNOLD C. CINMAN, M.D.
GARY E. LEACH, M.D.
MATTHEW BUI, M.D., PH.D.
CHRISTOPHER S. NG, M.D.
DAVID Y. JOSEPHSON, M.D.
SHRAGA DAVID KATZ, PA-C

BARNEY SILVER, M.D. (EMERITUS)
HAROLD G. KUDISH, M.D. (EMERITUS)

AZITA PAKRAVAN
CHIEF EXECUTIVE OFFICER

UROLOGIC SURGERY
UROLOGIC ONCOLOGY
LAPAROSCOPIC SURGERY
ROBOTIC SURGERY
ENDOUROLOGY
LITHOTRIPSY
FEMALE UROLOGY
INCONTINENCE
KIDNEY TRANSPLANTATION
PEDIATRIC UROLOGY
GENITAL RECONSTRUCTION
SEXUAL DYSFUNCTION
INFERTILITY

UROLOGIC IMAGING

LABORATORY SERVICES

JUDGE MICHAEL M. ~~ANGELO~~ ANELLO

November 27, 2017

United States District Court for the Southern District of California

RE:   Case #316CV2458MMABLM,
Charles Holmes V. Dr. Estock, et al.
Filed on 09/28/2016

To whom it may concern:

As the medical expert currently engaged to provide opinion related to treatment and medical status of inmate Charles Holmes (CDC ALO761, DOB _____, I will need additional time to complete the rebuttable/medical report. I expect to have the report completed with 30-45 days.

We have still not received a medical opinion from defense to review for any rebuttable, though I understand this has been mailed out by pro se inmate, Charles Holmes.

I may at future time request that the current testing be done on Mr. Holmes condition to more fully opine on the damages done to date.

It will benefit all to have the additional time requested to complete the medical report.

Sincerely,

*D.S. Danoff MD*

_____
Dudley Seth Danoff, MD, FACS

DSD/clk   DD: 011/27/17   DT: 11/27/17

CASE # 16CV2458 MMABLM