UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES,<br><br>                                Plaintiff,<br>v.<br><br>DR. ESTOCK, DR. BAL, S. CHAIKEN, C. REGULES, AND DOES 1-3,<br><br>                              Defendants. | Case No.:  16cv2458-MMA(BLM)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE CASE MANAGEMENT SCHEDULE AND TO CONTINUE PENDING DEADLINES FOR THIRTY DAYS**<br><br>**[ECF No. 23]** |

      On November 15, 2017, Plaintiff filed a Req. for Extension of Time to File Expert Witness Rebuttal that was accepted by the Court on discrepancy on November 27, 2017. See ECF Nos. 17-18. Plaintiff sought to continue the November 17, 2017 deadline for supplemental disclosures regarding contradictory or rebuttal evidence by sixty days. Id. at 2. In support, Plaintiff stated that he is restricted in what he can do due to the fact that he is *pro se* and incarcerated. Id. at 1. Plaintiff noted that it was his first request for an extension of time. Id. In further support, Plaintiff's expert, Dr. Dudley Seth Danoff, submitted a letter to the Court stating that he needed an additional thirty to forty five days to complete his report and that he had not yet received the medical opinion provided to Defendants so that he may provide any necessary rebuttal. See ECF No. 19. In that same motion, Plaintiff also requested that the Court appoint counsel to represent him "due to the complexity of the medical complaint at issue." ECF No. 18 at 1-2.

      On December 1, 2017, the Court issued an order granting Plaintiff's request for a continuance of the remaining case deadlines and denying Plaintiff's request for the appointment

of counsel.  ECF No. 20.

On January 29, 2018, Plaintiff filed a Motion for Substitution of Attorney.  ECF No. 21.  In the motion, Plaintiff sought to remove himself as counsel and to substitute Mr. Brian A. Vogel in his place.  Id. at 1.  On January 30, 2018, the Court issued an order granting Plaintiff's motion.  ECF No. 22.

On February 1, 2018, Plaintiff filed a Joint Motion for Order to Modify the Case Management Schedule to Continue Pending Deadlines for 30 Days.  ECF No. 23.  In support, Plaintiff states that he recently retained counsel and the parties "are in the process of coordinating deposition dates for the two retained experts," but that given their schedules they will need an additional thirty days to complete discovery.  Id. at 3.

Good cause appearing, the parties' motion is **GRANTED** as follows:

| **Event**[1] | **Current Date** | **Continued Date** |
|---|---|---|
| Completion Expert Disc. | February 16, 2018 | March 16, 2018 |
| Pre-Trial Mtn Filing Cutoff | March 19, 2018 | April 18, 2018 |
| Mandatory Settlement Conference | June 7, 2018 at 1:30 p.m. | July 12, 2018 at 2:00 p.m. |
| Confidential Statements | May 29, 2018 | July 2, 2018 |

All other requirements and guidelines remain as previously set.  See ECF Nos. 9, 20.

**IT IS SO ORDERED**.

Dated:  2/2/2018

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] If appropriate, following the filing of an order ruling on a motion for summary judgment or other dispositive pretrial motion, or in the event no such motion is filed, Judge Anello will issue a pretrial scheduling order setting a pretrial conference, trial date, and all related pretrial deadlines.  The parties must review and be familiar with Judge Anello's Civil Chambers Rules, which provide additional information regarding pretrial scheduling.