UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES,<br><br>            Plaintiff,<br><br>v.<br><br>DR. ESTOCK, DR. BAL, S. CHAIKEN, C. REGULES, AND DOES 1-3,<br><br>            Defendants. | Case No.:  16cv2458-MMA(BLM)<br><br>**ORDER SETTING DEADLINE TO FILE OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO MODIFY THE SCHEDULING ORDER** |

On February 12, 2018, Plaintiff filed an *Ex Parte* Motion to Modify the Scheduling Order to Allow for Filing of a First Amended Complaint and to Reopen Discovery for 120 days.  ECF No. 25.

On February 13, 2018, in accordance with United States Magistrate Judge Barbara L. Major's Chambers Rules, Ms. Lisa Freund, counsel for Defendants, contacted Judge Major's chambers and requested additional time to oppose Plaintiff's motion.[1]

Defendants must file their opposition to Plaintiff's motion on or before **February 15,**

---

[1] The Chambers Rules state in relevant part "After service of the *ex parte* application, opposing counsel will ordinarily be given until 5:00 p.m. on the next business day to respond.  If more time is needed, opposing counsel must call the law clerk assigned to the case to modify the schedule."  https://www.casd.uscourts.gov/Rules/SitePages/Home.aspx.

**2018**.

Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d) (1) and <u>no personal appearances will be required</u>.

**IT IS SO ORDERED**.

Dated:  2/13/2018

Hon. Barbara L. Major
United States Magistrate Judge