XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
LISA L. FREUND
Deputy Attorney General
State Bar No. 249174
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9569
  Fax: (619) 645-2581
  E-mail: Lisa.Freund@doj.ca.gov
*Attorneys for Defendants*
*E. Estock, M.D., Ralph Diaz, Warren L.*
*Montgomery, Muhammad Nasir, M.D.,*
*and Theresa Currier, D.O.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOLMES AL-0671,** <br><br> Plaintiff, <br><br> v. <br><br> **DR. ESTOCK; DR. BAL; S. CHAIKEN; C. REGULES; and DOES 1-3,** <br><br> Defendants. | 3:16-cv-02458-MMA-BLM <br><br> **UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF TWENTY-FIVE PAGES; DECLARATION OF LISA L. FREUND** <br><br> Date: Ex Parte <br> Time: Ex Parte <br><br> Courtroom: 3D <br> Judge: The Honorable Michael M. Anello <br> Trial Date: Not Yet Set <br> Action Filed: 9/28/2016 |

**TO PLAINTIFF CHARLES HOLMES, HIS COUNSEL OF RECORD, AND THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendants E. Estock, M.D., Ralph Diaz, Warren L. Montgomery, Muhammad Nasir, M.D., and Theresa Currier, D.O. submit this unopposed ex parte application for leave to file a Memorandum of

1

Points and Authorities (P&A) in support for Defendants' Motion for Summary Judgment in excess of twenty-five pages as specified in Civil Local Rule 7.1(h).

A memoranda in support of a motion "must not exceed a total of twenty-five (25) pages in length, per party, for all such motions without leave of the judge who will hear the motion." CivLR 7.1(h).

Plaintiff Charles Holmes brings this § 1983 action for deliberate indifference to his serious medical needs in violation of his Eight Amendment rights. He seeks monetary damages against two Defendants (Drs. Estock and Currier), and he seeks injunctive relief against three Defendants (Diaz, Montgomery, and Nasir).

Plaintiff has undergone extensive medical care from the time of his incarceration in 2012 to the present, much of which is relevant to the issues in this matter and the Motion for Summary Judgment.[1] Because of the extensive medical treatment, the fact portion of the P&A is approximately fifteen pages long, which only provides ten pages for every other portion of the P&A, including the introduction; summary of argument; standard of review; arguments pertaining to failure to exhaust administrative remedies, alleged deliberate indifference of Drs. Estock and Currier, qualified immunity of Drs. Estock and Currier, and the claim for injunctive relief against Diaz, Montgomery, and Nasir; and conclusion.

Given that there are five Defendants and numerous issues to address, along with the extensive fact section, twenty-five pages does not provide Defendants the space they need to fully address the issues in this case. While Defendants are still working on their P&A, the current draft is forty-two pages, and it is anticipated that the final draft will be no more than forty-five pages. (Freund Decl., 3.) Defendants are diligently working to reduce the page length. (*Id.*) ¶

---

[1] Counsel for Defendants has reviewed almost 6,000 pages of Plaintiff's medical records from 2012 to approximately July 2019. The vast majority of those records pertain to Plaintiff's urological issues, which is the medical condition at issue in this lawsuit. (Freund Decl., ¶ 2.)

2

| | |
|---|---|
| 1 | Counsel for Plaintiff does not object to a page limit increase. (*Id.* at ¶¶ 4-5.) |
| 2 | Moreover, Plaintiff will not be prejudiced if this request is granted. |
| 3 | Defendants respectfully ask this Court for leave to file a P&A in excess of |
| 4 | twenty-five pages. |

Dated: September 17, 2019          Respectfully submitted,

XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General


*s/ Lisa L. Freund*
LISA L. FREUND
Deputy Attorney General
*Attorneys for Defendants
E. Estock, M.D., Ralph Diaz, Warren L. Montgomery, Muhammad Nasir, M.D., and Theresa Currier, D.O.*

3
Ex Parte Application for Leave and Declaration of Freund (3:16-cv-02458-MMA-BLM)

## **DECLARATION OF LISA L. FREUND**

I, Lisa L. Freund, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and authorized to appear before the United State District Court of the Southern District of California. I am employed as a Deputy Attorney General for the State of California. I am assigned to represent Defendants E. Estock, M.D., Ralph Diaz, Warren L. Montgomery, Muhammad Nasir, M.D., and Theresa Currier, D.O. in the above-entitled action. I have been representing these Defendants from their first appearances in this action. I am familiar with all the pleadings, orders, and discovery that have occurred in this action.

2. I subpoenaed medical records from the California Department of Corrections and Rehabilitation, as well as from numerous other medical facilities. In response to the subpoenas, I received approximately 6,000 pages of records. I have personally reviewed all of these records, the vast majority of which relate to medical care and treatment that Plaintiff received related to his urological problems, which is the medical condition at issue in this litigation.

3. I am actively working to reduce the length of the P&A and believe that it will end up between forty and forty-five pages.

4. On September 16, 2019, I spoke to Plaintiff's counsel, Brian Vogel, and informed him of my intent to file an ex parte application for leave to exceed the twenty-five page limit for a motion for summary judgment.

5. Mr. Vogel stated that he would not oppose this ex parte application.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2019 at San Diego, CA.

*s/ Lisa L. Freund*
Lisa L. Freund

SD2017703609
71991738.docx

## CERTIFICATE OF SERVICE

Case Name: **Holmes v. Estock**      Case No. **3:16-cv-02458-MMA-BLM**

I hereby certify that on **September 17, 2019**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF TWENTY-FIVE PAGES; DECLARATION OF LISA L. FREUND

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 17, 2019**, at San Diego, California.

      A. Lopez
      Declarant                                           Signature

SD2017703609
71992037.docx