XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
LISA L. FREUND
Deputy Attorney General
State Bar No. 249174
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9569
 Fax: (619) 645-2581
 E-mail: Lisa.Freund@doj.ca.gov
*Attorneys for Defendants*
*E. Estock, M.D., Ralph Diaz, Warren L. Montgomery, Muhammad Nasir, M.D., and Theresa Currier, D.O.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOLMES AL-0671,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. ESTOCK; DR. BAL; S. CHAIKEN; C. REGULES; and DOES 1-3,**<br><br>Defendants. | 3:16-cv-02458-MMA-BLM<br><br>**DECLARATION OF THERESA CURRIER, D.O. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 18, 2019<br>Time: 2:30 p.m.<br>Courtroom: 3D<br>Judge: The Honorable Michael M. Anello<br>Trial Date: Not Yet Set<br>Action Filed: 9/28/2016 |

I, Theresa Currier, D.O., hereby declare as follows:

1. I am over the age of eighteen and am competent to make this declaration. I have personal knowledge of the matters set forth herein and could testify to their truthfulness under oath.

1

2. From 2013 to 2015, I was employed by the California Department of Corrections and Rehabilitation (CDCR) and worked at Calipatria State Prison (CAL) as a Doctor of Osteopathy, Board Certified in Family Medicine, since 2002 by both the American Osteopathic Board of Family Practice (AOBFP) and the American Board of Family Medicine (ABFM).

3. From 2016 to the present, I have been employed by CDCR and continue to work at CAL as a Doctor of Osteopathy, Board Certified in Family Medicine, since 2002 by both the AOPFB and the ABFM. I intend to retire from my employment with CDCR in October 2019.

4. I received my degree in Osteopathy in 1999 and have been licensed to practice medicine in California since 1999.

5. On July 14, 2016, I saw inmate Mr. Charles Holmes as a new patient in my role as his Primary Care Physician (PCP). During that visit, he presented with pain during urination, and bacteria in his urine, so I prescribed him an antibiotic.

6. I saw Mr. Holmes again on July 28, 2016 and believed that he was exhibiting drug-seeking behavior because he specifically requested Tylenol with Codeine, also referred to as "Tylenol 3." Codeine is an opioid. At that time, I prescribed him regular Tylenol without Codeine for his complaints of pain.

7. On August 16, 2016, I completed a CDCR form to request that Mr. Holmes be sent to a non-CDCR urologist.

8. On September 7, 2016, I informed Mr. Holmes that later that day, his case would be presented to the CAL Pain Committee, which consisted of other Primary Care Physicians and the Chief Medical Executive of CAL, Dr. Stepke. I also reviewed the medical records from the University of California, San Francisco (UCSF) with Mr. Holmes. While reviewing those records, I learned that urologist Stoller from UCSF recommended that when Mr. Holmes had a urinalysis showing bacteria, his providers should "only treat when patient has a UTI, which is defined as fever, flank pain, hematuria [blood in urine], plus bacteria in the urine." Based

on this recommendation, I stopped prescribing antibiotics to Mr. Holmes whenever his urine showed bacteria, but he did not have a fever, flank pain, and hematuria.

9. On September 7, 2016, the CAL Pain Committee reviewed Mr. Holmes' case, and it was discussed that he was seeking pain medication, specifically morphine and Tramadol, which both have high risk of addiction. The Committee recommended self-catheterization, follow up with urology, and formulary non-opiate pain prescriptions for as needed use.

10. I visited with Mr. Holmes again on September 19, 2016 and attempted to implement the Pain Committee's recommendations for his chronic pain complaints. For example, I informed him of the CAL Pain Committee decision and encouraged him to try formulary non-opiate pain prescriptions. This could include Amitriptyline, Acetaminophen, Nortriptyline, Duloxetine, Oxcarbazepine, Velafaxine, Ibuprofen, Naproxen, and Salsalate, and others. While some of these medications were not originally created to treat pain, it is generally accepted in the medical community that they are effective in treating pain, and it is a commonly accepted medical practice to use the medications listed herein for chronic pain. A Mayo Clinic article, which I read, notes "[s]ome of the more effective and commonly used medications for chronic pain are drugs that were developed to treat other conditions. Although not specifically intended to treat chronic pain, antidepressants are a mainstay in the treatment of many chronic pain conditions, even when depression isn't recognized as a factor." This article can be found at https://www.mayoclinic.org/pain-medications/art-20045647. For example, Duloxetine and Velafaxine are both commonly used to treat chronic pain, but they both can be used to treat depression as well.

