XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
LISA L. FREUND
Deputy Attorney General
State Bar No. 249174
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9569
 Fax:  (619) 645-2581
 E-mail:  Lisa.Freund@doj.ca.gov
*Attorneys for Defendants
E. Estock, M.D., Ralph Diaz, Warren L.
Montgomery, Muhammad Nasir, M.D.,
and Theresa Currier, D.O.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOLMES AL-0671,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. ESTOCK; DR. BAL; S. CHAIKEN; C. REGULES; and DOES 1-3,**<br><br>Defendants. | 3:16-cv-02458-MMA-BLM<br><br>**DECLARATION OF LISA L. FREUND IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        November 18, 2019<br>Time:       2:30 p.m.<br>Courtroom: 3D<br>Judge:      The Honorable Michael M. Anello<br>Trial Date:<br>Action Filed:    9/28/2016 |

I, Lisa L. Freund, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and authorized to appear before the United State District Court of the Southern District of California. I am employed as a Deputy Attorney General for the State of California. I am assigned to represent Defendants E. Estock, M.D., Ralph Diaz, Warren L. Montgomery, Muhammad Nasir, M.D., and Theresa Currier, D.O. in the

1

above-entitled action.  I have been representing these Defendants from their first appearances in this action.  I am familiar with all the pleadings, orders, and discovery that have occurred in this action.

2. I caused subpoenas to be served on the California Department of Corrections and Rehabilitation (CDCR), Pioneer Memorial Hospital, Loma Linda University Health System, the University of California San Francisco, and the University of California San Diego for the production of plaintiff's medical records.  Collectively, the documents received in response to the subpoenas amount to approximately 6,000 pages of records.  Those medical records that are relevant to Defendants' Motion for Summary Judgment are collectively found included as Exhibit I.  True and correct copies of the relevant medical records obtained from CDCR, Pioneer Memorial Hospital, Loma Linda University Health System, the University of California San Francisco, and the University of California San Diego are attached to the Motion for Summary Judgment as Exhibit I.

3. The Statement of Facts found in Defendants' Memorandum of Points and Authorities in Support of Motion for Summary Judgment, filed concurrently hereto, is a summary of the most relevant medical treatment Mr. Holmes underwent because a comprehensive summary of all of his treatment would be unreasonably voluminous given that there are approximately 6,000 pages of medical records documenting treatment from 2012 to the present.

4. I caused Interrogatories to Plaintiff from Defendant E. Estock, M.D., Set One, to be served on Mr. Holmes on March 23, 2017.  A true and correct copy of the interrogatories are attached to the Motion for Summary Judgment as Exhibit K.

5. Mr. Holmes responded to the interrogatories on June 2, 2017.  A true and correct copy of his responses to the interrogatories is attached to the Motion for Summary Judgment as Exhibit L.

6. When asked in the interrogatories to state all facts and witnesses that demonstrate that Dr. Estock was deliberately indifferent to his serious medical

need, Mr. Holmes indicated that he was "unable to answer at this time." See Exhibit L, p. 2.

7. Mr. Holmes was asked in interrogatories from Dr. Estock to "identify, with specificity, the clearly established right" that she violated. Holmes was "unable to answer at this time" the interrogatory. See Exhibit L, p. 3.

8. Mr. Holmes was also asked in interrogatories from Dr. Estock to "identify, with specificity, all facts" that supported his contention that she violated one of his clearly established rights. Once again, Mr. Holmes was "unable to answer at this time." See Exhibit L, p. 3.

9. Mr. Holmes has never supplemented or corrected his responses to the interrogatories after they were served on June 2, 2017.

10. On October 29, 2018, I took the deposition of Mr. Holmes. A true and accurate copy of excerpts from the deposition of Mr. Holmes is attached to the Motion for Summary Judgment as Exhibit M.

11. On October 24, 2018, I took the deposition of Mr. Holmes' retained expert, urologist Dudley Danoff, M.D. A true and accurate copy of excerpts from the deposition Dr. Danoff is attached to the Motion for Summary Judgment as Exhibit N.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 18th day of September, 2019 at San Diego, CA.

*s/ Lisa L. Freund*
Lisa L. Freund

SD2017703609
71995733.docx