# INDEX OF EXHIBITS[1]

| No. | Exhibit | Page No. |
|---|---|---|
| A | A true and correct copy of an inmate health care appeal/grievance record found in the Health Care Appeals and Risk Tracking System (HCARTS) for Plaintiff Charles Holmes. | 6-9 |
| B | A true and correct copy of an inmate health care appeal/grievance record found in the HCARTS for Plaintiff Charles Holmes. | 10-11 |
| C | A true and correct copy of Mr. Holmes' inmate health care appeal/grievance identified as Log No. CAL HC 14033383. | 12-35 |
| D | A true and correct copy of Mr. Holmes' inmate health care appeal/grievance identified as Log No. CAL HC 14033371. | 36-40 |
| E | A true and correct copy of Mr. Holmes' inmate health care appeal/grievance identified as Log No. SAC HC 15030531. | 41-55 |
| F | A true and correct copy of Mr. Holmes' inmate health care appeal/grievance identified as Log No. CAL HC 16034017. | 56-66 |
| G | A true and correct copy of Mr. Holmes' inmate health care appeal/grievance identified as Log No. CAL HC 18000259. | 67-83 |
| H | A true and correct copy of the curriculum vitae of Richard Boxer, M.D. | 84-114 |
| I | A true and correct copy of the relevant medical records pertaining to Mr. Holmes. | 115-337 |
| J | A true and correct copy of curriculum vitae of Bennett Feinberg, M.D. | 338-339 |
| K | A true and correct copy of Interrogatories to Plaintiff from Defendant E. Estock, M.D., Set One. | 340-347 |

---

[1] Although the exhibits in the Compendium bear the tabbing and pagination required by Civil Local Rule 5.1(e), all citations to the exhibits in witness declarations, the Separate Statement of Undisputed Material Facts, and the Memorandum of Points and Authorities are to the page numbers that appear on the bottom right of each page, with the exception of exhibits M and N, for which the citations are to the pagination in the original transcripts.

| L | A true and correct copy of Plaintiff's Responses to Defendant E. Estock, M.D.'s Interrogatories. | 348-360 |
| M | A true and correct copy of excerpts from the deposition of Charles Holmes, taken on October 29, 2018. | 361-366 |
| N | A true and correct copy of excerpts from the deposition of Dudley Danoff, M.D., taken on October 24, 2018. | 367-371 |