11. Mr. Holmes was not interested in trying anything but opioids, and I documented on September 19, 2016 in his medical records that he "doesn't want to try alternatives to narcotics" and "refused Tylenol or formulary choices other than narcotics or opiates."

12. On October 17, 2016, I saw Mr. Holmes and reviewed Dr. Fawcett's recommendations from his October 6, 2016 visit with Holmes. In particular, Dr. Fawcett recommended that medical providers "don't treat Bacteriuria (bacteria in the urine) unless clinically appropriate." I understood this to be the same recommendation as the one from Dr. Stoller (i.e. only treat Mr. Holmes when he has a UTI as defined by "fever, flank pain, hematuria, plus bacteria in the urine.").

13. During my October 17, 2016 visit with Mr. Holmes, I again attempted to recommend that he try formulary non-opiate pain medications, which he declined.

14. I tried to discuss formulary non-opiate pain medications with Mr. Holmes again during our December 14, 2016 visit and provided him with a number of pain medication options other than opioids. At that time, I documented in the medical records that Mr. Holmes stated "I don't want none of your pain meds." Instead, he remained focused on obtaining "T3's," which are Tylenol with Codeine, an opioid not indicated for chronic pain.

15. My last PCP visit with Mr. Holmes occurred on June 11, 2018, the purpose of which was to follow up from his latest visit with Dean Alan Hadley, M.D., a urologist from Loma Linda University Health System. I reviewed the recommendations of Dr. Hadley that Mr. Holmes' medical providers should "not treat patient for UTI with antibiotics if his only complaint is flank pain/dysuria without fever." This was the third time I noted that a non-CDCR urologist recommended that Mr. Holmes only be given antibiotics to treat the bacteria in his urine under certain circumstances and not every time bacteria was detected on a urinalysis.

16. Based upon my medical education, training, professional experience as a doctor, Mr. Holmes' medical history, and my visits with him, I prescribed Mr. Holmes Tylenol with Codeine when I believed it was medically indicated. For example, I prescribed Mr. Holmes Tylenol 3 on February 21, 2017 for pain after he underwent a retrograde urethrogram, which could cause acute pain. On March 27,

2017, I also prescribed him Tylenol 3 for three days in relation to a facial cyst removal that would likely result in acute pain. I prescribed Mr. Holmes with Tylenol 3 prior to and after he underwent a cystoscopy with biopsy of his bladder wall on August 17, 2017. Finally, while on call when I was covering his PCP, I prescribed Mr. Holmes Tylenol 3 on October 20, 2018 when a nurse found a kink in his nephrostomy tube, which could cause acute pain.

17. I am not aware of any situation in which a urologist or any other doctor recommended that Mr. Holmes be prescribed opioids for chronic, ongoing pain.

18. I have never refused to prescribe an opioid to Mr. Holmes for acute pain before, during, or after a procedure, or any other time, when recommended by a urologist.

19. Mr. Holmes never had a fever, or elevated white blood cell count, or vomiting, or inability to urinate, nor appeared toxic during any visit with me. Accordingly, I stopped prescribing him antibiotics when he had bacteria in his urine but did not meet the other criteria set forth by Drs. Stoller, Fawcett, and Hadley to prescribe antibiotics. However, if his urologist recommended that he be prescribed an antibiotic, I always followed the recommendation of the urologist and wrote the prescription.

I declare under the penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed this 18th day of September 2019, at Calipatria, California.

*Theresa Currier, D.O.*

Theresa Currier, D.O.

SD2017703609
71988264.docx