# EXHIBIT A

Exhibit A
Page 6 of 371

 **CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES** 

## APPEAL HISTORY FOR (AL0671) HOLMES, CHARLES

**Tracking Number:**

CAL HC 16034017 | **Appeal Level:** Second | **Appeal Status:** Closed

| | Date Submitted | Date Received | Date Closed | Disposition | Due Date |
|---|---|---|---|---|---|
| **First Level** | 8/16/2016 | 8/25/2016 | 10/4/2016 | Denied | 10/6/2016 |
| **Second Level** | 10/21/2016 | 10/25/2016 | 12/7/2016 | Denied | 12/8/2016 |

| **Issue Type** | **Action Requested** |
|---|---|
| **Issue 1:** Medication/Pain Management | P/I is requesting a different pain medication for a Urinary Tract Infection. |
| **Issue 2:** Non-Medical/Custody/Disciplinary Issues | P/I is requesting not to be punished by being placed in OHU and not be allowed to go to religious services due to his pain and infection. |

---

**Tracking Number:**

SAC HC 15030531 | **Appeal Level:** Third | **Appeal Status:** Closed

| | Date Submitted | Date Received | Date Closed | Disposition | Due Date |
|---|---|---|---|---|---|
| **First Level** | 2/16/2015 | 2/18/2015 | 4/1/2015 | Denied | 4/1/2015 |
| **Second Level** | 4/15/2015 | 4/20/2015 | 7/10/2015 | Denied | 6/1/2015 |
| **Third Level** | 7/17/2015 | 8/10/2015 | 10/26/2015 | Denied | 11/2/2015 |

| **Issue Type** | **Action Requested** |
|---|---|
| **Issue 1:** Scheduling/PCP Encounter | I/P has a ureteral stricture with obstruction and has not been able to urinate or get help in urinating. |
| **Issue 2:** Referral/Urology | I/P would like to see a urologist for his medical issue. |

---

**Tracking Number:**

CAL HC 14033383 | **Appeal Level:** Third | **Appeal Status:** Closed

| | Date Submitted | Date Received | Date Closed | Disposition | Due Date |
|---|---|---|---|---|---|
| **First Level** | 7/1/2014 | 7/3/2014 | 8/6/2014 | Partially Granted | 8/14/2014 |
| **Second Level** | 8/12/2014 | 8/19/2014 | 10/1/2014 | Partially Granted | 9/30/2014 |
| **Third Level** | 10/5/2014 | 10/8/2014 | 11/25/2014 | Denied | 1/5/2015 |

| **Issue Type** | **Action Requested** |
|---|---|
| **Issue 1:** Scheduling/PCP Encounter | P/I is requesting to see a doctor or sent to a hospital to check his kidney function. |
| **Issue 2:** Non-Medical/Custody/Not Our Jurisdiction (NOJ) | P/I is requesting that medical staff follow Dr. Hadley from Loma Linda Hospital recommendation to get a 2nd opinion from UCSD Hospital. |

C.HOLMES, (AL0671)

**Tracking Number:**

| CAL HC 14033371 | **Appeal Level:** | First | **Appeal Status:** | Closed | |
|---|---|---|---|---|---|
| | **Date Submitted** | **Date Received** | **Date Closed** | **Disposition** | **Due Date** |
| **First Level** 7/1/2014 | | 7/7/2014 | 7/7/2014 | Rejected | 8/15/2014 |
| | **Issue Type** | | **Action Requested** | | |
| **Issue 1:** Scheduling/Registered Nurse (RN) Triage | | | P/I is requesting that nephrostomy tube in his left kidney be removed prior to him being transferred. | | |
| | **Screen Out Date** | **Return By Date** | **Level** | | |
| **Screenout:** 7/7/2014 | | | First | | |
| | **Rejection Criteria** | | | | |
| | Excessive Filings | | | | |

**Tracking Number:**

| CAL SC 14000226 | **Appeal Level:** | Second | **Appeal Status:** | Closed | |
|---|---|---|---|---|---|
| | **Date Submitted** | **Date Received** | **Date Closed** | **Disposition** | **Due Date** |
| **Second Level** 7/1/2014 | | 7/3/2014 | 7/10/2014 | Not a Staff Complaint | 8/14/2014 |

**Tracking Number:**

| WSP HC 12042778 | **Appeal Level:** | First | **Appeal Status:** | Closed | |
|---|---|---|---|---|---|
| | **Date Submitted** | **Date Received** | **Date Closed** | **Disposition** | **Due Date** |
| **First Level** | | 7/31/2012 | 9/5/2012 | Partially Granted | 10/23/2012 |
| | **Issue Type** | | **Action Requested** | | |
| **Issue 1:** Medical Device/Cane / Crutch | | | CANE | | |
| **Issue 2:** Supplies/Other-Specify (with fill-in box) | | | SHOWER OR BATHING SUPPLIES | | |
| **Issue 3:** Medical Device/Disability Vest | | | MOBILITY IMPAIRMENT VEST | | |
| | **Issue Type** | | **Action Requested** | | |
| **Issue 1:** Z-Obsolete-Access to Care/MD Appointment | | | MD LINE | | |
| **Issue 2:** Chrono Issues/Egg Crate Mattress | | | EGG CRATE MATTRESS | | |
| **Issue 3:** Medical Device/Walker | | | WALKER | | |

**Tracking Number:**

| WSP HC 12042544 | **Appeal Level:** | Second | **Appeal Status:** | Closed | |
|---|---|---|---|---|---|
| | **Date Submitted** | **Date Received** | **Date Closed** | **Disposition** | **Due Date** |
| **First Level** | | 6/7/2012 | 7/6/2012 | Partially Granted | 7/19/2012 |
| **Second Level** | | 7/26/2012 | 9/10/2012 | Granted | 9/6/2012 |
| | **Issue Type** | | **Action Requested** | | |
| **Issue 1:** Z-Obsolete-Access to Care/RN Triage | | | WOUND CLEANED | | |
| **Issue 2:** Supplies/Other-Specify (with fill-in box) | | | NEW DRAIN BAG | | |

**Tracking Number:**

Exhibit A
Page 8 of 371

C.HOLMES, (AL0671)                                                                          Page 3 of 3

WSP HC 12042589          **Appeal Level:**      First            **Appeal Status:**  Closed

|  | **Date Submitted** | **Date Received** | **Date Closed** | **Disposition** | **Due Date** |
|---|---|---|---|---|---|
| **First Level** |  | 6/19/2012 | 8/3/2012 | Denied | 7/31/2012 |

| | **Issue Type** | **Action Requested** |
|---|---|---|
| **Issue 1:** | Z-Obsolete-Access to Care/MD Appointment | HELP WITH LEAKING URINE TUBE |
| **Issue 2:** | Transfers/Other Institution | INSTITUTION WHERE HE CAN RECIEVE MEDICAL HELP |

# EXHIBIT B

 

## GRIEVANCE HISTORY FOR (AL0671) HOLMES, CHARLES

**Tracking Number:**

CAL HC 18000259 | **Grievance Level:** | Institutional | **Grievance Status:** | Closed

| | **Date Submitted** | **Date Received** | **Date Closed** | **Disposition** | **Due Date** |
|---|---|---|---|---|---|
| **Institutional Level** | | 10/25/2018 | 12/28/2018 | No Intervention | 1/2/2019 |

| | **Issue Type** | **Action Requested** |
|---|---|---|
| **Issue 1:** | Disagreement with Treatment/Nursing Staff | Alleges that psych tech Duro did not attend to his medical needs |
| **Issue 2:** | Transfers/Level of Care (Higher or Lower) | Wants to be placed in OHU for higher level of care |

# EXHIBIT C

Exhibit C
Page 12 of 371

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


**Date:**   **NOV 2 5 2014**

**To:**   HOLMES, CHARLES (AL0671)
California State Prison – Sacramento
P.O. Box 29
Represa, CA 95671-0002

**From:**   California Correctional Health Care Services
Inmate Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking/Log # :**   CAL HC 14033383

This appeal was reviewed by Inmate Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

## DIRECTOR'S LEVEL DECISION:

Appeal is denied. This decision exhausts your administrative remedies.

## APPEAL REQUESTS:

You are requesting:
- To be seen by a doctor or sent to the hospital to check your kidney function.
- Medical staff to follow Dr. Hadleys', from Loma Linda Hospital, recommendation of second opinion from UCSD hospital.

## BASIS FOR DIRECTOR'S LEVEL DECISION:

Your appeal file and documents obtained from your Unit Health Record were reviewed by licensed clinical staff. These records indicate:
- On July 15, 2014, you were transferred to California State Prison Sacramento.
- Documentation indicates you have received ongoing Primary Care Provider (PCP) follow up evaluation and treatment related to your appeal issues since transferring.
- On October 8, 2014, you were evaluated by UCSF with completion of a cystoscopic evaluation of your kidneys, ureters, and bladder; you have significant kidney problems and your provider is currently working with UCSF to plan your care and assist with management.

You are advised to utilize the CDCR 7362, Health Care Services Request Form, process to access health care services, as required by department policy, for additional health care concerns.

Be advised, while you have a right to request treatment, it is inappropriate for an inmate/patient to recommend a treatment plan and then expect a physician to implement the requested treatment plan. Private consultants may recommend treatment; however, it is determined by health care staff whether or not to implement such recommendations. This decision is based on the criteria set forth in CCR, Title 15, Section 3354 (c) which states in part: "(c) *Private Consultants*. Health care personnel not employed by the department are not authorized to order treatment for an inmate. Such persons may offer opinions and recommendations for consideration by department health care staff."

---

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

001

Exhibit C
Page 13 of 371

C.HOLMES, AL0671
CAL HC 14033383
Page 2 of 2

While the health care administrative appeals process is an important means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your medical care providers. You are encouraged to continue your care with your assigned medical care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your medical care providers to offer and provide only the care they determine to be currently medically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other medical facilities or staff, input from medical consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current medical care providers.

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

## RULES AND REGULATIONS:

The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

## ORDER:

No changes or modifications are required by the institution.

J. Lewis, Deputy Director
Policy and Risk Management Services
California Correctional Health Care Services

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

002

Exhibit C
Page 14 of 371

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 6/13)

CALHC  14033383

Page 1 of 2

| STAFF USE ONLY | | |
|---|---|---|
| Emergency Appeal | ☐ Yes   ☒ No | Institution: CAL SC   14000226   Category: 8 |
| Signature: *M. Lezzo sen* | Date: 8/15/14 | FOR STAFF USE ONLY |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**           **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDCR Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Holmes Charles | AL0671 | INF·9 | |

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
Denial, delay of access to treatment

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON 6·28·14 I INFORM THE NURSE's T/AT BOTH MY KIDNEY'S ARE IN BAD PAIN, s/e checked MY URINE I had a INFECTION, ON 6·29·14 I was still HAVING pain in BOTH MY KIDNEY AND CHEST PAIN, I asked BOTH NURSE could THEY INFORM DR·ESTOCK TO HAVE blood doNE, TO SEE IF I HAVE a INFECTION IN

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A): I be SEEN by a DOCTOR or SENT to a HOSPITAL TO CHECK MY KIDNEY FUNCTION, medical staff follow DR. Hadley RECOMMENDED 2ND OPINION at JCSD HOSPITAL

☐ **Supporting Documents: Refer to CCR 3084.3.**

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☒ No, I have not attached any supporting documents. Reason: Waiting FOR a copy of MY MEDICAL Records FROM Loma Linda.

Patient-Inmate Signature: *Chas Holm*                    Date Submitted: 7·1·14

☐ By placing my initials in this box, I waive my right to receive an interview.

| SECTION C. FIRST LEVEL - Staff Use Only | Check One: Is CDCR 602-A attached? ☒ Yes   ☐ No |
|---|---|
| This appeal has been: | Check One: Is this a recategorized/converted 1824? ☐ Yes   ☒ No |

☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction):   Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter):   Date: _____
☒ Accepted   Assigned to: Estock   Title: MD   Date Assigned: 7/14/14   Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 7/24/14 @ 1538 -1555   Interview Location: by phone - assisted by
Your appeal issue is: ☐ Granted   ☐ Granted in part   ☒ Denied   ☐ Other: Sgt Probinshaud @ SAC x
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation | 3. Effective Communication: | Interview conducted? ☒ Yes   ☐ No   916 985 8610 x 6589 |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: Dr. Estrl   Title: RNS |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment / SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: _____   Date completed: 8/8/14 |
| ☐ DNS ☐ DOP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: BM   Title: CMe |
| 4.Comments: | | | (Print Name)   DR. BALL   CAL |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: | Date closed/logged/delivered to appellant: 8·6·14 |

RECEIVED
JUL 03 2014
CAL
HC Appeals

*∅ + 5·6*

[stamp] RECEIVED OCT 08 2014 I CAB HC APPEALS

[stamp] COMPLETED I CAB NOV 25 2014 HC APPEALS

003

Exhibit C
Page 15 of 371

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**

**CDCR 602 HC (Rev. 06/13)**

Page 2 of 2

**SECTION D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

IN THE INTERVIEW WITH DR. ESTOCK ON 7.24.14, I EXPLAIN TO DR. ESTOCK THAT DUE TO HER NOT WRITING A ORDER TO CLEAN MY NEPHROSTOMY TUBE OPEN WOUND, I WAS SENT TO PIONEER HOSPITAL ON 7.14.14 WITH A SKIN INFECTION AROUND MY NEPHROSTOMY TUBE WOUND. THE ONLY DOCTOR I SEEN AFTER FILING THIS 602HC AT CALIPATRIA PRISON WAS DR. KIM ON 7.14.14 DUE TO A INFECTION ON MY SKIN

Patient-Inmate Signature: _Charle Holm_    Date Submitted: _8-12-14_

**SECTION E. SECOND LEVEL - Staff Use Only**      Check One: Is CDCR 602-A attached?  ☑Yes  ☐No

This appeal has been:                          Check One: Is this a recategorized/converted 1824?  ☐Yes  ☑No

☐ Bypassed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction):    Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter):    Date: _____  Date: _____

☑ Accepted   Assigned to: _P. Sahota, MD_   Title: _CME_   Date Assigned: _8/19/14_ Date Due: _9/20/14_

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _N/A_    Interview Location: _N/A_

Your appeal issue is:  ☐Granted  ☑Granted in part  ☐Denied  ☐Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted?  ☐Yes  ☑No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _N/A_    Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: _N/A_   Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | Reviewer: _S. Chaiken, PhD_   Title: _CEO(A)_ |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | (Print Name) |
| 4.Comments:  _no interview done_ | | | Signature: _Chai_ |

HCAC Use Only
Date received by HCAC: _8/19/14_

HCAC Use Only
Date closed and mailed/delivered to appellant: _10/1/2014_

**SECTION F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

I WAS SEEN BY A PRIMARY CARE PROVIDER (PCP) AT SAC ON JULY 22, 2014. DR. MA WHO IS NOT UROLOGIST DOCTOR. AS OF OCTOBER 4, 2014 I'M WITHOUT A NEPHROSTOMY TUBE TO HELP DRAIN MY LEFT KIDNEY. I HAVE A INFECTION I'M ON CEPHALEXIN 500MG, 4 TIME A DAY AND NITROFURANTOIN MONO-MCR 100MG 1 TIME A DAY FOR INFECTIONS. DR. MA PUT A REQUEST FOR

Patient-Inmate Signature: _Charle Holmes_    Date Submitted: _10-5-14_

**SECTION G. THIRD LEVEL - Staff Use Only**

☐ Rejected (See attached letter for instruction):    Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter):    Date: _____

☑ Accepted at the Third Level of Review

Your appeal is:  ☐Granted  ☐Granted in part  ☑Denied  ☐Other: _____

See attached Third Level response.

Third Level Use Only
Date closed and mailed/delivered to appellant: **NOV 2 5 2014**

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Patient-Inmate Signature: _____    Date Submitted: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

004

Exhibit C
Page 16 of 371



STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CAL-C | 14 33383 | 8 |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HOLMES CHARLES | AL0671 | INF-9 | |

A.  Continuation of CDCR 602, Section A only (Explain your issue) : in My Blood, and To
CHECK MY KidneY FUNCtion. I was told Dr. Estock said she is
not seeing me and the only medical treatment I'm
getting is being transfer to a New prison. I have
NOT BEEN SEEN bY DR. Estock iN 6 WEEKs, I have asked
that MY NEPHostomY tube dressing be changed atleast
ONE time a week, but Dr. Estock wouldNt write a order,
So my dressing go's weeks without being cleaned
and changed. I have been in MY bad Pain for 3 days
without any PaiN MEdicatioN, MY WHole bad is WEaK,
I have PaiN iN MY RIGHT KidNEY That I NEVER Had
before. I may Have a NEW iNFECtioN iN MY KidNEY,
MY UriNE is cloudy and smells bad. ON 6-27-14 DR. Estock
removed MY MEdical Hold. ON 6-4-14 DR Hadley FROM LOMAS
LiNda Hospital recommsuded a 2nd opinion from J.C.S.D.
a transfer to sac-IV will cause a delay in treatment
that will cause substantial harm to my HEaLtH,
and me starting oVER again with a NEW medical staff,
When I'm in need of urgent medical attention

Inmate/Parolee Signature: _Chas /Ere_                        Date Submitted: 7
7.1.14

B.  Continuation of CDCR 602, Section B only (Action requested): _____

Inmate/Parolee Signature: _Chas Hool_                        Date Submitted: 7.1.14

RECEIVED

JUL 03 2014

COMPLETED
HC Appeals
I CAB

NOV 25 2014

HC APPEALS

005

Exhibit C
Page 17 of 371

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

---

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** around the Nephrostomy Tube, Dr. Kim had me transfer to Pioneen Hospital to have the Nephrostomy tube removed because it was infected. on 7.15.14 I was transfer to SAC. My Nephrostomy Tube was removed, when a urologist specialist Dr. Hadley from Linda Lomas recommendation was "continue nephrostomy until he can consult with them UCSD. Dr. Estock and the whole medical team knew at Calipatria State Prison that my ureter is "Kinking" obstruction. Dr. Hadley recommendation second opinion on 5.27.14 as of 8.12.14, I haven't been seen by a urologist specialist and without a nephrostomy tube, to help drain my left kidney. This delay in treatment causing substantial harm to both my kidney. as of 8.12.14 I'm on cephalexin for a infection and in pain due to my "obstruction." Patient understand He cannot dictate his health care or health care provider, but transferring a prisoner in need of urgent medical attention to a facility that the Calipatria doctor's knows is unable to provide the required treatment is delay of access to treatment. Dr. Estock allege that CDCR didn't have a contract with UCSD at the time of this appeal. They could have send me to a urologist specialist that had a contract with CDCR in that area. Dr. Hadley added on 5/27/14 He checked with UCSD to verify if UCSD urology was contract with CDCR, they are.

Inmate/Parolee Signature: _Claude Holmes_                Date Submitted: 8.12.14

---

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** To Jc Davis on July 22, 2014. The request for services for UCSF was done on 7.28.14 and approved 8.4.14, as a routine treatment. if this was planned when I was still at Calipatria State Prison, why was the request for services done on 7.28.14 and approved 8.4.14. The doctor who removed my nephrostomy tube was not urologist doctor, and the tube should have been changes not removed. My kidney's or infected due to primary care provider (PCP) at Calipatria State Prison and SAC Prison, not following Dr. Hadley recommendation to continue with the nephrostomy tube until I could consult with UCSD. when I was seen by Dr. Ma on July 22.14 I informed doctor Ma my left kidney was blocked And I need a nephrostomy tube to drain my left kidney. As of October 4, 2014 no test was done to check my kidney function. This delay of access to treatment is causing substantial harm to both my kidney's and to my health because I been on antibiotic's and pain medications, for 3 months.

Inmate/Parolee Signature: _Claude Holmes_                Date Submitted: 10.5.14

006

Exhibit C
Page 18 of 371

 

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

### Institution Response for First Level HC Appeal

**Date:** 7/28/2014

**To:** HOLMES, CHARLES (AL0671)
C 008 2001001L
California State Prison – Sacramento
P.O. Box 29
Represa, CA 95671-0002

*RECEIVED I CAB OCT 0 8 2014 HC APPEALS*

**Tracking/Log #:**   CAL HC 14033383

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 7/3/2014, you indicated the following issues:

| Issue Type | Action Requested |
|---|---|
| **Issue 1:** Access to Care ( MD Appointment ) | P/I is requesting to see a doctor or sent to a hospital to check his kidney function. |
| **Issue 2:** Other ( 2nd opinion ) | P/I is requesting that medical staff follow Dr. Hadley from Loma Linda Hospital recommendation to get a 2nd opinion from UCSD Hospital. |

**Interview:**
You were interviewed via telephone at CSP – Sacramento by Dr. Estock, Physician and Surgeon, on 07/24/2014 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issues.

**Response:**
A review of your appeal with attachment, electronic Unit Health Records (eUHR), and all pertinent departmental policies and procedures was conducted. The Disability and Effective Communication (DEC) System was checked and you were determined to have a Test for Adult Basic Education (TABE) score of above 4.0 and did not require accommodations to ensure effective communication.

P/I Holmes, I interviewed you for the first level appeal mentioned above via telephone from Central Health at Calipatria State Prison (CAL) on 7/24/14, with the assistance of Sgt. Robichaud.
You requested to see a doctor, or be sent to a hospital to check your kidney function, as well as for pain relief and wound care. You were seen by medical providers regarding your care every 14 days, at the maximum, during your stay in the Outpatient Housing Unit (OHU) at CAL. Appropriate testing including laboratory work were completed; daily nursing care, pain medications and antibiotics as deemed appropriate for your treatment were made available to you.  Of note, there are several refusals during your OHU stay where you declined proper care/flushing of your nephrostomy tube.
You are also requesting that CAL medical staff follow Dr. Hadley's recommendation to get a second opinion from the University of California, San Diego (UCSD).  Dr. Hadley is a contracted specialist and while he can make recommendations for your care, the providers must be approved and contracted within CDCR. UCSD Urology was not a contracted provider at the time of this appeal. However, you were referred to see a second opinion Urologist contracted with the department to further evaluate and treat your condition. You also were seen by your Primary Care Provider (PCP) at SAC on 7/22/14 to continue your medical care; this encounter is in your electronic Unit Health Record (eUHR).

The patient is reminded that he cannot dictate his health care or health care providers.

007

Exhibit C
Page 19 of 371

C.HOLMES, AL0671
CAL HC 14033383
Page 2 of 2

**Appeal Decision:**
Based upon the aforementioned information, your appeal is Partially Granted at the First Level of Review.
P/I Holmes, you were seen by the doctor as well as other medical providers every 14 days at the maximum, during your stay in OHU.
Your request to follow Dr. Hadley's recommendation is denied. UCSD Urology was not a contracted provider at the time. You have however been referred to a contracted urologist for a second opinion.

The patient is advised that his issue may be submitted for Second Level of Review within 30 days of receipt of this response if he desires.

DR. ESTOCK
Physician and Surgeon
Health Care Services
Calipatria State Prison

RECEIVED
I CAB
OCT 0 8 2014
HC APPEALS

008

Exhibit C
Page 20 of 371

STATE OF CALIFORNIA

J. Clark Kelso, Receiver

PRISON HEALTH CARE SERVICES



**Institution Response for Second Level HC Appeal**

Date: September 25, 2014

Inmate Name: HOLMES, CHARLES (AL0671)
C 003 1009001U
California State Prison – Sacramento
P.O. Box 29
Represa, CA 95671-0002

*RECEIVED
I CAB
OCT 0 8 2014
HC APPEALS*

Appeal Log #: CAL HC 14033383

**Appeal Issue:** In your CDC 602-HC Inmate/Parolee Health Care Appeal received on July 3, 2014, you indicated the following issues:

|  | **Issue Type** | **Action Requested** |
|---|---|---|
| **Issue 1:** | Access to Care (MD Appointment) | I/P is requesting to see a doctor or be sent to a hospital to check his kidney function. |
| **Issue 2:** | Other (Second Opinion) | I/P is requesting that medical staff follow Dr. Hadley's (from Loma Linda Hospital) recommendation to get a second opinion from UCSD Hospital. |

**Interview:** You were interviewed via telephone at CSP-Sacramento by Dr. Estock, Physician and Surgeon, on July 24, 2014 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issues.

Your appeal was Partially Granted at the FLR.  The first level reviewer responded as follows:
*A review of your appeal with attachment, electronic Unite Health Records (eUHR), and all pertinent departmental policies and procedures was conducted. The Disability and Effective Communication System (DECS) was checked and you were determined to have a Test for Adult Basic Education (TABE) score of above 4.0 and did not require accommodations to ensure effective communication.*

*I/P Holmes, I interviewed you for the first level appeal mentioned above via telephone from Central Health at Calipatria State Prison (CAL) on July 24, 2014 with the assistance of Sergeant Robichaud.*

*You requested to see a doctor, or be sent to a hospital to check your kidney function, as well as for pain relief and wound care. You were seen by medical providers regarding your care every 14 days, at the maximum, during your stay in the Outpatient Housing Unit (OHU) at CAL. Appropriate testing including laboratory work were completed; daily nursing care, pain medications and antibiotics as deemed appropriate for your treatment were made available to you. Of note, there are several refusals during your OHU stay wehre you declined proper care/flushing of your nephrostomy tube.*

*You are also requesting that CAL medical staff follow Dr. Hadley's recommendation to get a second opinion from the University of California, San Diego (UCSD). Dr. Hadley is a contracted specialist and while he can make recommendations for your care, the providers must be approved and contracted within CDCR. UCSD Urology was not a contracted provider at the time of this appeal. However, you were referred to see a second opinion Urologist contracted with the Department to further evaluate and treat your condition. You were also seen by*

009

Exhibit C
Page 21 of 371

*State of California*                    *Department of Corrections and Rehabilitation*
HOLMES, CHARLES (AL0671)
CAL HC 14033383

*I CAB*
*OCT 0 8 2014*

*your Primary Care Provider (PCP) at SAC on July 22, 2014 to continue your medical care; the appointment is in your electronic Unit Health Record (eUHR).*

*The patient is reminded that he cannot dictate his health care or health care providers.*

*Based upon the aforementioned information, your appeal was Partially Granted at the First Level of Review.*

*I/P Holmes, you were seen by the doctor as well as other medical providers every 14 days at the maximum, during your stay in OHU.*

*Your request to follow Dr. Hadley's recommendation was Denied. UCSD Urology was not a contracted provider at the time. You have however been referred to a contracted urologist for a second opinion.*

*The patient is advised that his issue may be submitted for Second Level of Review within 30 days of receipt of tis response if he desires.*

In your request for a Second Level Review, you state that in the interview with Dr. Estock on July 24, 2014, you explained that due to her not writing an order to clean your nephrostomy tube open wound, you were sent to Pioneer Hospital with a skin infection around your nephrostomy tube wound. The only doctor you saw after filing the 602 at Calipatria State Prison was Dr. Kim on July 14, 2014 due to an infection on your skin around the nephrostomy tube and Dr. Kim had you transferred to Pioneer Hospital to have the tube removed because it was infected. On July 15, 2014, you were transferred to CSP-Sacramento. Your nephrostomy tube was removed though the urologist Dr. Hadley recommended to continue with the nephrostomy until he could consult with UCSD. You stated that Dr. Estock and the whole medical team at Calipatria knew that your ureter was kinking and/or was obstructed. Dr. Hadley recommended a second opinion on May 27, 2014 yet as of August 2, 2014, you haven't been seen by a urologist and you have been without a nephrostomy tube which was in place to help drain your left kidney. This delay in treatment has been causing substantial harm to both of your kidneys and as of August 12, 2014, you are on Cephalexin for an infection and you are in pain due to your obstruction. You stated that you understand that you cannot dictate your health care or your health care provider but transferring you while you are a prisoner in need of urgent medical attention to a facility that the Calipatria doctors know is unable to provide adequate treatment is a delay in access to treatment. Dr. Estock alleges that CDCR didn't have a contract with UCSD at the time of the appeal so they could have sent you to a urologist that had a contract with CDCR in that area. See Dr. Hadley's Addendum of May 27, 2014 as he checked with UCSD to verify if UCSD urology was in contract with CDCR and they are.

P. Sahota, M.D., Chief Medical Executive at CSP-Sacramento, reviewed this matter on behalf of S. Chaiken, Ph.D. Chief Executive Officer (A) at CSP-Sacramento.

**Response:**
Your eUHR was reviewed. Your appeal submitted on July 3, 2014 while you were still at Calipatria State Prison was answered at the FLR by Dr. Estock, the Physician and Surgeon at Calipatria State Prison, through a telephone interview on July 28, 2014 after you were transferred to CSP-SAC. Dr. Estock addressed the issues you raised in your appeal.

You have a history of ureteral stricture with obstruction and you had to undergo several surgical procedures in the past without success. The last procedure you had was a nephrostomy tube to drain urine flow of the left kidney. Dr. Hadley, the urologist at Loma Linda, recommended keeping the nephrostomy tube until you were seen by another urologist for a second opinion. However, the nephrostomy tube had to be removed on July 14, 2014 because of the local infection. You were transferred to CSP-SAC on July 15, 2014 and you were seen by Dr. Ma initially on July 22, 2014. Dr. Ma submitted a request for service for you to be seen at University of California, San Francisco (UCSF), for a second opinion as planned when you were still at Calipatria State Prison. An appointment was secured for you to be seen by the urologist at UCSF and the urologist saw you on September 17, 2014. During the September 17, 2014 appointment at UCSF, further work up and follow up were recommended. These recommendations will be pursued to address the ongoing issues with your left ureteral stricture.

010

Exhibit C
Page 22 of 371

State of California                          Department of Corrections and Rehabilitation
HOLMES, CHARLES (AL0671)
CAL HC 14033383

Reviewing the report of Dr. Hadley from May 27, 2014, it was found that Dr. Hadley stated only; "I have recommended a second opinion" (they also contracted with UCSD). There was no mention that Dr. Hadley has checked with UCSD to verify if UCSD urology was in contract with CDCR. However, Dr. Estock was the one who knew which urologist had a contract with CDCR and she advised you about it at the FLR.

**Appeal Decision:**   Based on this evaluation, the action requested to resolve the appeal is PARTIALLY GRANTED.

S. CHAIKEN, PhD
Chief Executive Officer (A)
California State Prison, Sacramento

M. Linggi, SRN II

cc: Appeals File
    Central File

SC/jg

RECEIVED
I CAB
OCT 0 8 2014
HC APPEALS

011

Exhibit C
Page 23 of 371

# UCSF Medical Center - After Visit Summary

| **Charles Holmes**<br>9/17/2014 9:15 AM   Office Visit | **Department:** UCSF<br>**Urology Faculty Practice**<br>**Dept Phone:** 415-353-2200 | **Description: Male DOB:**<br>10/15/1972<br>**Provider: Marshall L.**<br>**Stoller, MD** |
|---|---|---|

Instructions                                   ~ALN671~

.We will obtain

Please bring CDs of images and scans with patient for next visit.

**Diagnoses this Visit**

   **Ureteral stricture**   -  Primary

**Previously Documented Problems as of 9/17/2014**                  Date Reviewed: **9/17/2014**

   None

**Your Vitals Were - Last Recorded**

| BP | Pulse | Temp(Src) | Height | Weight | BMI |
|---|---|---|---|---|---|
| 99/61 | 64 | 36.1 °C (97 °F) | 180.3 cm (5' 11") | 90.719 kg (200 lb) | 27.91 kg/m2 |

**Allergies**

   **Motrin [ibuprofen]**

## Your Updated Medication List

**Notice**                  As of 9/17/2014 10:35 AM

   You have not been prescribed any medications.

**Medications Administered During This Visit**

   None

**We Performed Or Ordered the Following**

| Future Labs/Procedures | Expected by | Expires |
|---|---|---|
| **NM Diuretic Renogram** | As directed | 3/17/2015 |

**To-Do List**

| Future Orders | Complete On or After | Expires |
|---|---|---|
| **NM Diuretic Renogram** | As directed | 3/17/2015 |

   Scheduling Instructions:
      Scheduling Instructions

   Radiology Central Scheduling Telephone:  (415) 353-2573

   Patient Safety Tips Prior to the Procedure in Radiology
   - Please let us know if you have any allergies or adverse reactions to medications.
   - If you are pregnant or may be pregnant, please tell your doctor or technologist.
   - Please leave your valuables at home or in your room in the hospital.
   - Please let us now if you need interpreting services, this can be arranged for you.

   Procedure and Preparation
   For a nuclear medicine exam, the patient is given a small amount of radioisotope, either orally or by injection, to
   enhance the visualization of selected organs or vascular structures. Once the radioisotope has accumulated in
   the region of the body under study, the technologist positions a camera close to the region and begins the
   scanning process. The images are viewed on a computer monitor after the examination by a specially trained
   physician who will communicate the results to your own doctor.

RECEIVED
I CAB
OCT 0 8 2014
9C APPEALS

012

Exhibit C
Page 24 of 371

Future Orders                                                    Complete On or After        Expires
    Safety Concerns
    As with any radiologic procedure, pregnant women should consult with their physician before undergoing a
    nuclear medicine exam. Generally, nuclear medicine scans are not performed on pregnant women. Patients
    should also make sure their physician knows what medications they are taking and if they are a nursing mother
    before undergoing a nuclear medicine exam.

---

**Instructions on MyChart Enrollment**

UCSF MyChart is UCSF Medical Center's patient portal. If you receive outpatient care at UCSF, you can
send messages to your provider, view your clinical lab results, request medication refills, request
appointments and more. If you have had an inpatient or emergency department admission, you can view
your discharge instructions.

**How Do You Sign Up?**
**1.** Go to **www.ucsfmychart.org** and click "Sign Up Now" in the "First time user?" box.

**2.** Enter your UCSF MyChart Activation Code exactly as it appears below then enter the last four digits of
your social security number and date of birth. Follow instructions to create your username and password
then click sign in to start using your UCSF MyChart account.

**UCSF MyChart Activation Code: G8KBS-FN28F-49JDA**
**Expires: 11/16/2014 10:35 AM**

If your activation code expires or if you have questions, email ucsfmychart@ucsfmedctr.org. UCSF MyChart
is NOT to be used for urgent needs. For medical emergencies, dial **911**.



Name: Holmes, Charles (MRN: 57137088) DOB: 10/15/1972
Printed by Kirstie Madeliene B. Cruz at 9/17/14 10:35 AM

RECEIVED
I CAB
OCT 0 8 2014
HC APPEALS

013

Exhibit C
Page 25 of 371

Holmes, Charles (MR # 57137088) DOB: 10/15/1972          Encounter Date: 09/17/2014

**Charles Holmes**
9/17/2014 9:15 AM   Office Visit
MRN: 57137088

Description: **41 year old male**
Provider: **Marshall L. Stoller, MD**
Department: **Urology Parn**

---

**Diagnoses**

**Ureteral stricture**   - Primary
593.3

**Reason for Visit**

**New Patient Evaluation**

---

**Vitals - Last Recorded**

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 99/61 | 64 | 36.1 °C (97 °F) | 180.3 cm (5' 11") | 90.719 kg (200 lb) | 27.91 kg/m2 |

**H&P Notes**

No notes of this type exist for this encounter.

**Progress Notes**

Marshall L. Stoller, MD at 9/17/2014 10:28 AM

   Status: Signed

   History of Present Illness:  Charles Holmes was seen in the Urology faculty practice clinic at UCSF as a new patient in a consultation for evaluation and possible treatment of ureteral stricture, which has been ongoing since 2011. At this initial visit, Charles reports that he has has multiple surgeries on the left side. At first in when he was 12 he has a reimplant, and in 2013 he had a implant with a hitch at USC, which failed. He was then sent to loma linda for stent placement, which failed, so he had a PNT. Currently he does not have any tubes as per patient. He does not know why the tubes were all taken out. Charles denies any fatigue, fever and malaise.

   The patient's past medical, surgical, medication, allergy, family, and social histories were reviewed and noncontributory to this illness/condition except as noted below:

   The patient's past medical history is notable for:
   No past medical history on file.

   The patient's past surgical history is notable for:
   No past surgical history on file.

   The patient is currently taking the following medications:
   No current outpatient prescriptions on file.

   No current facility-administered medications for this visit.

   The patient is allergic to:
   **Allergies**
   Allergen                                    Reactions
   • Motrin [Ibuprofen]



   The patient's past family  history is notable for:
   No family history on file.

   The patient's past social  history is notable for:
   **History**

   Social History

Holmes, Charles (MR # 57137088) DOB: 10/15/1972                    Encounter Date: 09/17/2014

- Marital Status:                        Unknown/Declined
    Spouse Name:                         N/A
    Number of Children:                  N/A
- Years of Education:                    N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status:          Never Smoker
- Smokeless tobacco:       Not on file
- Alcohol Use:             Not on file
- Drug Use:                Not on file
- Sexual Activity:         Not on file

Other Topics                              Concern
- Not on file

Social History Narrative
- No narrative on file

Review of systems was performed and reviewed today. It is notable for:
Review of Systems
Constitutional: Negative for fever, chills, weight loss and malaise/fatigue.
HENT: Negative for hearing loss, neck pain and tinnitus.
Eyes: Negative for blurred vision, double vision and photophobia.
Respiratory: Negative for cough, sputum production and wheezing.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for heartburn, nausea, vomiting, abdominal pain, diarrhea and constipation.
Genitourinary: Negative for dysuria, urgency and frequency.
Musculoskeletal: Negative for back pain and joint pain.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness, tingling, focal weakness and headaches.
Endo/Heme/Allergies: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for depression. The patient is not nervous/anxious.

During the physical examination today, the patients vital signs were
BP 99/61 | Pulse 64 | Temp(Src) 36.1 °C (97 °F) | Ht 180.3 cm (5' 11") | Wt 90.719 kg (200 lb) | BMI 27.91 kg/m2

    General: Alert and oriented times three, pleasant, in no acute distress
    HEENT: Normocephalic, atraumatic, moist mucous membranes, anicteric sclera
    Musculoskeletal: No clubbing or cyanosis, neck exhibits normal range of motion
    Cardiovascular: No pitting edema, radial pulses symmetric
    Chest: Breathing is unlabored
    Abdomen: Soft, non-tender, non-distended, no palpable masses, he has a midline incision and a LLQ incision
    Genitourinary: No costovertebroagle tenderness, genital exam - not applicable
    Psychiatric: Mood and affect are normal, the patient is socially appropriate
    Neurologic: Sensation is grossly intact in the upper and lower extremities

The following lab results were personally reviewed by me:

**Objective:**

2014 SEP 18  AM 9 50

RECEIVED
I CAB
OCT 0 8 20
HC APPEALS

Holmes, Charles (MR # 57137088) DOB: 10/15/1972                    Encounter Date: 09/17/2014

**Lab Review**
No results found for this basename: WBC, WBCM, WCBD, HGB, HGBM, HCT, HCTM,
NSH, HCT22, MCV, PLT, CCP

No results found for this basename: CA, P, URIC ACID, PTH

No results found for this basename: NA, SB, NAWB, K, KSB, CL, CLWB, CO2, HCO3

No results found for this basename: CREATININE, CREAT, CWB, CREA, CREATI

We have no images

Assessment and Plan: It was a pleasure seeing Charles Holmes in clinic today.

I addressed his left ureteral stricture with the patient today, which is a new problem for us. This
issue is getting worse. Additional workup ordered today included a mag 3 nuclear renal scan
and will need to get a cysto RPG for anatomy. .

Patient may need to get an autotransplant in the future.

The patient was instructed to call our clinic nursing line at 415.353.2452 or the main line at
415.353.2200 with any questions or go to nearest emergency room should there be any fevers,
chills, nausea, vomiting, worsening pain, chest pain, or inability to void.

Thank you for allowing us to participate in the care of this patient. Please do not hesitate to
contact us should you have any questions or concerns.

**All Meds and Administrations**
   (No medication admins recorded for this encounter)

**Orders Placed This Encounter**
   Future Labs/Procedures
   NM Diuretic Renogram [78740 Custom]
      Expected by: As directed
      Expires: 3/17/2015

**Patient Instructions**
   .We will obtain

   Please bring CDs of images and scans with patient for next visit.

**Level of Service**
   **PR OFFICE OUTPATIENT NEW 30 MINUTES**
   **[99203]**

**All Flowsheet Templates (all recorded)**
   Encounter Vitals Flowsheet
   Custom Formula Data Flowsheet
   Anthropometrics Flowsheet

**Referring Provider**
   **Referring No**

**All Charges for This Encounter**

Exhibit C
Page 28 of 371

Holmes, Charles (MR # 57137088) DOB: 10/15/1972                Encounter Date: 09/17/2014

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99203 | PR OFFICE OUTPATIENT NEW 30 MINUTES | 9/17/2014 | Marshall L. Stoller, MD | | 1 |

**Other Encounter Related Information**

Allergies & Medications

Problem List

History

**Medications Last Reviewed During Encounter By**

ANGELICA BYRD on 9/17/2014 at 10:17 AM

**History**

Last reviewed in this visit by Marshall L. Stoller, MD on 9/17/2014 at 10:27 AM
Sections Reviewed
Tobacco, Alcohol, Drug Use, Sexual Activity

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|-----------|------------|------|-----------|--------|
| BP | | | | |
| 09/17/14 1016 | 99/61 mmHg | AB | 09/17/14 1016 | Current |
| Heart Rate | | | | |
| 09/17/14 1016 | 64 | AB | 09/17/14 1016 | Current |
| Temp | | | | |
| 09/17/14 1016 | 36.1 °C (97 °F) | AB | 09/17/14 1016 | Current |
| Weight | | | | |
| 09/17/14 1016 | 90.719 kg (200 lb) | AB | 09/17/14 1016 | Current |
| Height | | | | |
| 09/17/14 1016 | 180.3 cm (5' 11") | AB | 09/17/14 1016 | Current |
| Pain Score | | | | |
| 09/17/14 1016 | 0 | AB | 09/17/14 1016 | Current |
| User Key | | | (r) = User Recd, (t) = User Taken, (c) = User Cosigned | |

**Created by**

Encounter creation information not available

**Encounter Status**

Closed By:  Marshall L. Stoller, MD on 9/17/14 at 10:33 AM

**Aspirin Management Plan**

No data filed

**Hyperlink for Printing Encounter AVS**

Printed AVS Snapshots



RECEIVED
I CAB
OCT 0 8 2014
HC APPEALS

# UCSF Medical Center

**TERMS AND CONDITIONS OF SERVICE: ADMISSION, MEDICAL SERVICES AND FINANCIAL AGREEMENT**

UNIT NUMBER

PT. NAME

MRN#: 57137088 Holmes, Charles
DOB: 10/15/1972 CSN#: 69237083
DEP: UPPADE                    13439 CALIFORNIA MENS COLONY CDC
AUTH#:  8ac-14118-779236  DOB: 9/17/14
(41 yr.o.) (male)
APP MD: Marshall L. Stoller
REF MD: Referring No

LOCATION

1. **UCSF Medical Center** is part of the University of California and is comprised of its hospital(s), medical center(s), its hospital-based clinics, and the UCSF School of Medicine.

2. **MEDICAL CONSENT:** I consent to medical treatments or procedures X-ray examinations, drawing blood for tests, medications, injections, taking of medical photographs, videotaping, laboratory procedures, and hospital services rendered to me under the general and special instructions of the physicians or other health care professionals assisting in my care. I also consent to my admission to the UCSF Medical Center if this is necessary for my care.

3. **TEACHING, RESEARCH AND HEALTHCARE INSTITUTION:** The University of California including UCSF Medical Center, is a teaching, research and healthcare institution. I understand that residents, interns, medical students, students of ancillary health care professions (e.g., nursing, x-ray, rehabilitation therapy), post-graduate fellows, and other trainees may observe, examine, treat, and participate at the request and under the supervision of the attending physician in my care as part of the University's medical education programs. Some UCSF Medical Center faculty are identified by their name badge as "Visiting Professors". These faculty members do not have a California license, but are licensed in another state or country. These physicians are permitted to practice medicine in California under a special program developed by the Medical Board of California.

   I also understand that a University institutional review board approves projects conducted by University researchers in accordance with state and federal law. As a result, I understand that I may be contacted and asked to participate in research studies but I am under no obligation to do so. My decision whether to participate or not will not affect my ability to obtain medical care.

4. **USE OF MEDICAL INFORMATION AND SPECIMENS:** I understand that my medical information, photographs, and/or video in any form may be used for other UCSF Medical Center purposes, such as quality improvement, patient safety and education. I also understand that my medical information and tissue, fluids, cells and other specimens (collectively, "Specimens") that UCSF Medical Center may collect during the course of my treatment and care may be used and shared with researchers. I understand that under California law, I do not have any rights to any commercially useful products that may be developed from such research. I further understand that any use of my medical information or Specimens by UCSF Medical Center or other research institutions will be in accordance with state and federal law, including all laws and regulations governing patient confidentiality, in the manner outlined in the UCSF Medical Center Notice of Privacy Practices.

5. **PERSONAL VALUABLES:** UCSF Medical Center maintains fireproof safes for the safekeeping of money and valuables. UCSF Medical Center shall not be liable for the loss of or damage to any money, documents, jewelry, glasses, dentures, furs or other articles of unusual value and shall not be liable for loss or damage to any personal property, unless deposited in a safe or locked storeroom. The liability for loss of any personal property deposited with UCSF Medical Center shall be no more than $500.

6. **RELEASE OF MEDICAL INFORMATION:** The State of California Information Practices Act requires UCSF Medical Center to provide the following information to individuals who supply information about themselves. As a patient of UCSF Medical Center, I will be asked to submit certain personal information, such as my address and phone number, Social Security number, insurance information, medical history and treatment. The principal purpose for requesting this information is to ensure accurate identification, continuity of medical care, and payment for such care. Under the authority of The Federal Privacy Act of 1974, Article IX, Section 9 of the California Constitution, the California Information Practices Act (Civil Code 1798 et seq.), California Code of Regulations, Title 22, Section 70749, UCSF Medical Center is authorized to maintain this information. As required by UCSF Medical Center, furnishing all information requested is mandatory unless otherwise noted. I understand that failure to provide such information may affect my medical care and/or insurance benefits and coverage.

   UCSF Medical Center will obtain my written authorization to release information about my medical treatment, except in those circumstances when UCSF Medical Center is permitted or required by law to release information (see UCSF Medical Center's Notice of Privacy Practices for a description of the specific circumstances under which UCSF Medical Center may release this information). For example, UCSF Medical Center may release a copy of my patient record to health care providers, health plans, governmental agencies and workers' compensation carriers. Additionally, I understand that if I am diagnosed with cancer, a reportable disease in California, UCSF Medical Center is required by law to report my diagnosis to the State Department of Health Services.



87/e037A (Rev. 03/07) WorkforceOne   ORIGINAL - MEDICAL RECORD COPY   YELLOW - PATIENT COPY

Page 1 of 2

**TERMS AND CONDITIONS OF SERVICE: ADMISSION, MEDICAL SERVICES AND FINANCIAL AGREEMENT**

018

Exhibit C

Page 30 of 371

# UC**SF** Medical Center



## TERMS AND CONDITIONS OF SERVICE: ADMISSION, MEDICAL SERVICES AND FINANCIAL AGREEMENT

7. **FINANCIAL AGREEMENT:** I understand that even if I have insurance, I may be financially responsible for some or all of my medical services. For instance, if I have a co-pay or deductible, I agree to pay the amounts I owe. If I do not have insurance that covers the service I receive, I agree to pay The Regents of the University of California for professional, hospital and clinic services, including UCSF Medical Center physician services, in accordance with the regular rates and terms of UCSF Medical Center. I also agree to pay for other professional services provided at UCSF Medical Center by other health care providers. If I am unable to pay, I understand I may qualify for public assistance, special payment arrangements and/or charity care. I also understand that when this agreement is signed by my spouse, parent or a financial guarantor, my spouse, parent or financial guarantor shall be jointly and individually liable with me for payment, including all collection fees (attorneys' fees, costs and collection expenses), in addition to any other amounts due. Unpaid accounts referred to outside agencies for collection bear interest at the current legal rate.

8. **ASSIGNMENT OF BENEFITS (INCLUDING MEDICARE BENEFITS):** I authorize and direct payment to UCSF Medical Center of any insurance benefits including hospital insurance and unemployment compensation disability benefits otherwise payable to or on my behalf for UCSF Medical Center services, including emergency services, at a rate not to exceed UCSF Medical Center actual charges. I understand that I am financially responsible for charges not paid pursuant to this agreement. I further agree that any credit balance resulting from payment of insurance or other sources may be applied to any other account owed to UCSF Medical Center by me.

I have read, agreed to and received a copy of this Terms and Conditions of Service.

| | |
|---|---|
| _____ | or _____ |
| Signature of Patient | Signature of Patient Representative |
| _____ | _____ |
| Signature of Witness (required if patient unable to sign) | Relationship of Representative to Patient |
| _____ | _____ |
| Signature of Interpreter | Language used |

_____
Date of Signing

---

**Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative**

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement (Paragraph 7) and Assignment Of Benefits (Including Medicare Benefits) (Paragraph 8) set forth above.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Date | Financially Responsible Party | Witness |

---

Elective Section:

**PATIENT RIGHTS NOTICE:** (applies to inpatient admissions only)
Would you like your agent under a durable power of attorney for health care or your next of kin to receive a copy of the Patient Rights and Responsibilities Notice? If so, please contact the Patient Relations Department at (415) 353-1936.

Page 2 of 2                 **TERMS AND CONDITIONS OF SERVICE: ADMISSION, MEDICAL SERVICES AND FINANCIAL AGREEMENT**

876-0378 (Rev. 08/07) WorkflowOne   ORIGINAL - MEDICAL RECORD COPY   YELLOW - PATIENT COPY

RECEIVED
I CAB
OCT 0 8 2014
CAPPEALS

019

Exhibit C
Page 31 of 371

**UCSF Medical Center**

**UCSF Benioff Children's Hospital**

**NOTICE OF PRIVACY PRACTICE
ACKNOWLEDGEMENT OF RECEIPT**

UNIT NUMBER

PT NAME

MRN#: 57137088 Holmes, Charles
DOB: 10/15/1972  CSN#: 69237083
DEP: UFPA08
AUTH#:    Sac-14116-779236  12439 CALIFORNIA MENS COLONY CDC
(41 y.o.) (male)    DOS: 9/17/14
APP MD: Marshall L. Stoller
REF MD: Referring No

LOCATION                                    DATE

---

The UCSF Notice of Privacy Practice provides information about how we may use and disclose protected health information about you.

In addition to the copy we have provided you, copies of the current notice are available by accessing our website at http://www.ucsfhealth.org and may be obtained throughout UCSF Health System.

I acknowledge that I have received the Notice of Privacy Practice.

_____    ✓_7_/_21_/_____
Signature of Patient or Patient's Representative    Date

_____    _____
Print Name    Relationship to Patient

_____
Name of Interpreter (if applicable)

**If written acknowledgement is not obtained, please check reason:**

☐ Notice of Privacy Practice Given - Patient Unable to Sign

☐ Notice of Privacy Practice Given - Patient Declined to Sign

☐ Other _____

*RECEIVED
I CAB
OCT 0 8 2014
HC APPEALS*

-  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -

_____    ____/____/____
Signature of UCSF Representative    Date

_____    _____
Print Name    Department

870-060 (Rev 09/13) WorkflowOne   WHITE - MEDICAL RECORD   YELLOW - PATIENT OR PATIENT'S REPRESENTATIVE

**NOTICE OF PRIVACY PRACTICE ACKNOWLEDGEMENT OF RECEIPT**

020

Exhibit C
Page 32 of 371

M

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

HEALTH CARE SERVICES
PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

135

| PATIENT NAME: **Holmes, Charles** | CDC NUMBER : **AL0671** | INSTITUTION: **CSP-SAC** | |
|---|---|---|---|
| DATE OF BIRTH: **10/15/1972** | EPRD DATE: **NA** | | GENDER: **M** |
| PRINCIPLE DIAGNOSIS: **Congenital Obstr of Uretopelvic Junction** | ICD-9 CODE: | | CPT CODE(S): |
| REQUESTED SERVICE(S) : **Urology Consult** | | # OF DAYS RECOMMENDED: | |

*Please check all that apply:*    Consultation **X**        Outpatient **X**        Initial/Follow-up

Requested Treatment/Service is: EMERGENT        URGENT        ROUTINE **X**        TELEMED OK: NO

*For the purpose of retrospective review, if emergent or urgent, please justify:* ___

Proposed Provider: Urology in UCD or UCSF Medical Center        Anticipated Length of Stay: _____

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer): ___

Medical Necessity *(briefly describe the clinical situation; the history of the illness; treatments used; pertinent labs/imaging studies; or questions for the consultant)*:

> **Pt is new arrival. Hx of congenital obstr of Uretopelvic junction with recurrent UTI. Failed reconstruction surgeries in child and then in 2011. Failed recent stent placement on 10/29/2013 (in Loma Linda Med Ctr) and 5/10/2014. He still complains of left flank pain and dysuria. He was transferred from Calipatria to here for further urology consult for 2nd opinion.        (Please schedule this patient in 3 weeks, or sooner if possible)**

Estimated time for service delivery, recovery, rehabilitation and follow-up: ___
Summary of preliminary or diagnostic work-up, conservative treatment provided (if applicable, please provide TB code, CD4 count, viral load, albumin, total protein dates within the past 3 months) ___

Comments (diagrams, risk factors, prognosis, alternative management, etc.): ___

| REQUESTING PHYSICIAN PRINTED NAME: J. Ma, M.D. | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE: 8/4/14 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE *Jian Ma, MD* | DATE: 7/28/2014    Utilization Management Tracking # | SAC-14/15-779235 |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|
| FINDINGS: | |
| RECOMMENDATIONS: | |
| FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: | |

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| RETURN SIGNATURE | DATE 9-17-14 | NAME: |
| PCP SIGNATURE | DATE | CDC: |

Attach Progress Note page for additional information
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC7243 (Rev 11/02)

DOB:

HOUSING: **I CAB**

RECEIVED
OCT 08 2014
HC APPEALS

ORIGINAL
RECEIVED
Date: 8/4/14
Sign:
Rsd to consult
UM
TSM

RECEIVED
By ___

021

Exhibit C
Page 33 of 371

CHARLES HOLMES
DCR# AL0671-
SP-SAC
P.O. BOX-29.0066
Represa, CA- 95671



TO: HEALTH CARE APPEALS
ATTN: Chief, Building C, P.O.BOX 588500
Elk Grove, CA- 95758.



LEGAL MAIL

022

Exhibit C
Page 34 of 371

023

Exhibit C
Page 35 of 371

# EXHIBIT D



# HEALTH CARE SERVICES



**Date:**  7/7/2014                                    **REJECTION NOTICE**

**To:**   HOLMES, CHARLES (AL0671)
          S  INF 1009001L
          Calipatria State Prison
          P.O. Box 5001
          Calipatria, CA 92233-5001

**Tracking/Log #:**      CAL HC 14033371

It has been determined your appeal submitted does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being rejected and returned to you for the following reason(s):

**Excessive Filings**: CCR, Title 15, Section 3084.6(b)(3) states, "The inmate or parolee has exceeded the allowable number of appeals filed in a 14 calendar day period pursuant to the provisions of subsection 3084.1(f)."

For your appeal to qualify for processing, you are advised to take the necessary corrective action provided in this notice and resubmit the appeal within 30 calendar days.

Dogonyaro, J.
Health Care Appeals Coordinator
Calipatria State Prison

Rejection Note: Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes, 30 calendar days, as specified in CCR 3084.6(a) and CCR 3084.8(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

001

Exhibit D
Page 37 of 371

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**
**CDCR 602 HC (REV. 6/13)**

14033371

Page 1 of 2

| STAFF USE ONLY | | | Institution: | Log #: | Category: |
|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | CAL HC | HC0002163JD | |
| Signature: | | Date: | FOR STAFF USE ONLY | | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDCR Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HOLMES CHARLES | AL0671 | INF-9 | |

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):

I WANT NEPHROSTOMY TUBE REMOVS.] BY LOMAS LINDA HOSPiTal.

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): ON 5.9.14 ~~~~ LOMAS LINDA HOSPiTal Placed a NEPHRostomy tube iN MY LEFT KidNEY. oN 6.27.14 JR.EStOCK REMOVEd MY MEdicAl Hold, that I bE transfer sac iv, I don't WANT TO BE TRANSFER WiTH a NEPHROStomy TUBE iN MY BACK.

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A):

NEPHROStomy TUBE BE REMOVE] BEFORE I'M TRANSFER TO sac iv

☑ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

CDCR 128.C3

☐ No, I have not attached any supporting documents. Reason :

Patient-Inmate Signature: _Charles Holmes_          Date Submitted: 7.1.14

☐ By placing my initials in this box, I waive my right to receive an interview.

| SECTION C. FIRST LEVEL - Staff Use Only | Check One: Is CDCR 602-A attached? | ☐ Yes ☐ No |
|---|---|---|
| This appeal has been: | Check One: Is this a recategorized/converted 1824? | ☐ Yes ☐ No |

☐ Bypassed at the First Level of Review. Go to Section E.
☑ Rejected (See attached letter for instruction):   Date: 7/7/14   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter):   Date: _____
☐ Accepted   Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:   ☐ Granted   ☐ Granted in part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted?   ☐ Yes ☐ No | |
|---|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ (Print Name) | Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | | |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | Signature: _____ | Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: _____ (Print Name) | Title: _____ |
| 4.Comments: | | | Signature: _____ | |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: _____ | Date closed and mailed/delivered to appellant: 7/7/14 |

RECEIVED
JUL 03 2014
CAL
HC Appeals

STAFF USE ONLY

002

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**

**CDCR 602 HC (Rev. 06/13)**

Page 2 of 2

**SECTION D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Patient-Inmate Signature: _____     Date Submitted: _____

| SECTION E. SECOND LEVEL - Staff Use Only | Check One: Is CDCR 602-A attached? | ☐ Yes ☐ No |
|---|---|---|

This appeal has been:     Check One: Is this a recategorized/converted 1824?     ☐ Yes ☐ No

☐ Bypassed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction):     Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter):     Date: _____

☐ Accepted   Assigned to: _____   Title: _____  Date Assigned: _____  Date Due: _____

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____     Interview Location: _____

Your appeal issue is:   ☐ Granted   ☐ Granted in part   ☐ Denied     ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code:   2. Accommodation:   3. Effective Communication: | Interview conducted?   ☐ Yes  ☐ No |
|---|---|
| ☐ TABE score ≤ 4.0   ☐ Additional time   ☐ P/I asked questions<br>☐ DPH ☐ DPV ☐ LD   ☐ Equipment ☐ SLI   ☐ P/I summed information<br>☐ DPS ☐ DNH   ☐ Louder ☐ Slower   **Please check one:**<br>☐ DNS ☐ DDP   ☐ Basic ☐ Transcribe ☐ Not reached* ☐ Reached<br>☐ Not Applicable   ☐ Other*   *See chrono/notes<br>4.Comments:_____ | Interviewer: _____  Title: _____<br>(Print Name)<br>Signature: _____  Date completed: _____<br>Reviewer: _____  Title: _____<br>(Print Name)<br>Signature: _____ |
| HCAC Use Only<br>Date received by HCAC: | HCAC Use Only<br>Date closed and mailed/delivered to appellant: |

**SECTION F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

Patient-Inmate Signature: _____     Date Submitted: _____

| SECTION G. THIRD LEVEL - Staff Use Only | |
|---|---|

☐ Rejected (See attached letter for instruction):     Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter):     Date: _____

☐ Accepted at the Third Level of Review

Your appeal is:   ☐ Granted   ☐ Granted in part   ☐ Denied     ☐ Other: _____

See attached Third Level response.     Third Level Use Only
Date closed and mailed/delivered to appellant: _____

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Patient-Inmate Signature: _____     Date Submitted: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STAFF USE ONLY

003

State of California
**MEDICAL CLASSIFICATION CHRONO**

Department of Corrections and Rehabilitation

CAL HC 14032371

**CDCR 128-C3 (REV. 10/13)**

Page 3 of 10

**C&PR/RC CCIII**

| ⊙ Permanent | O Temporary | □ Expires on: | | □ Expiration Unspecified, Review in 6 Months |
|---|---|---|---|---|

| Level of Care Based on Patient Need | | Classification Factors | |
|---|---|---|---|
| OP ⊙ | Acute Rehab O | Temp. Medical Hold* □ | Long Term Stay □ |
| SOP O | Hospice O | Temp. Medical Isolation* □ | Override²* □ |
| OHU O | SNF O | | |
| CTC O | GACH/Outside Hospital O | | |

**Intensity of Services**

| Proximity to Consult | Functional Capacity | Medical Risk | Nursing Care Acuity |
|---|---|---|---|
| No Particular Need O | Vigorous Activity O | Low Risk O | Basic Nursing O |
| Infreq. Basic Consultation O | Full Duty O | Medium Risk O | Uncomplicated Nursing O |
| Freq. Basic Consultation O | Limited Duty* ⊙ | High Risk ⊙ | Low-Intensity Nursing ⊙ |
| Tertiary Consultations* ⊙ | Totally Disabled* O | | Medium-Intensity Nursing O |
| Community Placement* O | | | High-Intensity Nursing O |
| | | | Special Nursing O |

| Specialized Services | | Institutional-Environmental | |
|---|---|---|---|
| Clinical Category 1 □ | Therapeutic Diet¹* □ | Restricted-Altitude* □ | Req. Electrical Access¹* □ |
| Clinical Category 2 □ | Respiratory Isolation □ | Restricted-Cocci Area 1 □ | Req. Adaptive Equip.¹* □ |
| Pregnancy Program □ | Speech/Occ. Therapy □ | Restricted-Cocci Area 2 ☑ | Req. Medical Transport* □ |
| Transplant Center □ | Physical Therapy □ | Restricted-No Stairs¹* □ | See CDCR 1845 and 7410¹* ☑ |
| Hemodialysis □ | Durable Med. Equip.¹* □ | | |
| Dementia □ | Transgender □ | | |

Comments (*all \* items*)
(*non-confidential*)

See 7410

(medically-confidential)

| Completed by (Print Name: ▓▓▓ Estock | CDCR: AL0671 | |
|---|---|---|
| Signature: DIGITALLY AUTHENTICATED | Last Name: HOLMES | |
| Title: Physician and Surgeon    Date: 6/27/2014 | First Name: CHARLES | MI: |
| Institution: HCSCAL-Calipatria State Prison-10002240 | DOB: 10/15/1972 | Onu-09 |

RECEIVED

Calipatria State Prison

JUL 03 2014

JUN 3 0 2014

CAL
HC Appeals

Health Regional Inmate Copy

\* Include details in Comments
¹ Include detail in CDCR 1845 or CDCR 7410 as appropriate

² Regional Medical Executives Only. State Factors overridden in Comments

Distribution: Original - eUHR, Chrono Section; Copy - C&PR or RC CCIII, Central File, Medical Chrono Section; CCI; Inmate (Housing: CAL S INF 1 009001L )

004

# EXHIBIT E



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:**   OCT 2 6 2015

**To:**   HOLMES, CHARLES (AL0671)
California State Prison – Sacramento
P.O. Box 29
Represa, CA 95671-0002

**From:**   California Correctional Health Care Services
Inmate Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking/Log # :**   SAC HC 15030531

This appeal was reviewed by Inmate Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

**DIRECTOR'S LEVEL DECISION:**

Appeal is denied. This decision exhausts your administrative remedies.

**APPEAL REQUESTS:**

You are requesting to be seen by a urologist specialist.

**BASIS FOR DIRECTOR'S LEVEL DECISION:**

Your appeal file and documents obtained from your Unit Health Record were reviewed by licensed clinical staff. These records indicate:

- You have received ongoing Primary Care Provider (PCP) and specialist follow up and treatment to October 7, 2015, for your history of urethral stricture and recurrent urinary tract infections (UTI) including consultations with outside urologists on September 17, and October 8, 2014, and July 15, 2015. At your last appointment with the outside urologist on July 15, 2015, the recommendation was for self-catherization every three hours to empty your bladder. You were told there are no surgical options that would improve your current situation and were advised that you need to drain your urinary system to reduce your UTI risk and intermittent catherization would provide that. You were counseled that with intermittent catherization in the future you will have bacteruria (the presence of bacteria in the urine) chronically but that this does not represent UTI which for a catherizing patient is symptoms plus documentation of bacteria in your urine.
- You continue to be enrolled in the Chronic Care Program where your medical conditions and medications needs are closely monitored, with care provided as determined medically indicated by the PCP, in accordance with appropriate policies and procedures.

You may request the services of an outside consultant by following the directions in the California Code of Regulations, Title 15, Section 3354(c). However, be advised all costs associated with an outside consultation, including evaluations, tests, custodial supervision, transportation, etc., are the responsibility of the person requesting the outside evaluation.

---

**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

001

Inmates may not demand particular medication, diagnostic evaluation, course of treatment, or accommodation chronos.  The California Code of Regulations (CCR), Title 15, Section 3354, Health Care Responsibilities and limitations, (a) Authorized Staff, states, "Only facility-employed health care staff, contractors paid to perform health services for the facility, or persons employed as health care consultants shall be permitted within the scope of their licensure, to diagnose illness or, prescribe medication and health care treatment for inmates.  No other personnel or inmate may do so."

While the health care administrative appeals process is an important means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your medical care providers. You are encouraged to continue your care with your assigned medical care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your medical care providers to offer and provide only the care they determine to be currently medically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other medical facilities or staff, input from medical consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current medical care providers.

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

**RULES AND REGULATIONS:**

The rules governing these issues are:  California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

**ORDER:**

No changes or modifications are required by the institution.

J. Lewis, Deputy Director
Policy and Risk Management Services
California Correctional Health Care Services

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA  95758

002

Exhibit E
Page 43 of 371

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**PATIENT/INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 04/11)                                                                          Side 1

| STAFF USE ONLY | Institution: SAC HC | Log #: 15030531 | Category: 8 |
|---|---|---|---|
| Emergency Appeal ☐ Yes ☐ No | | FOR STAFF USE ONLY | |
| Signature:            Date: | | | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.        WRITE, PRINT, or TYPE CLEARLY.

| Name (Last, First): Holmes Charles | CDC Number: A10671 | Unit/Cell Number: C-3-109 | Assignment: 7B.8J,AM |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
Denial, Delay of access to treatment

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I have a history of ureteral stricture with obstruction, now I have problem that my urine is backing up to my kidney from my bladder. I'm in very bad pain daily and both

B. Action requested (If you need more space, use Section B of the CDCR 602-A): To be seen by a urologist specialist

☐ Supporting Documents: Refer to CCR 3084.3.
List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

_____     _____
_____     _____

☑ No, I have not attached any supporting documents.  Reason :_____
_____
_____

Patient/Inmate Signature: _____   Date Submitted: 2·16·2015

☐ By placing my initials in this box, I waive my right to receive an interview.

*(RECEIVED / CAR / AUG 1 0 2015 / HC APPEALS stamp)*

*(Vertical right margin: USE ONLY)*

---

**C. First Level - Staff Use Only**                 Staff – Check One: Is CDCR 602-A Attached? ☑ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) :   Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter):   Date: _____
☑ Accepted at the First Level of Review
   Assigned to: J. Ma, MD           Title: P & S   Date Assigned: 2/18/15 Date Due: 4/1/15

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
   Date of Interview: 3/20/2015     Interview Location: C yard Medical
Your appeal issue is:   ☐ Granted  ☐ Granted in part  ☑ Denied   ☐ Other:_____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: J. Ma, MD   Title: P+S   Signature: _____   Date completed: 3/20/15
                (Print Name)
Reviewer: I. Bal, MD   Title: C P+S   Signature: _____
                (Print Name)
Date received by HCAC: 2/18/15

| | HCAC Use Only |
|---|---|
| | Date mailed/delivered to appellant: 4/1/15 |

*(Left margin handwritten: NCF +8.5)*

003

STATE OF CALIFORNIA

**PATIENT/INMATE APPEAL**

CDCR 602 HC (REV. 04/11)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

YOUR TREATMENT IS CREATING A STATE OF CONSTANT INFECTION AND PAEN. I HAVE REPEATEDLY REQUESTED THE PROCEDURE AND PERSONELL I NEED TO TALK TOO TO PAY FOR THE 3rd CONSULTATION BUT NOBODY WELL PROVIDE IT TO ME NOR SAY WHO I NEED TO TALK TO. YOUR ANTIBIOTICS ARE NOT WORKING AND ARE CAUSING MORE HEALTH PROBLEMS THROUGH ENFECTIONS AND ALLERGIC REACTIONS.

Patient/Inmate Signature: _____ Date Submitted: 4/15/15

**E. Second Level - Staff Use Only**     **Staff – Check One: Is CDCR 602-A Attached?** ☑ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____   Date: _____ Date: _____

☐ Cancelled (See attached letter):   Date: _____

☑ Accepted at the Second Level of Review

    Assigned to: P. Sahota, MD   Title: CPE   Date Assigned: 4/20/15 Date Due: 6/1/15

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

    Date of Interview: N/A     Interview Location: N/A

Your appeal issue is: ☐ Granted ☐ Granted in part ☑ Denied   ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section D.

Interviewer: N/A   Title: _____   Signature: N/A   Date completed: _____

Reviewer: S. Chaiken, Ph D   Title: CSE   Signature: _____
(Print Name)

Date received by HCAC: 4/20/15    HCAC Use Only   Date mailed/delivered to appellant: 7/10/15

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of second response. Mail to: Chief, Office of Third Level Appeals – Health Care, California Prison Health Care Services, P.O. Box 4038, 660 Suite 400, Sacramento, CA 95812-4038. If you need more space, use Section F of the CDCR 602-A.

YOUR TREATMENT IS CREATING A STATE OF CONSTANT INFECTION AND PAIN. I HAVE REPEATEDLY REQUESTED THE PROCEDURE AND PERSONELL I NEED TO TALK TOO TO PAY FOR THE 3rd CONSULTATION BUT NOBODY WE PROVIDE IT TO ME. I WAS NEVER GIVING a UROLOGIST CONSULTATION FOR MY URINE bACKING UP TO MY KIDNEY.

Patient/Inmate Signature: _____ Date Submitted: 7·17·15

**G. Third Level - Staff Use Only**

☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____   Date: _____ Date: _____

☐ Cancelled (See attached letter):   Date: _____

☑ Accepted at the Third Level of Review

Your appeal is ☐ Granted ☐ Granted in part ☑ Denied   ☐ Other: _____

See attached Third Level response.    Third Level Use Only   **OCT 2 6 2015**

    Date mailed/delivered to appellant: ___/___/___

CK

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Patient/Inmate Signature: _____ Date Submitted: _____

Print Staff Name: _____ Title: _____ Signature: _____

*(stamp)* COMPLETED I CAB OCT 2 6 2015 HC APPEALS

004

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): I WAS NEVER GIVING a UROlOGIST CONSULTaTION FOR MY URINE baCKING UP TO MY KidNEY BOTH CONSULTATION WaS FOR "URETERaL STRICTURE." I WaS TOLD bY LOMa LINda MEdiCal CENTER IF I didNT GET THis FIX I could DIE FROM THiS.

Inmate/Parolee Signature: _____   Date Submitted: 4/15/15

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): BOTH CONSULTATION WaS FOR "URETERal STRICTURE." THE ANTibiOTics ARE NOT WORKING AND ARE CAUSING MORE HEALTH PROBLEMS THROUGH INFECTiONS AND ALLERBIC REACTIONS, I WaS TOLD bY LOMa LINdA MEdiCal CENTER, IF I didNT GET THiS FIXET I could DIE FROM THIS,

Inmate/Parolee Signature: _____   Date Submitted: 7·1·7·15

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | SAC HC | 15030531 | 8 |

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HOLMES Charles | A06671 | C-3-109 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** MY KidNEY OR
INFECTED, I'M NOT GETTING any medical TREATMENT
FROM OUT URologiST SPECialiST, I WAS SEEN iN
SEPTEMBER 17, 2014 by a specialist at UCSF,
BUT THE specialiST COULDNT FIX MY PRObLEM,
NOW I'M HERE iN Pain and WITH a iNFECTION
DaiLY. THis DELay is cause substaNTial HARM
TO MY HEALTH.

Inmate/Parolee Signature: _____   Date Submitted:
2·16·2015

**B. Continuation of CDCR 602, Section B only (Action requested):** _____

Inmate/Parolee Signature: _____   Date Submitted: _____

006

Exhibit E
Page 47 of 371

STATE OF CALIFORNIA

J. Clark Kelso, Receiver

PRISON HEALTH CARE SERVICES



### Institution Response for First Level HC Appeal

Inmate Name: HOLMES, CHARLES (AL0671)
C 003 1009001U
California State Prison – Sacramento
P.O. Box 29
Represa, CA 95671-0002

Appeal Log #: SAC HC 15030531

Date:   March 25, 2015

**APPEAL ISSUE:**  In your CDCR 602-HC Inmate/Parolee Health Care Appeal form received on February 18, 2015 you allege that you have a history of urethral stricture with obstruction. At present, your urine is backing up, you have very bad pain every day, and both of your kidneys are infected. You are not receiving any treatment from a urologist; on September 17, 2014, you were seen by the specialist at UCSF, but he could not fix your problem. The delay in treatment is causing substantial harm to your health.

**ACTION REQUESTED:** You request to be referred to a urologist.

**INTERVIEW:** You were interviewed by me on March 20, 2015 in C-yard medical department regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s).

**FINDINGS:**  You were diagnosed with left kidney/ureter problem at young age, for which you had surgery when you were a child, and again in 2011, according to your medical record. Even after the surgery, you continue to have recurrent bladder infections, and you were evaluated and treated extensively in Loma Linda Medical Center with stent placement in October 2013. Apparently, the treatment rendered by Loma Linda Medical Center has failed and the urologists recommended consultation with another urologist for a second opinion. You stated that the urologists in Loma Linda arranged an appointment for you to be seen by the specialist in UC San Diego. You also stated that the doctors in San Diego planned surgery on you.  A review of your medical record showed the doctor in Loma Linda did recommend a second opinion consultation in UC San Diego. But there is no document in your medical record stating that the specialist in San Diego planned surgery on you.

You were not seen by the specialist in San Diego, rather you were transferred here to CSP-SAC in 7/2014 for the purpose of a second opinion consultation. I thoroughly evaluated you seven days after your arrival here, and submitted a request for you for the second opinion consult soon after. You were evaluated by a urologist in UC San Francisco Medical Center on 9/17/2014, and followed up with them on 10/8/2014 with Diuretic renogram examination. Based on your exam results, the urologist recommended you "use timed and double voiding to ensure proper bladder emptying".  Apparently, you are not satisfied with this consultation because they did not mention surgery. Because of your insistance, your treating physician, Dr. Wedell, and I relayed your concern and request to our Chief Physician and Surgeon, Dr. Bal.  Later, I was told by Dr. Bal that she made a phone call to consult with the urologist in UC San Francisco sometime in February 2015.  She asked the urologist about future treatment plan for your kidney/ureter condition, specifically, she inquired about possible surgical intervention. According to Dr. Bal, the urologist in UC San Francisco firmly stated that there is no surgical indication in your case. Treatments are basically conservative, with long term suppressive antibiotics for prevention of infection, and to treat the infection with appropriate medication(s) if an infection occurs. I have passed this information to you in the visit on 3/3/2015.

CAB

AUG 1 0 2015

HC APPEALS

007

HOLMES, CHARLES (AL0671)
SAC HC 15030531

Due to your insistence on seeing another urologist, I presented your case at our MAR meeting on 3/17/2015 to ask for a possible third opinion consultation. The committee felt that since the second opinion consultation is recent, and the recommendation is clear and firm, therefore, no indication for 3rd consultation. The committee also stated according to CDCR policy, the third opinion consultation for the same condition could only be considered if the patient is able to arrange the consultation process himself and pay for the cost.

Based on this, your appeal is DENIED. We are going to continue monitoring your condition and refer you for proper consultation if your condition changes.

**APPEAL DECISION**: A thorough review of your appeal with attachment(s), Unit Health Record, and all pertinent departmental policies and procedures was conducted. Based on this review, the action requested to resolve the appeal is DENIED.

Jian Ma, MD
Physician and Surgeon
CSP-SAC

.M. Linggi, RN

cc: Appeals File

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☒ Reached |
| ☒ Not Applicable | ☐ Other* | |

Comments: NCF, TABE score: 8.5

RECEIVED
I CAB
AUG 1 0 2015
HC APPEALS

008



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institution Response for Second Level HC Appeal

**Date:**  7/9/2015

**To:**  HOLMES, CHARLES (AL0671)
C  003 1009001U
California State Prison – Sacramento
P.O. Box 29
Represa, CA 95671-0002

**Tracking/Log #:**  SAC HC 15030531

**First Level Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 2/18/2015, you indicated that you have a history of urethral stricture with obstruction. At present, your urine is backing up, you have very bad pain every day, and both of your kidneys are infected. You are not receiving any treatment from a urologist; on September 17, 2014, you were seen by the specialist at UCSF, but he could not fix your problem. The delay in treatment is causing substantial harm to your health.

| Issue Type | Action Requested |
|---|---|
| **Issue  1:**  Referral (Urology) | I/P would like to see a urologist for his medical issue. |

**Interview:**
You were interviewed by J. Ma, M.D., on March 20, 2015 at the C-Yard Medical Department regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s).

**First Level Response:**

The response stated the following:
You were diagnosed with left kidney/ureter problem at young age, for which you had surgery when you were a child, and again in 2011, according to your medical record. Even after the surgery, you continue to have recurrent bladder infections, and you were evaluated and treated extensively in Loma Linda Medical Center with stent placement in October 2013. Apparently, the treatment rendered by Loma Linda Medical Center has failed and the urologists recommended consultation with another urologist for a second opinion. You stated that the urologists in Loma Linda arranged an appointment for you to be seen by the specialist in UC San Diego. You also stated that the doctors in San Diego planned surgery on you. A review of your medical record showed the doctor in Loma Linda did recommend a second opinion consultation in UC San Diego. But there is no document in your medical record stating that the specialist in San Diego planned surgery on you.

You were not seen by the specialist in San Diego, rather you were transferred here to CSP-SAC in 7/2014 for the purpose of a second opinion consultation. I thoroughly evaluated you seven days after your arrival here, and submitted a request for you for the second opinion consult soon after. You were evaluated by a urologist in UC San Francisco Medical Center on 9/17/2014, and followed up with them on 10/8/2014 with Diuretic renogram examination. Based on your exam results, the urologist recommended you "use timed and double voiding to ensure proper bladder emptying". Apparently, you are not satisfied with this consultation because they did not mention surgery. Because of your insistence, your treating physician, Dr. Wedell, and I relayed your concern and request to our Chief Physician and Surgeon, Dr. Bal. Later, I was told by Dr. Bal that she made a phone call to consult with the urologist in UC San Francisco sometime in February 2015. She asked the urologist about future treatment plan for your kidney/ureter condition, specifically, she inquired about possible surgical intervention. According to Dr. Bal, the urologist in UC San Francisco firmly stated that there is no surgical indication in your case. Treatments are basically conservative, with long term suppressive antibiotics for

009

C.HOLMES, AL0671
SAC HC 15030531
Page 2 of 3

prevention of infection, and to treat the infection with appropriate medication(s) if an infection occurs. I have passed this information to you in the visit on 3/3/2015.

Due to your insistence on seeing another urologist, I presented your case at our MAR meeting on 3/17/2015 to ask for a possible third opinion consultation. The committee felt that since the second opinion consultation is recent, and the recommendation is clear and firm, therefore, no indication for 3rd consultation. The committee also stated according to CDCR policy, the third opinion consultation for the same condition could only be considered if the patient is able to arrange the consultation process himself and pay for the cost.

Based on this, your appeal is DENIED. We are going to continue monitoring your condition and refer you for proper consultation if your condition changes.

At the First Level of Review this appeal was Denied.

**Second Level Appeal Issues:**
The Second Level Appeal, received on 4/20/2015 indicated that the treatment you have received is creating a state of constant infection and pain. You stated that you have repeatedly requested the procedure and the staff you have talked with about getting a third opinion have not provided you anything and have not told you who to ask to get a third opinion. You stated that the antibiotics are not working and have caused you more health problems through infections and allergic reactions. You stated that you were never given a urology consultation for the urine backup due to your kidney because the purpose of the consultation was for ureteral stricture. You stated that you were told by Loma Linda Medical Center that if you didn't get this fixed, you could die from this.

**Second Level Response:**
Your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

You were seen by Dr. Ma on March 20, 2015 at the FLR. Dr. Ma did a thorough investigation and response of the issues you raised in your appeal.

As stated at the FLR, you were seen by the urologist at UCSF on September 17, 2014 and October 8, 2014 for a second opinion which was allowed by CDCR. An urologist, at a tertiary medical center like UCSF, knows how to do a proper consultation on anybody who needs medical attention. The specialist has evaluated your medical condition thoroughly including your claim of urine back up. The decision of the urologist was final. There was no surgery to be considered. This has been reiterated to Dr. Bal, the Chief Physician and Surgeon at CSP-SAC in February of 2015.

You were also advised by Dr Ma that if you want a third opinion, you will have to secure your own urologist and pay all the cost yourself including the cost of custody which has to provide security for everybody.

Please note, you have a right to request treatment. However, your request for specific medications, treatments, and interpretation of diagnostic tests and their impact to your overall health care management is a medical determination. As such, your medical treatment is determined by a physician based on the physician's evaluation, diagnosis, and departmental policy. Your medical physician has evaluated you and determined your request is not medically necessary. This decision is based on the criteria set forth in the California Code of Regulations, Title 15, Title 15, Section 3354(a), and Section 3350(a)(b)(1)(4)(5), which states that the medical department shall provide medical services for inmates based on medical necessity and supported by outcome data as effective medical care.

RECEIVED
I CAB
AUG 1 0 2015
HC APPEALS

010

C.HOLMES, AL0671
SAC HC 15030531
Page 3 of 3

**Appeal Decision:**
Based upon the aforementioned information, your appeal is DENIED.

The appellant is advised that this issue may be submitted for the Director's Level of Review if desired.

C. REGULES
Chief Support Executive
California State Prison, Sacramento

cc: Appeals File





012

California State Prison-Sacramento
P.O. Box 290066
Represa, CA 95671

NAME: CHARLES HOLMES

CDCR#: AL067 Facility/Bed: C 3 109

**STATE PRISON**
**GENERATED MAIL**

00588500
9575885500

RECEIVED
I CAB
AUG 1 0 2015
HC APPEALS

RECEIVED

AUG 0 6 2015

CSP-SAC MAILROOM

LEGAL MAIL

UNITED STATES POSTAGE
PITNEY BOWES
02 1M       $ 01.20°
0008005423   AUG 06 2015
MAILED FROM ZIP CODE 95671

HEALTH CARE SERVICES
ATT: OFFICE OF THIRD LEVEL APPEAL
BUILDING C
P.O. BOX 588500
ELK GROVE. CA 95758-
8500

013

Exhibit E
Page 54 of 371

**ATTACHMENT**

Side 1

**PATIENT/INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 04/11)

STAFF USE ONLY

Emergency Appeal   ☐ Yes   ☐ No

Signature: _____   Date: 7/6/15

Name (Last, First): HOLMES Charles

You may appeal any California Prison Health Care Services (CPHCS) location, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**WRITE, PRINT, or TYPE CLEARLY.**

CDC Number: A10671   C-3-109

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):

DENIAL OF ACCESS TO TREATMENT

A. Explain your issue (if you need more space, use Section A of the CDCR 602-A): I HAVE A HISTORY OF HEPTESA SER TO TYPE...

B. Action requested (if you need more space, use Section B of the CDCR 602-A): TO BE SEEN BY A UROLOGIST SPECIALIST

☐ Supporting Documents: Refer to CCR 3084.3.

☐ No supporting documents are attached (e.g. Trust Account Statement, CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ I have attached supporting documents. Numbers of pages attached: ____

☑ No, I have not attached any supporting documents. Reason: ____

Patient/Inmate Signature: ____   Date Submitted: 2/6/2015

☐ By placing my initials in this box, I waive my right to receive an interview.

Staff – Check One: Is CDCR 602-A Attached? ☑ Yes   ☐ No

**C. First Level – Staff Use Only**

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for explanation):   Date: ____

☐ Cancelled (See attached letter):   Date: ____

☑ Accepted at the First Level of Review
Assigned to: ____   Title: ____   Date Assigned: ____   Date Due: ____

**First Level Response:** Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ____   Interview Location: ____

Your appeal issue is:   ☐ Granted   ☐ Granted in part   ☐ Denied   ☐ Other: ____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ____   Title: ____   Signature: ____   Date completed: ____

Reviewer: ____   Title: ____   Signature: ____

Date received by HCAC: 2/16/15   HCAG Use Only   Date mailed/delivered to appellant: __/__/__

NDF +ES

# EXHIBIT F

 **CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES** 

**Institution Response for Second Level HC Appeal**

**Date:**   11/21/2016

**To:**   HOLMES, CHARLES (AL0671)
A  004 1138001L
Calipatria State Prison
P.O. Box 5001
Calipatria, CA 92233-5001

**Tracking/Log #:**        CAL HC 16034017

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 10/25/2016, you indicated:

| | Issue Type | Action Requested |
|---|---|---|
| Issue 1: | Medication ( Pain Management ) | P/I is requesting a different pain medication for a Urinary Tract Infection. |
| Issue 2: | Non-Medical/Custody ( Disciplinary Issues ) | P/I is requesting not to be punished by being placed in OHU and not be allowed to go to religious services due to his pain and infection. |

**Interview:**
You were interviewed by Dr. Kim, Physician and Surgeon on 9/14/2016 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issues.

**Response:**
The First Level Appeal, received on 8/25/2016 indicated a request for different pain medication and asserted that being housed in OHU was a form of punishment. The response stated that there is no medical indication for opiates for pain and you were being offered formulary medications as appropriate. You were also advised that housing may not be refused, and OHU placement is not a form of punishment. Rather the OHU is a location to facilitate delivery of more intense medical monitoring and medication management than is possible on the regular yard. The determination of housing in OHU is a decision of medical necessity.
At the First Level of Review (FLR) this appeal was Denied.

The Second Level Appeal, received on 10/25/2016 indicated dissatisfaction with the First Level Appeal, and restatement of your medical issue. After review, there is no compelling evidence that warrants intervention at the Second Level of Review as the medical condition has been evaluated by licensed clinical staff and you are receiving treatment deemed medically necessary. This decision is based on the criteria set forth in the California Code of Regulations, Title 15, Section 3350 (a)(b)(1)(4)(5), which states that the medical department shall provide medical services for inmates based on medical necessity and supported by outcome data as effective medical care. Additionally you have made statements about urinalysis not being done, and antibiotics not prescribed. A review of the medical record shows regular and timely primary care provider (PCP) evaluations, as well as the involvement of a urologist (specialist). The medication regimen for your medical issues has been reviewed by the facility PCPs as a group and found to be appropriate. Additionally the urologist who recently evaluated you made specific recommendations regarding performing urinalysis and prescribing antibiotics. This medical decision making has already been reviewed with you by your PCP. Your medical condition is to be further evaluated by a urologist at a tertiary care facility. Recommendations that come of this evaluation will be reviewed with you.

001

C.HOLMES, AL0671
CAL HC 16034017
Page 2 of 2

At the Second Level of Review this appeal was denied as care and medication provided is deemed appropriate and medically necessary. Further, medically appropriate housing is not a form of punishment and may not be refused.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is denied.

The appellant is advised that his issue may be submitted for a Director's Level Review within the 30 days of receipt of this response if he desires.

DR. STEPKE
Chief Medical Executive (A)
Health Care Services
Calipatria State Prison

K. REILLY
Chief Executive Officer
Health Care Services
Calipatria State Prison

002

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 6/13)                                                                      Page 1 of 2

| STAFF USE ONLY | | | | Institution: | Log #: | Category: |
|---|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | | CAL HC | 16034017 | 8 |
| Signature: | | Date: | | | FOR STAFF USE ONLY | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDCR Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Holmes, Charles | AL 0671 | C4-138 | |

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): _____

SEE ATTACHed CDCR 602 HC.

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A): _____

SEE ATTACHED CDCR 602 HC.

☐ **Supporting Documents: Refer to CCR 3084.3.**
   List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ No, I have not attached any supporting documents. Reason : _____

Patient-Inmate Signature: _____   Date Submitted: _____
☐ By placing my initials in this box, I waive my right to receive an interview.

| SECTION C. FIRST LEVEL - Staff Use Only | Check One: Is CDCR 602-A attached? | ☒ Yes  ☐ No |
|---|---|---|
| This appeal has been: | Check One: Is this a recategorized/converted 1824? | ☐ Yes  ☒ No |

☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter):   Date: _____
☒ Accepted   Assigned to: Dr. Kim   Title: P&S   Date Assigned: 8/30/16 Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 9-14-16   Interview Location: CM
Your appeal issue is: ☐ Granted   ☐ Granted in part   ☒ Denied   ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interview conducted? ☒ Yes  ☐ No |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | Interviewer: M Kim (Print Name)   Title: MD |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | Signature: _____ Date completed: 9-14-16 |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes | |
| 4. Comments: TABE 6.8 | | | Reviewer: B Singh MD (Print Name)  Title: A+ cWP |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by: RECEIVED | Date closed and mailed/delivered to appellant: 10/4/16 |

OCT 25 2016

CAL
HC Appeals

003

STATE OF CALIFORNIA                                                     DEPARTMENT OF CORRECTIONS AND REHABILITATION
**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (Rev. 06/13)                                                                                    Page 2 of 2

**SECTION D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

*I'm dissatisfied with the First level Response by Dr. Kim. It is clear that he is befudding or changing the issue, My main concern is that I'm in Substantial Pain Daily and I'm being Denied Pain Medication. I'm not a doctor And I'm not attemping to demand a particular medication, However*

Patient-Inmate Signature: _____   Date Submitted: 10·26·16

| **SECTION E. SECOND LEVEL - Staff Use Only** | Check One: Is CDCR 602-A attached? | ☒Yes ☐No |

This appeal has been:                          Check One: Is this a recategorized/converted 1824?   ☐Yes ☒No
☐ Bypassed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter):                          Date: _____
☒ Accepted   Assigned to: _____Dr. Stepke_____   Title: __CME (A)__ Date Assigned: 10/27/16 Date Due:_____

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
                         Date of Interview: _____   Interview Location: _____
Your appeal issue is:     ☐ Granted   ☐ Granted in part   ☒ Denied   ☐ Other:_____
See attached letter. If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted?   ☐ Yes   ☒ No |
|---|---|---|---|
| | | | Interviewer: _____ Title: _____ |
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | (Print Name) |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | Signature: _____ Date completed: _____ |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | Reviewer: _L. Reill_ Title: _CEO_ |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes | (Print Name) |
| 4.Comments: | | | Signature: _____ |

HCAC Use Only                                       HCAC Use Only
Date received by HCAC:_____              Date closed and mailed/delivered to appellant: 12/8/16

**SECTION F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____

Patient-Inmate Signature: _____   Date Submitted:_____

| **SECTION G. THIRD LEVEL - Staff Use Only** |

☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter):                          Date: _____
☐ Accepted at the Third Level of Review
Your appeal is:    ☐ Granted   ☐ Granted in part   ☐ Denied   ☐ Other:_____
See attached Third Level response.                    Third Level Use Only
                                                      Date closed and mailed/delivered to appellant: _____

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____
_____

Patient-Inmate Signature: _____   Date Submitted:_____
Print Staff Name: _____   Title: _____   Signature: _____   Date:_____

004

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 04/11)

Side 1

| STAFF USE ONLY | | | Institution: CAL HC | Log #: '6034 017 | Category: 8 |
|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | | | |
| Signature: | | Date: | | FOR STAFF USE ONLY | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): HOLMES Charles | CDC Number: AL0671 | Unit/Cell Number: C-4-138 | Assignment: |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.): Dr Kim and CYard doctor refised To Provide ME Pain medication

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I Have a very bad urinary track INFECTION, I explain To cyard doctor I'm in very bad Pain and that acetaminopEN 375MG is not taking my Pain away.

B. Action requested (If you need more space, use Section B of the CDCR 602-A): To be giving something to stop my Pain and not to be placed on u with no enemity Yard, go to my religious services

☐ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

_____

_____

☑ No, I have not attached any supporting documents. Reason : CAN SEE MY MEDICAL RECORD FOR WHERE I PUT a SICK CALL FORM IN DUE TO MY PAIN, AND WHERE DR KIM DENY ME PAIN MEDs.

Patient/Inmate Signature: _____   Date Submitted: 9-16-2016

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) :  Date:_____ Date:_____ Date:_____ Date:_____

☐ Cancelled (See attached letter):  Date:_____

☐ Accepted at the First Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
          (Print Name)

Reviewer: _____ Title: _____ Signature: _____
          (Print Name)

Date received by HCAC: _____

| | HCAC Use Only |
|---|---|
| | Date mailed/delivered to appellant: ___/___/___ |

RECEIVED

AUG 25 2016

CAL HQ Appeals

RECEIVED

OCT 25 2016

CAL HC Appeals

005

Exhibit F
Page 61 of 371

STATE OF CALIFORNIA
**PATIENT/INMATE APPEAL**

DEPA, .cNT OF CORRECTIONS AND REHABILITATION
Side 2

CDCR 602 HC (REV. 04/11)

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

I'M dissatisfied with the First level RESPONSE by Dr KIM IT IS CLEAR THAT HE IS BEFUDDLING OR CHANGING THE ISSUE MY MAIN CONCERN IS THAT I'M IN SUBSTANTIAL PAIN DAILY, AND I'M BEING DENIED PAIN MEDICATION, I'M NOT A DOCTOR AND I'M NOT ATTEMPTING TO DEMAND A PARTICULAR MEDICATION, HOWEVER

Patient/Inmate Signature: _____ Date Submitted: 10/21/2016

**E. Second Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached?   ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction): Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter): Date: _____
☐ Accepted at the Second Level of Review
  Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
  Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: _____
See attached letter.  If dissatisfied with Second Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
          (Print Name)

Reviewer: _____ Title: _____ Signature: _____
          (Print Name)

Date received by HCAC: _____

HCAC Use Only
Date mailed/delivered to appellant: ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below, attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Office of Third Level Appeals – Health Care, California Prison Health Care Services, P.O. Box 4038, 650 Suite 400, Sacramento, CA 95812-4038.  If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____

Patient/Inmate Signature: _____ Date Submitted: _____

**G. Third Level - Staff Use Only**
☐ Rejected (See attached letter for instruction): Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter): Date: _____
☐ Accepted at the Third Level of Review
  Your appeal is ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: _____
  See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant: ___/___/___

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____

Patient/Inmate Signature: _____ Date Submitted: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

006

Exhibit F
Page 62 of 371

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CAL HC | 1603401 7   8 | |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): HOLMES CHARLES | CDC Number: AL3671 | Unit/Cell Number: C-4-138 | Assignment: |
|---|---|---|---|

A.  Continuation of CDCR 602, Section A only (Explain your issue) :

I came to califatria state PRISON on 7·8·2016, I was on Methadons 10mg twice a day for 17 months at SAC-180 due to my painful Bad Uti infection now HURting Both my kidney's. I was told by doctor Lopez Upon arrive at califatria PRISON, I had to get off pain meds Methadone at this PRISON without looking into my medical History. I was placed in OHU as a form of punishment because I was on methadone and in pain. I was placed in a single cell without any property, couldnt go out my cell to the yard or receive any fresh air, couldnt go or to religious service. I been to wasco state, CMC state PRISON, SAC-180 state PRISON, this is the only prison that punish a inmate for needing pain meds. I told cyard doctor I'm in pain she stated Im not giving you any pain med but acetaminopden 325mg.

Inmate/Parolee Signature: _____     Date Submitted: 8·16·2016

B.  Continuation of CDCR 602, Section B only (Action requested): Not to be punished for Having a kidney problem that not being treated by califatria state prison medical staff. Im in very bad pain due to my infection and a knot on my face that hurted bad.

Inmate/Parolee Signature: _____     Date Submitted: 8·16·2016

RECEIVED
AUG 25 2016
CAL
HC Appeals

RECEIVED
OCT 25 2016
CAL
HC Appeals

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): I'm in substantial pain daily, a yard Doctor Ms Currier willnt even tested my urine to see what kind of infection I have or treated my infection with antibiotic, which is causing more pain.

Inmate/Parolee Signature: _____   Date Submitted: 10·21·2016

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

Inmate/Parolee Signature: _____   Date Submitted: _____

008

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Institution Response for First Level HC Appeal**

**Date:**  9/29/2016

**To:**   HOLMES, CHARLES (AL0671)
A  004 1138001L
Calipatria State Prison
P.O. Box 5001
Calipatria, CA 92233-5001

**Tracking/Log #:**   CAL HC 16034017

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 8/25/2016, you indicated:

| | Issue Type | Action Requested |
|---|---|---|
| Issue 1: | Medication ( Pain Management ) | P/I is requesting a different pain medication for a Urinary Tract Infection. |
| Issue 2: | Non-Medical/Custody ( Disciplinary Issues ) | P/I is requesting not to be punished by being placed in OHU and not be allowed to go to religious services due to his pain and infection. |

**Interview:**
You were interviewed by Dr. Kim, Physician and Surgeon, on 9/14/2016 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issues.

**Response:**
The Institution Response indicated a review of the "Inmates with Test of Adult Basic Education (TABE) Reading Scores of 4.0 or Less" list indicates you have a Reading Grade Point Level (RGPL) above 4.0 and you have no disabilities requiring special accommodation to achieve effective communication.

The First Level Appeal, received on 8/25/2016 indicated that you are requesting a different pain medication for a Urinary Tract Infection. You also requested to not be placed in the OHU and be unable to attend religious services due to infection. P/I Holmes, I reviewed your eUHR and met with you on 9/14/2016 in Central Health. It was determined that there is no medical indication for Narcotic medication. However, I am awaiting input from the specialist and will treat pain with appropriate medication.

Inmates may not demand particular medication, diagnostic evaluation, course of treatment, or accommodation chronos.  The California Code of Regulations (CCR), Title 15, Section 3354, Health Care Responsibilities and limitations, (a) Authorized Staff, states, "Only facility-employed health care staff, contractors paid to perform health services for the facility, or persons employed as health care consultants shall be permitted within the scope of their licensure, to diagnose illness or, prescribe medication and health care treatment for inmates.  No other personnel or inmate may do so."

**Appeal Decision:**
Based upon the aforementioned information, your appeal is Denied. There is no medical indication for Narcotic medication at this time. Patient-inmates may not demand certain medications or refuse to be housed in the OHU if ordered by a doctor.

RECEIVED

OCT 2 5 2016

CAL
HC Appeals

C.HOLMES, AL0671
CAL HC 16034017
Page 2 of 2

The appellant is advised that his issue may be submitted for a Second Level Review within the 30 days of receipt of this response if he desires.

Dr. Kim
Physician and Surgeon
Calipatria State Prison

RECEIVED

OCT 2 5 2016

HC Appeals

010

# EXHIBIT G



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### Institutional Level Response

**Closing Date:** DEC 2 8 2018

**To:** HOLMES, CHARLES (AL0671)
Z 001 1140001L
Calipatria State Prison
P.O. Box 5001
Calipatria, CA 92233-5001

**Tracking #:** CAL HC 18000259

### RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; Department Operations Manual.

### HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|-------|-------------|
| Issue: Disagreement with Treatment ( Nursing Staff ) | Alleges that Psych Tech did not attend to his medical needs |
| Issue: Transfers ( Level of Care (Higher or Lower) ) | Wants to be placed in OHU for higher level of care |

### INTERVIEW
On 11/28/2018, you were interviewed by R. Ramos, Registered Nurse, regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issues.

### INSTITUTIONAL LEVEL DISPOSITION

 No intervention.     Intervention.

### BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:
- During your interview, you stated that the psych tech was performing your dressing changes and you believe it should be done by a nurse in the OHU. You reported that the nephrostomy tube would repeatedly be blocked or causing pain. RN Ramos explained to you that it is part of the psych tech's duties to perform dressing changes. You have been evaluated by nursing staff and the PCP on multiple occasions with no evidence of obstruction in tube or misplacement. No adverse reaction or lapse in care occurred due to patient dressing changes being done by the psych tech in ASU. The day prior to your interview, you were sent out to medical for your left ureteral stricture

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

COMPLETED
CAL
DEC 2 8 2018

reimplantation surgery. Upon your return to CAL, you were placed in the OHU and had the nephrostomy tube removed. You reported no complications or issues at the time of your interview. You will remain in the OHU for post-op care until determined by your PCP that you are ready to be discharged.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you are advised to notify OHU staff.

The health care grievance was reviewed and evaluated by the reviewing authority and the issue was deemed not to meet staff complaint criteria.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, explain the reason in Section B of the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

B K Stepke, M.D.
CEO - acting

_____
DR. NASIR, MD, MPH
Chief Executive Officer
Calipatria State Prison

12/28/18
Reviewed and Signed Date

COMPLETED
CAL
DEC 2 8 2018

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

HCGO

002

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

**STAFF USE ONLY**

Expedited?  ☐ Yes  ☒ No     Tracking #: CAL HC 18000.259

Staff Name and Title (Print)     Signature     Date 10/26/18

*If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.*

**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First, MI): HOLMES, CHARLES. R     CDCR #: AL0071     Unit/Cell #: ASU-2-140

**SECTION A:**   Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

ON 10.20.2018 ON AND ABOUT 8:00AM, I WAS ESCORTED TO THE NURSE OFFICE IN ASU. FOR DRESSING CHANGE AT ~~░░░░░░░░░░░~~. PSYCH TECH DURO, ASKED ME HOW WAS THEY DOING THE DRESSING CHANGE" I TOLD ~~░░~~ PSYCH TECH DURO TO MAKE SURE THE TUBE WAS GOING DOWN WHEN YOU PUT THE DRESSING ON AFTER CLEANING THE AREA, SO THE TUBE COULD DRAIN PROPERLY. PSYCH TECH DURO PUT THE DRESSING ON WHERE THE TUBE WAS GOING UP AND COULDNT DRAIN. ABOUT 20 MINUTES AFTER THE DRESSING CHANGE, I BEGIN FEELING PAIN ON MY LEFT KIDNEY/AREA, AND MY DRAIN BAG WAS EMPTY. I ASKED NUMEROUS ON ASU. C.O TO INFORM PSYCH TECH DURO THAT MY NEPHROSTOMY TUBE IS NOT DRAINING. AT 10:00AM PSYCH TECH DURO

Supporting Documents Attached. Refer to CCR 3999.227   ☒ Yes  ☐ No

Grievant Signature: Chas Plus     Date Submitted: 10-21-2018

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.     CH

**SECTION B:**   HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL - Staff Use Only   Is a CDCR 602 HC attached?  ☒ Yes  ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date: _____   Date: _____

☐ Withdrawn (see section E)

☒ Accepted   Assigned To: _____   Title: _____   Date Assigned: _____   Date Due: _____

Interview Conducted?  ☒ Yes  ☐ No   Date of interview: 11/28/18   Interview Location: OHU

Interviewer Name and Title (print): R PLAMBEN     Signature: E Manion     Date: 11/28/18

Reviewing Authority
Name and Title (print):   B K Stepke, M.D.     Signature: _____   Date: 12/28/18

Disposition: See attached letter   ☐ Intervention   ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant:   DEC 2 8 2018

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☒ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☐ Reached |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes |
| 4. Comments: tabe 6.2 | | |

COMPLETED CAL DEC 2 8 2018   STAFF USE ONLY

RECEIVED CAL OCT 2 5 2018 HCGO

HCGO

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #:

**SECTION C:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

Grievant Signature: _____  Date Submitted: _____

**SECTION D: HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only**   Is a CDCR 602 HC A attached? ☒ Yes  ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):   Date: _____   Date: _____

☐ Withdrawn (see section E)   ☐ Accepted

☐ Amendment   Date: _____

Interview Conducted?   ☐ Yes   ☐ No   Date of Interview: _____   Interview Location: _____

Interviewer Name and Title (print): _____   Signature: _____   Date: _____

**Disposition: See attached letter**   ☐ Intervention   ☐ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant: _____

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance _____

Grievant Signature: _____   Date Submitted: _____

Staff Name and Title (Print): _____   Signature: _____   Date: _____

# STAFF USE ONLY

Distribution: Original - Returned to grievant after completed; Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY |
| --- |
| Tracking #: CAL HC 18000259 |

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): HOLMES CHARLES. R | CDCR Number: AL0671 | Unit/Cell Number: ASU-J-140 |
| --- | --- | --- |

**SECTION A** | Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

CAME TO MY CELL DOOR, I INFORMED HER MY TUBE WASN'T DRAINING DUE TO HOW SHE PUT THE DRESSING ON, SHE ASKED ME COULD I FIX THE DRESSING MYSELF, I TOLD HER I COULDN'T DO IT MYSELF, SHE ASK ME COULD I WAIT UNTIL THE NEXT PSYCH TECH COMES AT 2:00PM, I TOLD HER I WAS IN PAIN AND DIDN'T WANT MY URINE TO STAY BACKING UP BECAUSE MY KIDNEY WILL GET INFECTED, PSYCH TECH DURO SAID OK I WILL HAVE A C.O COME GET YOU. AT 1:00PM SHE WAS DOING HER PSYCH TECH ROUNDS AND CAME TO MY CELL, I ASKED HER WHY SHE DIDN'T HAVE A C.O ESCORTED ME TO NURSE OFFICE, SHE TOLD ME JUST WAIT FOR THE NEXT PSYCH TECH HE WILL DO IT. I HAD TO WAIT UNTIL 5:00PM TO GET MY DRESSING CHANGE, BY THIS TIME, I WAS IN UNBEARABLE PAIN AND HAD A FEVER 99.5 AND DISCHARGE ON MY DRESSING FOR THE FIRST TIME. IN 2013 AND 2014 AT CALIPATRIA PRISON I HAD A NEPHROSTOMY TUBE AND WAS HOUSED IN OHU, WHERE MEDICAL STAFF COULD HELP ME IF MY TUBE GOT BACKED UP, NOW I'M BEING HOUSED IN ASU WITH PSYCH TECH DOING MY DRESSING CHANGE WHO HAVE NEVER DEAL WITH A NEPHROSTOMY TUBE PLACEMENT. I INFORM THE ASU DOCTOR THAT ITS ALSO VERY HARD TRYING TO SLEEP ON THIS BED IN ASU WITH A NEPHROSTOMY TUBE. I NEED TO BE HOUSED IN OHU

Grievant Signature: _Clardell_        Date Submitted: 10-21-2018

**SECTION B** | Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

Name and Title: _____        Signature: _____        Date: _____

STAFF USE ONLY

HCGO   RECEIVED CAL OCT 25 2018   COMPLETED CAL REC 06016   HCGO

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #:

| SECTION C: | Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section C only (Dissatisfied with Health Care Grievance Response): |
|---|---|

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Grievant Signature: _____   Date Submitted: _____

| SECTION D: | Staff Use Only: Grievants do not write in this area. Grievance Appeal Interview Clarification. Document issue(s) clarified during interview (If necessary at HQ Level). |
|---|---|

_____

_____

_____

_____

Name and Title: _____   Signature: _____   Date : _____

### S T A F F   U S E   O N L Y

Distribution: Original - Returned to grievant after completed, Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

**California Correctional Health Care Services**

**Patient Discharge Instructions**

**Name:** HOLMES, CHARLES      **Current Date:** 10/20/18 18:48:27

**DOB:** 10/15/72      **CDCR:** AL0671

**Reason For Visit:** 1:Acute left flank pain; 2:Hydronephrosis concurrent with and due to ureteral stricture; 3:Stricture of ureter; 4:H/O nephrostomy; 5:Prediabetes; 6:E-coli UTI; 7:Body mass index (BMI) exceeds 25; 8:Routine adult health maintenance

**Recommendations and arrangements for future care**

**Devices/Equipment:**

None**Therapeutic Shoes/Orthotics Permanent** Shoes/Boots, Do Not Dispense, Patient Already Has

**Trust Withdrawal/Copay Orders: Copay $5** 11/08/17 9:43:00 PST, v170.71.227.72.2017110207182114514C089CE#1.00,, Nursing, 11/08/17 9:43:00 PST, 7362 "Kidney" pain.

**DME Trust Withdrawal** 12/05/17 13:32:00 PST, $322.28, Medical, 12/05/17 13:32:00 PST, Shoes/Boots

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

### Start Taking These Medications:
**acetaminophen-codeine (Tylenol with Codeine #3)**
- *For Acute left flank pain:* Take 2 tab, by mouth once from a nurse
- Start Date: October 20, 2018
- Stop taking on: October 20, 2018

*Comments:* ***Crush and Float*** one dose now in TTA.

Person Full Name HOLMES JR, CHARLES   1 of 11
RAY

10/20/2018 18:48:32

CDCR (Encounter Alias) AL0671

COMPLETED HCGO
CAL
DEC 2 8 2018
HCGO

RECEIVED
CAL
OCT 2 5 2018

## Continue taking these Medications:

**acetaminophen 325 mg Tab (Tylenol)**
- *For Left flank pain, chronic:* Take 1 tab (Total Dose = 325 mg), by mouth twice a day on your own as needed for pain
- Start Date: July 20, 2018
- Take for: 180 day(s)

*Comments: Use only if needed. Do not overuse or tolerance will develop. Request refill if needed. Dispense #30.*

**doxazosin 2 mg Tab (doxazosin 2 mg)**
- *For Stricture of ureter:* Take 1 tab (Total Dose = 2 mg), by mouth twice a day on your own
- Start Date: October 02, 2018
- Take for: 360 day(s)

*Comments: Take 1 tablet by mouth twice a day*

**naproxen**
- *For Acute left flank pain:* Take 1 tab (Total Dose = 500 mg), by mouth twice a day on your own as needed for back pain
- Start Date:September 12, 2018
- Take for: 90 day(s)

*Comments: best taken with food start today please denies allergy to naproxen*

HOLMES, CHARLES has been given the following list of follow-up instructions, prescriptions, and patient education materials:

### Follow-up Appointments

**Follow Up LVN 10** 12/20/18 8:30:00 PST, Care Management, 10 days, 06/20/18 23:59:00 PDT, Nurse to give Twinrix vaccine series on 6/20/2018, 7/20/2018, 12/20/2018, approximately.

**Follow Up LVN 20** 10/22/18 9:20:00 PDT, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 10/24/18 9:20:00 PDT, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 10/26/18 9:20:00 PDT, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 10/28/18 9:20:00 PDT, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 10/30/18 9:20:00 PDT, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/01/18 9:20:00 PDT, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/03/18 9:20:00 PDT, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/05/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy

Person Full Name HOLMES JR, CHARLES RAY          2 of 11

CDCR (Encounter Alias) AL0671

10/20/2018 18:48:32

Exhibit G
Page 75 of 371

008

tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/07/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/09/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/11/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/13/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/15/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/29/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/17/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/19/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/21/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/23/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/25/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Follow Up LVN 20** 11/27/18 9:20:00 PST, Dressing Change, 48 hours, 11/30/18 23:59:00 PST, change nephrostomy tube dressing every other day starting October 12; No need to flush. May change bag when necessary.

**Medical Chronic Care (CCP) Follow Up 20** 08/15/18 0:01:00 PDT, *180 days (all other chronic conditions), 02/11/19 23:59:00 PST, cc ureteral stricture

**Chronos**

**128 C** 10/03/18 14:19:00 PDT, no exercising or lifting objects, (anything over 10 pounds,) 72 hours after procedure. May shower after 24 hours after procedure.

**7410** 06/02/17 9:19:00 PDT

**7410** 10/03/18 14:22:00 PDT



HCGO   OCT 25 2018   CAL   RECEIVED

009

**7410 (SOMS)** 06/02/17 9:20:07 PDT, P, 7410 Expire Date 12/31/9999, LBO, LR, Per 7410 dated 7-12-2016.

**7410 (SOMS)** 10/03/18 14:26:02 PDT, T, 7410 Expire Date 10/6/2018, LBO, LR, no exercising or lifting heavy objects (anything over 10 pounds) for 72 hours after the procedure; may shower 24 hours after procedure

**DPW**= Full Time Wheelchair User Impacting Placement Placement

**DPO**= Intermittent Wheelchair User Impacting Placement

**DPM**=Mobility Impairment Impacting Placement Placement

**DLT**=Requires Level Terrain NOT Impacting

**DPH**=Deaf/Hearing Impairment Impacting Placement Placement

**DNH**=Hearing Impairment NOT Impacting

**DPV**=Blind/Vision Impairment Impacting Placement

**BFWCO**=Barrier Free Wheelchair

**GFLS**= Ground Floor-Limited Stairs

**GFNS**=Ground Floor-No Stairs

**LBO**= Lower/Bottom Bunk Only

**IAA**=Inmate Attendant/Assistant

**WCFT**=Full Time Wheelchair User

**WCLT**=Limited Wheelchair User

**TVWL**=Transport Vehicle with Lift

**SC**=Special Cuffing Needed,

**ETM**=Extra Time for Meals

**UVX**=UV Exposure Restrictions

**WRN**=No Rooftop Work

**DKD**=Kidney Disease

**UNST**=Unrestricted

**LR**=Lifting Restriction- Unable to Lift more than 19 Pounds

**DNM**= Mobility Impairment (Lower Extremities) NOT Impacting Placement

RECEIVED
CAL
OCT 25 2018
HCGO

Person Full Name HOLMES JR, CHARLES RAY   4 of 11

CDCR (Encounter Alias) AL0671

10/20/2018 18:48:32

Exhibit G
Page 77 of 371

010

Medication leaflets

# acetaminophen and codeine
### (a SEET a MIN o fen and  KOE deen)

Tylenol with Codeine #3, Tylenol with Codeine #4

## What is the most important information I should know about acetaminophen and codeine?
**MISUSE OF THIS MEDICINE CAN CAUSE ADDICTION, OVERDOSE, OR DEATH, especially in a child or other person using the medicine without a prescription.**

You should not use this medicine if you have recently used alcohol, sedatives, tranquilizers, or other narcotic medications.

**This medicine is not for use in anyone under 18.**

**Taking this medicine during pregnancy may cause life-threatening withdrawal symptoms in the newborn.**

**Fatal side effects can occur if you use this medicine with alcohol, or with other drugs that cause drowsiness or slow your breathing.**

## What is acetaminophen and codeine?
Codeine is an opioid pain medication, sometimes called a narcotic.  Acetaminophen is a less potent pain reliever that increases the effects of codeine.

Acetaminophen and codeine is a combination medicine used to relieve moderate to severe pain.

Acetaminophen and codeine may also be used for other purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before taking acetaminophen and codeine?
You should not use this medicine if you are allergic to acetaminophen or codeine, or if you have recently used alcohol, sedatives, tranquilizers, or other narcotic medications.

**Do not use this medicine  if you have taken an MAO inhibitor in the past 14 days.** A dangerous drug interaction could occur. MAO inhibitors include isocarboxazid, linezolid, phenelzine, rasagiline, selegiline, and tranylcypromine.

In some people, codeine breaks down rapidly in the liver and reaches higher than normal levels in the body.  This can cause dangerously slow breathing and may cause death, especially in a child.

**Do not give this medicine to anyone younger than 18 years old.**

To make sure this medicine is safe for you, tell your doctor if you have ever had :
- ·liver disease, cirrhosis, or if you drink alcohol;
- alcoholism or drug addiction;
- diarrhea, inflammatory bowel disease, bowel obstruction;
- kidney disease;
- a head injury, brain tumor, or stroke; or
- asthma, sleep apnea, or other breathing disorders.

**If you use this medicine while you are pregnant, your baby could become dependent on the drug.** This can cause life-threatening withdrawal symptoms in the baby after it is born.  Babies born dependent on habit-forming medicine may

Person Full Name HOLMES JR, CHARLES RAY        5 of 11                                          10/20/2018 18:48:32

CDCR (Encounter Alias) AL0671

Exhibit G
Page 78 of 371

011

need medical treatment for several weeks. Tell your doctor if you are pregnant or plan to become pregnant.

**Do not breast-feed while taking acetaminophen and codeine.** This medicine can pass into breast milk and cause drowsiness, breathing problems, or death in a nursing baby.

## How should I take acetaminophen and codeine?

Follow all directions on your prescription label. **Never take this medicine in larger amounts, or for longer than prescribed. An overdose can damage your liver or cause death.** Tell your doctor if the medicine seems to stop working as well in relieving your pain.

Codeine may be habit-forming, even at regular doses. Never share this medicine with another person, especially someone with a history of drug abuse or addiction. **MISUSE OF NARCOTIC MEDICINE CAN CAUSE ADDICTION, OVERDOSE, OR DEATH, especially in a child or other person using the medicine without a prescription.** Selling or giving away opioid medication is against the law.

If you need surgery or medical tests, tell the surgeon or doctor ahead of time that you are using this medicine.

**You should not stop using this medicine suddenly.** Follow your doctor's instructions about tapering your dose.

Store at room temperature away from moisture and heat. Keep track of your medicine. Codeine is a drug of abuse and you should be aware if anyone is using your medicine improperly or without a prescription.

Do not keep leftover opioid medication. **Just one dose can cause death in someone using this medicine accidentally or improperly.** Ask your pharmacist where to locate a drug take-back disposal program. If there is no take-back program, flush the unused medicine down the toilet.

## What happens if I miss a dose?

Since this medicine is used when needed, you may not be on a dosing schedule. If you are on a schedule, take the missed dose as soon as you remember. Skip the missed dose if it is almost time for your next scheduled dose. **Do not take extra medicine to make up the missed dose.**

## What happens if I overdose?

Seek emergency medical attention or call the Poison Help line at 1-800-222-1222. **An overdose of this medicine can be fatal, especially in a child or other person using the medicine without a prescription.** Overdose can cause severe muscle weakness, pinpoint pupils, very slow breathing, extreme drowsiness, or coma.

## What should I avoid while taking acetaminophen and codeine?

This medication may impair your thinking or reactions. Avoid driving or operating machinery until you know how the medicine will affect you. Dizziness or severe drowsiness can cause falls or other accidents.

**Do not drink alcohol.** Dangerous side effects or death could occur.

Ask a doctor or pharmacist before using any other cold, allergy, pain, or sleep medication. Acetaminophen (sometimes abbreviated as APAP) is contained in many combination medicines. **Taking certain products together can cause you to get too much acetaminophen which can lead to a fatal overdose.** Check the label to see if a medicine contains acetaminophen or APAP.

## What are the possible side effects of acetaminophen and codeine?

Get emergency medical help if you have **signs of an allergic reaction:** hives; difficulty breathing; swelling of your face, lips, tongue, or throat.

**In rare cases, acetaminophen may cause a severe skin reaction that can be fatal.** This could occur even if you have taken acetaminophen in the past and had no reaction. **Stop taking this medicine and call your doctor right away if you have skin redness or a rash that spreads and causes blistering and peeling.**

**Like other narcotic medicines, codeine can** slow your breathing. Death may occur if breathing becomes too weak.

Person Full Name: HOLMES JR, CHARLES RAY   CDCR (Encounter Alias) AL0671

RECEIVED
CAL
OCT 2 5 2018
HCGO
012

A person caring for you should seek emergency medical attention if you have slow breathing with long pauses, blue colored lips, or if you are hard to wake up.

Call your doctor at once if you have:
- ·noisy breathing, sighing, shallow breathing;
- a slow heart rate or weak pulse;
- a light-headed feeling, like you might pass out;
- confusion, unusual thoughts or behavior;
- **liver problems**--nausea, upper stomach pain, itching, loss of appetite, dark urine, clay-colored stools, jaundice (yellowing of the skin or eyes);
- seizure (convulsions); or
- missed menstrual periods, impotence, sexual problems.

**Seek medical attention right away if you have symptoms of serotonin syndrome, such as:** agitation, hallucinations, fever, sweating, shivering, fast heart rate, muscle stiffness, twitching, loss of coordination, nausea, vomiting, or diarrhea.

**Serious side effects may be more likely in older adults and those who are overweight, malnourished, or debilitated.**

Long-term use of opioid medication may affect fertility (ability to have children) **in men or women.** It is not known whether opioid effects on fertility are permanent.

Common side effects include:
- ·drowsiness;
- upset stomach, constipation;
- blurred vision; or
- dry mouth.

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## What other drugs will affect acetaminophen and codeine?

**Narcotic (opioid) medication can interact with many other drugs and cause dangerous side effects or death.** Be sure your doctor knows if you also use:
- ·**other narcotic medications**--opioid pain medicine or prescription cough medicine;
- **a sedative like Valium**--diazepam, alprazolam, lorazepam, Ativan, Klonopin, Restoril, Tranxene, Versed, Xanax, and others;
- **other drugs that make you sleepy or slow your breathing**--a sleeping pill, muscle relaxer, tranquilizer, or antipsychotic medicine; or
- **drugs that affect serotonin levels in your body**--medicine for depression, Parkinson's disease, migraine headaches, serious infections, or prevention of nausea and vomiting.

This list is not complete. Other drugs may interact with acetaminophen and codeine, including prescription and over-the-counter medicines, vitamins, and herbal products. **Not all possible interactions are listed in this medication guide.**

## Where can I get more information?

Your pharmacist can provide more information about acetaminophen and codeine.

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use this medication only for the indication prescribed.

Every effort has been made to ensure that the information provided by Cerner Multum, Inc. ('Multum') is accurate, up-to-date, and complete, but no guarantee is made to that effect. Drug information contained herein may be time sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug

Person Full Name HOLMES JR, CHARLES AL0671
RAY
CDCR (Encounter Alias) AL0671·
10/20/2018 19:48:52
Exhibit G
Page 80 of 371

RECEIVED
CAL
OCT 2 5 2018
HCGO
013

information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2018 Cerner Multum, Inc. Version: 15.01. Revision Date: 01/15/2018.

RECEIVED
CAL
OCT 2 5 2018
HCGO

**Name:** HOLMES, CHARLES

**CDCR:** AL0671

**NO INMATE HEAT PASS**

The patient is currently not prescribed any heat medication.

RECEIVED
CAL
OCT 2 5 2018
HCGO

015

**DOB:** 10/15/72

**CDCR:** AL0671

Exhibit G
Page 83 of 371

016

# EXHIBIT H

## CURRICULUM VITAE

## Richard James Boxer, M.D.

Date: September 2018

PERSONAL

Richard James Boxer
Fax: 310-472-1806
Office Phone: 305-281-3621 (mobile)

Current Academic Rank:
      Professor of Clinical Urology (University of Wisconsin)
      Clinical Professor, Department of Urology, David Geffen School of Medicine, UCLA
      Visiting Scholar, Business of Science Center, UCLA
Current Track of Appointment: Clinical
Primary Department: Urology
Citizenship: USA

HIGHER EDUCATION

University of Wisconsin (Madison, WI) BA 1965-69
University of Wisconsin (Madison, WI) MD 1969-73
UCLA Urology Residency 1973-79
Certification: American Board of Urology: Feb. 2, 1981
              American College of Surgeons 1981

LICENSURE:
California State Medical License, 1974-present: License #G26969
Wisconsin State Medical License, 1979-2017: License #22093
Arizona State Medical License, 1982-2017: License #13634
Florida State Medical License, 2006-present: License #ME 96331
New York Medical License, 2014-present: License # 277980

EXPERIENCE

Clinical Professor, Department of Urology, David Geffen School of Medicine at UCLA
Clinical Professor of Urology, University of Miami: Feb. 2006-2012
Clinical Professor: University of Wisconsin Department of Surgery/Urology: Jan. 1, 2000 to present
Clinical Professor: Medical College of Wisconsin Health Policy Institute  July 1996 to 2013
Clinical Professor: Medical College of Wisconsin Department of Family & Community Medicine: July 1, 1996 to 2013
Clinical Professor: Medical College of Wisconsin Department of Urology, 2007-2013

Hospital Appointments:

Los Angeles
    West Los Angeles Veterans Administration Hospital, 2013-present

Miami
    Miami Veterans Administration Hospital: 2008-2012
    University of Miami Hospital: 2008-2012
    Jackson Memorial Hospital: 2008-2012

Milwaukee, Wisconsin (1979-2005, Active; 2005-present: Honorary):
    Columbia Hospital, 1979-2005, Active; 2005-present: Honorary
    Sinai-Samaritan Medical Center, 1979-2005, Active; 2005-present: Honorary
    St. Luke's Hospital, 1979-2005, Active; 2005-present: Honorary
    St. Mary's Hospital-Milwaukee, 1979-2005, Active; 2005-present: Honorary
    St. Mary's Hospital-Ozaukee, 1979-2005, Active; 2005-present: Honorary
    St. Michael Hospital, 1979-2005, Active; 2005-present: Honorary

iAnthus, Medical Advisor (www.iAnthuscapital.com )
SirenMD, Medical Advisor (www.sirenMD.com )
Pager, Medical Advisor, 2014-present (http://pager.com/)
Chief Medical Officer, WellVia (www.wellviasolutions.com) November 2014-2017
2nd.MD, Consultant, 2013-2014 (http://2nd.md/)
Teladoc, Inc (Dallas, TX): Chief Medical Officer, 2006-June 2013
Boxer Health Strategies (www.boxerhealthstrategies.com) 2013-present


EDITORIAL RESPONSIBILITIES

Editorial Board:
mHealth (ISSN 2306-9740) (November 2014-present)


Associate/Guest Editor
*The ASCO Post*: 2010-present

Section Editor:
*Oncology Spectrums* (1999-2002)


Board of Reviewers (periodically I am asked to review submitted papers)

*Urology:* 1995-present
*Archives of Internal Medicine*: 1998-present
*Journal of Urology:* 1998-present
*Oncology:* 2003-present
*Telemedicine and e-Health* 2008-present
*Journal of General Internal Medicine (JGIM)*
*Urology Practice*
*Journal of International and Comparative Social Policy*

AWARDS

♦ Alpha Omega Alpha, National Medical Honor Society, 1973
♦ Phi Kappa Phi, National Honor Society for Letters and Science, 1969
♦ Phi Alpha Theta, National Honor Society for Historians, 1969
♦ America's Best Doctors, 1999, 2003
♦ National Award for Excellence in Urology, American Urological Association, 1997
♦ Best Urologist in Milwaukee, 1987, 1991, 1996, 2000, 2004 The Milwaukee Magazine
(voted by peers, only five surveys performed)
♦ Excellence in Patient-Centered Care" by the West Los Angeles Veterans Administration Hospital,
       2015
♦ National Cancer Research Award, 2nd place, Grayson Carroll Award, American Urological
Association, 1978
♦ United States Patent: Number 4,155,364 (Medical Device)

COMMUNITY COMMITMENTS

♦ Board of Directors (past and present) to 16 philanthropic and community organizations
♦ Board of Advisors, Wisconsin Network for Health Policy Research, Univ. WI-Madison ('92-'97)
♦ Medical Director, Westside Health Association, a Federally Qualified Health Center, Inner City,
Milwaukee (August 2005-March 2006)

POLITICAL EXPERIENCE

♦ Host, Panelist, organizer of Premier healthcare event at the Democratic National Convention July
27, 2016 (https://www.youtube.com/watch?v=_S-SrSfjF9c&feature=youtu.be

♦ Surgeon General of the United States, finalist, 1997, 2001

♦ Congressional testimony (Sub-committee on Health, House Appropriations Committee) on
       behalf of Lymphoma patients and their families, April 13, 1999
♦ National Health Policy Council
       *National Chair, 1998-present
       *National Finance Chair (1994-1998)

Exhibit H
Page 87 of 371

♦ White House Advisor and Executive Committee, Health Professions Review Group,
♦ President's Task Force on Health Care Reform (1993)
♦ Health Advisor, Presidential Transition Team (1993)

♦ Interviews, Speeches, Op-Ed, and Feature Articles--over 200 (1992-present) including The Evening
    News with Dan Rather, CNN, N.Y. Times, USA Today, Milwaukee Journal Sentinel, Omaha
    World-Herald, Oliver North Show, CBS Morning News, Leslie Marshall Show (ABC)
    The Tennessean, Health News Daily, Tavis Smiley Show

## HONORS

♦ Man of the Year, 1996, Chabad-Lubavitch
♦ June 18, 1996 Declared "Richard J. Boxer Day" the City of Milwaukee, County of
Milwaukee, The State of Wisconsin.
♦ Distinguished Service Award, Cream City Med. Soc. (Minority Med. Society of Wisconsin), 1996

## PRESIDENTIAL APPOINTMENTS

♦ National Health Museum Commission (1999) [Intent to appoint, but Congress rescinded
the Commission]
♦ National Cancer Advisory Board (1995-2002)
♦ National Board of Advisors, National Institute of Diabetes, Digestive and
Kidney Diseases (NIDDK), 1994-1998
♦ United States Delegate to the World Health Organization, 1997, 2005
♦ President's Task Force on Health Reform, 1993-94

## TEACHING

Teacher of the year, Urology, Medical College of Wisconsin Department of Family Community
Medicine (St. Michael Hospital Campus) 1984, 1986, 1991, 1999

## COMMUNITY

♦ Founder and Advisor, Helen and Bernard Soref Prostate Cancer Educational Fund, 1987-2005
♦ Founder and Advisor, Gordon Henke Family Prostate Cancer Foundation, 1989-2004
♦ Founder and Advisor, Prostate Cancer Support Group of Wisconsin, 1988-2005
♦ Wisconsin Medicare Advisory Board for Urology, 1985-present
♦ Dean's Council, HealthStar ($250 million U. W. Medical School Foundation), 1992
♦ Board of Directors, Lymphoma Research Foundation of America, 1996-2002
♦ Board of Directors, Milwaukee Center for Independent Living, 1997
♦ Board of Directors, Milwaukee Jewish Council, 1993-1995
♦ Board of Directors, Wisconsin Medical Alumni Association, 1993-1998
♦ Advisory Committee, Fox Point-Bayside Educational Foundation, Inc., 1994
♦ Board of Trustees, Shalom Temple, 1992-1994

◆ Board of Directors, Wisconsin Jewish Convalescent Home, 1990-1991
◆ Hippocrates Society, United Way of Greater Milwaukee 1991-1995
◆ Board of Directors, Milwaukee Jewish Federation, 1984-1989
     Management Team, Philanthropic Campaign, 1979-1998
     Maimonides Society, 1990-2006
     Chair, Golden Alliance, Milwaukee Jewish Home, 1985-87
 ◆ National Advisory Council, Weizmann Institute of Science, 1984 to present
◆ Board of Directors, Milwaukee Jewish Home, 1982-1985, 1997-2000
◆ Committee, Friends of Lubavitch Milwaukee, Wisconsin, 1982-2005
◆ Board of Directors, Wisconsin State of Israel Bonds, 1986-97
    Chairman, Ambassador Society of Trustees, 1982-1989
◆ Board of Advisors, Milwaukee Center for Independence, 1996-2003
◆ Board of Advisers, The Milagro Foundation. http://www.milagrofoundation.org/telehealth-leadership.asp. 2016-present


UNIVERSITY (University of Miami)

Delegate (elected by peers) to the University of Miami Leadership, 2010-present
Decision '08: Presidential Health Policy Forum, October 21, 2008
Exploration of possible coordination of International Studies throughout UM (Center for International Health, Diplomacy and Research), 2008

**PUBLICATIONS**

**NATIONAL PRESS**

The Wall Street Journal
**Can Marijuana Alleviate the Opioid Crisis?**
https://www.wsj.com/articles/can-marijuana-alleviate-the-opioid-crisis-1511104543

JAMA
http://jamanetwork.com/journals/jama/fullarticle/2607482
**Achieving Universal Coverage Without Turning to a Single Payer:**
**Lessons From 3 Other Countries (JAMA:317:14:1409-1410. April 11, 2017)**

The Wall Street Journal
http://www.wsj.com/articles/when-a-doctor-is-always-a-phone-call-away-1438551044
**When a Doctor Is Always a Phone Call Away**

The Wall Street Journal.
https://www.wsj.com/articles/itll-take-more-than-a-band-aid-to-fix-medicaid-1486336355
Feb. 5, 2017
**It'll Take More Than a Band-Aid to Fix Medicaid**

New York Times
http://www.nytimes.com/2016/11/02/opinion/how-health-care-hurts-your-paycheck.html?_r=0
How Health Care Hurts Your Paycheck

The Hill
http://thehill.com/blogs/pundits-blog/healthcare/311340-making-the-aca-affordable-bipartisan-lessons-from-abroad
**Making the ACA Affordable — bipartisan lessons from abroad**


CHAPTERS IN BOOKS

1. Boxer, R.J.: The Ileoureter. In: Atlas of Surgical Techniques in Urology. pp. 383-388, Edited by E.D. Whitehead, Lippincott-Raven, Philadelphia, 1997.

2. Boxer, R.J., Garnick, M.B. and Anderson, T.: Extra renal Cancer of the Genitourinary Tract. In Cancer and the Kidney. Edited by Rieselbach, R.E. and Garnick, M., Lea and Febiger, Philadelphia, 1982.

3. Lodish, J. and Boxer, R.J.: The Management of Genitourinary Hemorrhage in Cancer Patients. In Cancer and The Kidney, edited by Rieselbach, R.E. and Garnick, M., Lea and Febiger, Philadelphia, 1982.

4. Gutmann, F. and Boxer, R.J.: The Pathophysiology of Urinary Tract Obstruction and Principles of Management. In Cancer and the Kidney, edited by Rieselbach, R.E. and Garnick, M., Lea and Febiger, Philadelphia, 1982.

5. Boxer, R.J., Johnson, S.F. and Ehrlich, R.E.: Ureteral Replacement. In Current Operative Urology, 2nd ed. Edited by E.D. Whitehead, Harper and Row, Hagerstown, Maryland, 1980.

6. Boxer, R.J. and Zarem, H.A.: Female Transsexual Surgery. Current Operative Urology, 2nd edition. E.D. Whitehead (ed.), Harper and Row, Hagerstown, Maryland, 1980.

7. Raz, S., Boxer, R.J., and Kaufman, J.J.: Experience with the Penile Prosthesis: Indications and Treatment in 110 Cases. Alloplastic Prostheses in Urology, L.V. Wagenknecht, W.L. Furlow, and J. Auvert (eds.), Thieme Publishers, Hamburg, West Germany, 1980.

8. Boxer, R.J.: Treatment of Miscellaneous Tumors of the Epididymis and Spermatic Cord. Current Urologic Therapy, Kaufman, J.J. (ed.), W.B. Saunders, Philadelphia, 1980.

8. Ehrlich, R.M. and Boxer R.J.: Coagulum Pyelolithotomy. Current Urologic Therapy, Kaufman, J.J. (ed.), W.B. Saunders, Philadelphia, 1980.

9. Boxer, R.J.: Treatment of Adenomatoid Tumors of the Epididymis. Current Urologic Therapy, Kaufman, J.J. (ed.), W.B. Saunders, Philadelphia, 1980.

10. Boxer, R.J.: The Treatment of Genitourinary Coccidiomycosis. Current Urologic Therapy, Kaufman, J.J. (ed.), W.B. Saunders, Philadelphia, 1980.

11. Kaufman, J.J. Ehrlich, R.M. and Boxer, R.J.: Ureteral Replacement, The Ureter, Bergman, H (ed.), Springer-Verlag, New York, 1980.
12. Boxer, R.J. and Ehrlich, R.M.: Surgical Replacement of the Ureter. J. of Continuing education in Urology, Vol. 17 (No. 11):10-30, November, 1978.

13. Boxer, R.J., Johnson, S.F. and Ehrlich, R.M.: Ureteral Substitution, Symposium on the Ureter, Weiss, R.W. (ed.), Urology (Professional Medical Services, Co.), New York 12: 269, 1978.

14. Boxer, R.J.: Genitourinary Tuberculosis, Current Therapy. Conn, H.F. (ed.), W.B. Saunders, Philadelphia, 1978, p.541.

JOURNAL PUBLICATIONS

1. Boxer, RJ: Medical Marijuana: Research not Anecdotes. ASCO Post, http://ascopost.com/issues/august-25-2018/medical-marijuana-research-not-anecdotes/ Published Aug.25, 2018

2. Boxer, RJ: Telemedicine in Urology and Nephrology, Telemedicine in Urology and Nephrology. Exp Tech Urol Nephrol. 1(1). ETUN.000502. 2017, http://crimsonpublishers.com/etun/pdf/ETUN.000502.pdf

3. Chad Ellimoottil, MD, MS1,2; Richard J. Boxer, MD3, Bringing Surgical Care to the Home Through Video Visits JAMA Surg. Published online December 13, 2017. doi:10.1001/jamasurg.2017.4926 https://jamanetwork.com/journals/jamasurgery/fullarticle/2664959?utm_source=silverchair&utm_medium=email&utm_campaign=article_alert-jamasurgery&utm_content=olf&utm_term=121317

4. RE Herzlinger, BD Richman, RJ Boxer: Achieving Universal Coverage Without Turning to a Single Payer: Lessons From 3 Other Countries (JAMA:317:14:1409-1410. April 11, 2017) http://jamanetwork.com/journals/jama/fullarticle/2607482

5. Boxer, RJ: Telemedicine: Remote Cancer Care Improves Communication Oncology Times 39(2):1,10,16-16, January 2017 - Volume 39 - Issue 2 - pp 1,10,16–16. doi: 10.1097/01.COT.0000512175.80464.3f. http://journals.lww.com/oncology-times/Fulltext/2017/01250/Telemedicine_Remote_Cancer_Care_Improves.2.aspx

6. Boxer, RJ: Q & A: Democratic National Convention, American Urological Association Health Policy Brief, http://community.auanet.org/policyandadvocacyblog/blogs/policy-brief/2016/08/02/qa-democratic-national-convention

7. Ellimoottil C[1], Skolarus T[2], Gettman M[3], Boxer R[4], Kutikov A[5], Lee BR[6], Shelton J[7], Morgan T[8], Telemedicine in Urology: State of the Art, Urology. 2016 Aug;94:10-6. doi:

10.1016/j.urology.2016.02.061. Epub 2016 Apr 22

8. Boxer, RJ: "Using Telemedicine to reduce wait times for veterans," May 10, 2016 http://www.ascopost.com/issues/may-10-2016/using-telemedicine-to-reduce-wait-times-for-veterans/

9. Boxer, RJ: " House Calls, a win-win for healthcare in America," Medium: October 17, 2015, https://medium.com/@richard_boxer/house-calls-a-win-win-for-healthcare-in-america-f6b54c0b4e8e

10. Boxer, R.J. "Cost vs Our Values in Cancer Care," ASCO Post, August 10, 2015 http://www.ascopost.com/issues/august-10,-2015/cost-vs-our-values-in-cancer-care.aspx

11. Boxer, RJ: "Biosimilars," The ASCO Post, July 15, 2015 http://www.ascopost.com/issues/july-10,-2015/biosimilars-questions-remain.aspx

12. Boxer, RJ: "Telemedicine in a Global Context," mHealth 1:12, 2015 http://www.themhealth.org/article/view/6410/7196, 2015. DOI: 10.3978.ISSN.2306-9740.2015.05.01

13. Chu, S, Boxer, R, Madison, P, Kleinman, L, Skolarus, T, Altman, L: "Veterans Affairs Telemedicine: Bringing Urologic Care to Remote Clinics," Urology 07/2015; 86(2). DOI:10.1016/j.Urology.2015.04.038

14. Cavallo, J interviewing Boxer, R.: "How Technology is Helping Bring Health Care to Patients," The ASCO Post, August 15, 2014, p.132-133 http://www.ascopost.com/issues/august-15,-2014/how-technology-is-helping-bring-health-care-to-patients.aspx

15. Boxer, RJ: "Prostate Cancer Biomarkers: Improvement ion Predicting Clinically Significant Disease," The ASCO Post, July 25, 2014, P.85-86, http://www.ascopost.com/issues/july-25,-2014/prostate-cancer-biomarkers-improvement-in-predicting-clinically-significant-disease.aspx

16. Boxer, R.J.: "State-of-the-Art Update on Prostate Cancer," The ASCO Post, March 15, 2014, P.1-4. http://www.ascopost.com/issues/march-15,-2014/state-of-the-art-update-on-prostate-cancer.aspx

17. Boxer, R.J.: "Five Key Studies in Prostate Cancer and Renal Cell Carcinoma" The ASCO Post, March 15,2014, P.10, http://www.ascopost.com/issues/march-15,-2014/five-key-studies-in-prostate-cancer-and-renal-cell-carcinoma.aspx

18. Boxer, R.J.: "Telemedicine: Efficiency in Cancer Screening and Outreach," The ASCO Post, March 15,2014, P92-93. http://www.ascopost.com/issues/march-15,-2014/telemedicine-efficiency-in-cancer-screening-and-outreach.aspx

19. Boxer, R.J., Aronson, W.J.: Impact of Comprehensive Lifestyle Change on Telomere Length and Telomerase Activity in Men with Low-Risk Prostate Cancer," The ASCO Post, Feb. 15, 2014 http://www.ascopost.com/issues/february-15,-2014/impact-of-comprehensive-lifestyle-change-on-telomere-length-and-telomerase-activity-in-men-with-low-risk-prostate-cancer.aspx

20. Boxer, R.J.: "Choosing Wisely: Good Care with Efficiency," The ASCO Post, Nov.15,2013 http://www.ascopost.com/issues/november-15,-2013/commentary-choosing-wisely-good-care-with-efficiency.aspx

21. Boxer, R.J.: "The Devastating Impact of Sequestration on Medical Research," The ASCO Post, Nov. 1, 2013. http://www.ascopost.com/issues/november-1,-2013/the-devastating-impact-of-sequestration-on-medical-research.aspx

22. Boxer, R.J.: "Accountable Care Organizations: The New Normal?" The ASCO Post, Jan. 15, 2013. http://www.ascopost.com/issues/january-15-2013/accountable-care-organizations-the-new-normal/

23. Boxer, R.J.: "On Mentoring: Looking Back with Gratitude and Paying it Forward," The ASCO Post, Oct. 15, 2012, p.1, 10 https://issuu.com/ascopost/docs/tap_vol_3_issue_15

24. Boxer, R.J. "The Most Important Election of Our Lives." The ASCO Post, April 15, 2012 https://issuu.com/ascopost/docs/tap_vol_3_issue_18

25. Boxer, R.J.: "The Art and grace of just letting go: options after a career in oncology. The ASCO Post, Jan. 15, 2012 (http://www.ascopost.com/articles/december-15-2011/the-art-and-grace-of-just-letting-go/

26. Boxer, R.J.: "Health-care Policy: A Three-act Play." The ASCO Post, Oct. 15, 2011, http://www.ascopost.com/issues/october-15-2011/health-care-policy-a-three-act-play.aspx

27. Boxer, R.J.: "My First of Many ASCO Meetings." The ACO Post, July 15, 2011, (http://www.ascopost.com/articles/july-15-2011/my-first-of-many-asco-meetings.aspx).

28. Boxer, R.J.: "Patient-centered care vs Health-care Economics." The ASCO Post http://www.ascopost.com/columnists/boxer/ , May 11, 2011.

29. Boxer, R.J. : "Prostate Cancer, Pediatrics and Priorities" The ASCO Post http://www.ascopost.com/columnists/boxer/ , March 10, 2011

30. Boxer, R.J. Response to a letter to the Editor, The ASCO Post, March 15, 2011: http://www.ascopost.com/articles/march-15-2011/letter-to-the-editor-sipuleucel-t-reconsidered/, written by the company's Chief medical officer. Boxer responds: http://www.ascopost.com/articles/march-15-2011/letter-to-the-editor-the-author-responds/

Exhibit H
Page 94 of 371

31. Boxer, R.J.: "Prostate Cancer, Pediatrics, and Priorities." The ASCO Post (http://www.ascopost.com/columnists/boxer/), 2:2:1&28, January 15, 2011.

32. Boxer, R.J.: "Telehealth/Telemedicine: Join the Band (Width)." The ASCO Post, http://www.ascopost.com/columnists/boxer/) 1:7:74, December 2010.

33. Boxer, R.J.: "How Do We Eliminate Unnecessary Treatment for Prostate Cancer?" The ASCO Post(http://www.ascopost.com/columnists/boxer/), 1:6:41-42, November, 2010.

34. Boxer, R.J.: "Ingredients of Tort Reform: Facts & Frustration, Emotion & Economy, Public Policy and Physician Penalty." The ASCO Post(http://www.ascopost.com/columnists/boxer/), 1:5:3&46, October, 2010.

35. Boxer, R.J.: "Physician as Patient: A Personal Perspective" The ASCO Post (http://www.ascopost.com/columnists/boxer/), 1:3:1, 28-29, August, 2010.

36. Boxer, R.J.: "American Center for Cures Could Ensure Health-care Reform Leads to Reform in Health." The ASCO Post (,http://www.ascopost.com/columnists/boxer/) 1:2:3&17, October, 2010.

37. Boxer, R.J.: "Health-Care Reform: Dealing with Reality." The ASCO Post http://www.ascopost.com/columnists/boxer/), 1:1:65-74, June, 2010.

38. Boxer, RJ, Brooks, B, Brownlee, J, Thompson, TG: "Employers Prepare for Swine Flu (H1N1) and Other Potential Pandemics. Healthcare services, technology and telehealth solutions provide options for pandemic preparedness." In Press

39. Boxer, RJ, McConnochie,K: "Telehealth Delivers Rapid, Affordable and Convenient Care for Pediatric Patients and their Families Benefits physicians, health plans, employers, government and benefits payers." In Press

40. Boxer, RJ, Carabello,L, Doarn,C, et. al: "Roundtable Discussion: Telephone Based Medical Consultations," Telemedicine and e-Health, 14:4: 323-329, May 2008 (http://www.liebertonline.com/doi/pdfplus/10.1089/tmj.2008.9974

41. Thompson, Tommy, Arthur, Donald, Boxer, Richard, "A Model for Telephonic Medical Consults: Guidelines for Decision-makers, Thompson Consulting Group, Washington, DC, April 2008. (http://www.healthcareitnews.com/story.cms?id=9092, http://www.businesswire.com/portal/site/home/news/sections/?ndmViewId=news_view&newsLang=en&newsId=20080421005344 ), http://www.businesswire.com/portal/site/telecomweb1/?ndmViewId=news_view&newsId=20080421005344&newsLang=en, http://www.tmcnet.com/usubmit/2008/04/24/3408486.htm

Exhibit H
Page 95 of 371

42. Gingrich, N., Boxer, R.J., Brooks, B.: "Telephone Medical Consults Answer the Call for Accessible and Convenient Healthcare. Center for Health Transformation," Washington, DC, March 2008. (http://www.healthtransformation.net/cs/news/news_detail?pressrelease.id=1540 Press release) and article: http://www.healthtransformation.net/galleries/default-file/Teladoc.pdf), http://www.healthtransformation.net/galleries/default-file/Teladoc.pdf

43. Ye, Ding-Wei, Boxer, R.J.: Advances of Radical Prostatectomy, China Oncology, 17:3, pp 181-187, (March 2007)

44. Lou Weisbach, Richard Boxer:"Crusader for Cures," by Geoffrey Johnson, Chicago Magazine, pp. September, 2006. (http://www.chicagomag.com/Chicago-Magazine/September-2006/Crusader-for-Cures/)

45. Boxer RJ: Management of sexual dysfunction after prostate brachytherapy - The Merrick/Wallner/Butler article reviewed. Oncology - New York 2003, 17:62+. ... *www.co-oncology.com/pt/re/cooncology/fulltext.00001622-200405000-00013.htm;jsessionid...1* Oncology (Williston Park). 2003 Jan;17(1):52-62; discussion 62, 67-70, 73. Links Management of sexual dysfunction after prostate brachytherapy. Merrick GS, Wallner KE, Butler WM

46. .Palapattu GS, Bloom DA, Smith RB, Boxer RJ." Willard E. Goodwin: educator, innovator and pioneer" J Urol. 2004 Jul;172(1):40-4.

47. Boxer, R.J., "In Appreciation: An Exemplary Life of Decency, Scholarship, and Love," Health Affairs, 21:3, p. 13, May/June 2002.

48. Bloom, D.A., Boxer, R.J., Das, S., "Goodwin, Hodgson, and Devine-A Tribute to    Three Urologic Pioneers," Dialogues in Pediatric Urology, 23:8. 2005

49. Boxer, R. J.: "Pain Management in patients with prostate cancer," Primary Care and Cancer, 20:6, pp 17-18, June, 2000.

50. Boxer, R. J., et. al.: "Complexities and variations in pharmaceutical therapy for cancer.

51. Steps toward achieving quality care." Published by National Pharmaceutical Council 1894 Preston White Dr., Reston, VA 20191-5433, Spring, 2000

52. Bloom, D.A., Boxer, R. J., and Das, S.: "A brief sketch of WEG: Willard E. Goodwin," Dialogues in Pediatric Urology , edited by Richard Ehrlich, 2000

53. Boxer, R. J.: "Pain Management in patients with prostate cancer," Primary Care and Cancer, December, 1999.

54. Boxer, R. J.: "Pain Management in patients with prostate cancer, Review of Olson/Pienta manuscript." Oncology, 13:11, pp 1549-1550, November 1999. November 1, 1999 Oncology. Vol. 13 No. 11 The Olson/Pienta Article Reviewed Pain Management in Patients With Advanced Prostate Cancer http://www.cancernetwork.com/display/article/10165/85618#

55. Roehr-Born, C.G.; Oesterling, J.E.; Auerbach, S., Boxer, R. J.: (HYCT Investigator Group) "The Hytrin Community Assessment Trial: A One- Year Study of Terazosin Versus Placebo in the Treatment of Men with Symptomatic Benign Prostatic Hyperplasia" Urology, 47:2, page 159-168, 1996.

56. Boxer, R.J.: "Willard E. Goodwin is one of Urology's Great Pioneers, Innovators and Educators", A.U.A. Today, pages 2, 8, June, 1993

57. Boxer, R.J.: Clinton Presidency Promises Changes to Health Care System, A.U.A. Today, Volume 6, No. 1, pages 3, 8, January, 1993.

58. Boxer, R.J.: Jejunal ureter and contralateral boari flap. Urologists' Correspondence Club, December 21, 1983

59. Wong, W.S., Cochran, S.T., Boxer R.J.: Radiographic grading system for renal cell carcinoma with clinical and pathological correlation.  Radiology 144(1):61-65, July 1982

60. Boxer, R.J, J.J.:  A psychological analysis of patients with penile prostheses.  J. Urol., 1981

61. Boxer, R.J., Sofen, H., and Saxon, A.: The detection of cancer antigen on established cell lines. Investigative Urology, 19(2):70-74, September, 1981

62. Mott, L.J.M., Waisman, J., Boxer, R.J., and Skinner, D.G.: Significant microscopic features of prostatic adenocarcinoma with a comparison of current methods of grading (abstr.) Laboratory Investigation, 40: 274, 1979.

63. Boxer, R.J., Skinner, D.G., and Goodwin, W.E.: The ileal ureter in the treatment of recurrent nephrolithiasis. Wisconsin Med. J. 78:28, October, 1979.

64. Boxer, R.J., Waisman, J., Lieber, M.M., Mampaso, F.M. and Skinner, D.G.: Renal carcinoma - computer analysis of 96 patients treated by nephrectomy. J. Urol. 122(5):598-601, Nov, 1979

65. Boxer, R.J., Fritzsche, P., Skinner, D.G., Kaufman, J.J, Belt, E. and Goodwin, W.E.: Replacement of the ureter by small intestine: Clinical application and results of the ileal ureter in 89 patients. J. Urol 121(6):728-31, June, 1979

66. Boxer, R.J.: Cath-A-Cyst: A new urinary catheter J. Urol 121(1):66-67, Jan., 1979

67. Waisman, J., Mampaso, F.M., Boxer, R.J., Lieber, M.M., and Skinner, D.G.: Prognostic Factors in Renal Carcinoma (Abstr.) Laboratory Investigation 38:370, 1978.

68. Boxer, R. J., Johnson, S. J., Ehrlich, R. M. : Ureteral Substitution. Urology 12(3):    269-278, September, 1978

69. Boxer, R.J., Mott, J.M., Waisman, J., Smedberg, S.G., Benedetti, J., and Skinner, D.G.: Adenocarcinoma of the prostate: Histologic and clinical analysis of 367 patients. J. Urol., 1978

70. Boxer, R.J.: Methods of cost containment within Urology. Urology 12(4):429, 1978.

71. Boxer, R.J., Skinner, D.G., and Goodwin, W.E.: The ileal ureter in the treatment of recurrent nephrolithiasis. Urology Times, September 1978.

72. Boxer, R.J., Waisman, J., Lieber, M.M., Mampaso, F.M. and Skinner, D.G.: Non-metastatic liver dysfunction associated with renal carcinoma. J. Urol. 119(4):468, April, 1978

73. Boxer, R.J., Fritzsche, P., Skinner, D.G., Kaufman, J.J, Belt, E. and Goodwin, W.E.: Replacement of the ureter by small intestine: Clinical application and results of the ileal ureter in 89 patients. Trans. Am. Assoc. GU Surg 70:99-102, 1978

74. Boxer, R.J. and Miller, T. M.: Penile reconstruction in an irradiated patient. Urology Digest, p. 26, February, 1977

75. Boxer, R.J.: Is orgasm possible after penile amputation? Med. Aspects of Human Sexuality, p. 13, May 1977

76. Boxer, R.J.: Adenocarcinoma of the prostate gland. Urological Survey 27(3):75-94, , June, 1977

77. Boxer, R.J., Kaufman, J.J. and Goodwin, W.E.: Radical prostatectomy for carcinoma of the prostate: 1951-1976.A review of 329 patients. J. Urol. 117(2): 208-213, Feb., 1977

78. Raz, S., Boxer, R.J. and Waisman, J., Sukov, R. J.: Scleroderma of the lower urinary tract. Urology 9(6):682-683, June, 1977

79. Boxer, R.J. and Skinner, D.G.: Condyloma Acuminata and squamous cell carcinoma. Urology 9(1): 72-78, Jan, 1977

80. Boxer, R.J. Ehrlich, R.M. and Winters, R.E.: Sisomicina en el tratamiento de las infecciones complicadas del tracto urinario. Tribuna Medica (Supplemento Especial) pp. 130-131. Ano, 1977

81. Boxer, R.J., Ehrlich, R.M. and Winters, R.E.: Treatment of complicated urinary tract infections with Siscomicin. Infection 4(suppl.):483-484, 1976

82. Boxer, R.J. and Miller, T.M.: Penile reconstruction in an irradiated patient. Urology 7(4):403-408, April, 1976

83. Boxer, R.J.: Reconstruction of male external genitalia (collective review). Surg. Gyn. & Obstet. 141(6):939-944, Dec.1975

| P a g e                                                                                                    14

84. Boxer, R.J.: The Rotating internship. J. Med. Education <u>50(7)</u>: 700-701, July 1975.

EXHIBITS

1.      Boxer, R.J., Kaufman, J.J. and Goodwin, W.E.: Radical Prostatectomy for Carcinoma of the Prostate. 71st Annual Meeting of the American Urological Association, Las Vegas, Nevada, May 16-20, 1976.

2.      Boxer, R.J., Kaufman, J.J. and Goodwin, W.E.: Radical Prostatectomy for Carcinoma of the Prostate. American College of Surgeons, Chicago, Illinois, October 11-14, 1976.

3.      Boxer, R.J., Kaufman, J.J. and Goodwin, W.E.: Radical Prostatectomy for Carcinoma of the Prostate. Western Section, A.U.A. San Francisco, March 13-17, 1977.

PRESENTATIONS

1.      Boxer, R.J.: Reconstruction of the Male External Genitalia. Presented at the American College of Surgeons, Southern California Section, Newport Beach, California, January 17, 1976.

2.      Boxer, R.J., Kaufman, J.J. and Goodwin, W.E.: A 20 Year Experience with Radical Prostatectomy for Cancer at UCLA Medical Center and Wadsworth Veterans Administration Hospital. Presented at the Clinical Society of Genito-Urinary Surgeons 55th Annual Meeting, Los Angeles, California, January 29, 1976.

3.      Boxer, R.J., Kaufman, J.J. and Goodwin, W.E.: Radical Prostatectomy for Carcinoma of the Prostate, 1951-1976. Presented at the American Urological Association, Las Vegas, Nevada, May 16-20, 1976.

4.      Boxer, R.J., Kaufman, J.J. and Goodwin, W.E.: Radical Prostatectomy for Carcinoma of the Prostate - 25 Years Experience. Presented at Los Angeles County Urological Society Meeting, June 1, 1976.

5.      Boxer, R.J.: Carcinoma of the Penis. Harbor General Hospital Grand Rounds (Urology), June 3, 1976.

6.     Boxer, R.J., Kaufman, J.J. and Raz, S.: Impotence and Incontinence: UCLA Experience with Prostheses. Presented at the New York Section, American Urological Association, 74th Annual Meeting, Jerusalem, November 7-12, 1976.

7.     Boxer, R.J., Saxon, A. and Sofen, H.: Immunobiology Reality Testing. Presented at the Immunobiology Research Meeting. UCLA, December 3, 1976.

8.     Boxer, R.J., Waisman, J., Lieber, M.M., Mampaso, F.M. and Skinner, D.G.: Nonmetastatic Liver Dysfunction Associated with Renal Carcinoma. Presented at the Western Section, American Urological Association, 53rd Annual Meeting San Francisco, March 13-17, 1977.

9.     Boxer, R.J., Raz, S., and Kaufman, J.J.: Experience with penile prosthesis: Indications and treatment in 110 cases. U.C.L.A. Urodynamic Workshop I: Incontinence and Impotency. February 11-12, 1977. U.C.L.A. Extension, Department of Continuing Education in Health Sciences U.C.L.A. Medical Center.

10.     Boxer, R.J., Fritzsche, P., Skinner, D.G., and Kaufman, J.J., Smith, R.B., Belt, E. and Goodwin, W.E.: Replacement of the Ureter with Small Intestine: Clinical Application and Results of the Ileal Ureter in 89 Patients.  Presented at the Los Angeles County Urological Society Meeting, June 7, 1977.


11.     Boxer, R.J., Skinner, D.G., and Goodwin, W.E.: The Ileal Ureter in the Treatment of Recurrent Nephrocalcinosis. Presented at the North Central Section, American Urological Association, 51st Annual Meeting, San Diego, California, November 6-12, 1977.

12.     Boxer, R.J.: Trauma to the Genito-Urinary Tract. Emergency Room Grand Rounds, Sepulveda Veterans Administration Hospital, Sepulveda, California, January 30, 1978.

13.     Boxer, R.J., Skinner, D.G., and Goodwin, W.E.: The Ileal Ureter in the Treatment of Recurrent Nephrolithiasis. Presented at the 54th Annual Meeting, Western Section, American Urological Association, Seattle, July 16-20, 1978.

14.     Boxer, R.J., Saxon, A., and Sofen, H.: The Detection of Transitional Cell Bladder Cancer Antigen on Established Cell Lines. Presented at the American Urological Association, 74th Annual Meeting, New York City, May 13-17, 1979.

15.     Boxer, R.J.: Genito-urinary Injuries in Pelvic Trauma. Department of Surgery Grand Rounds, UCLA School of Medicine, December 13, 1978.

16.     Boxer, R.J.: Surgery and Blood Transfusions in the Jehovah's Witness Patient. UCLA Department of Surgery Grand Rounds, January 10, 1979.

17.     Boxer, R.J.: The Containment of Costs in Hospital Medicine. UCLA Department of Surgery Grand Rounds, February 14, 1979.

18.     Boxer, R.J.: Elmer Belt. Presented at the American Urological Association, 74th Annual Meeting, New York City, May 13-17, 1979.

19.     Boxer, R.J.: Urolithiasis, Mount Sinai Medical Center, Milwaukee, Wisconsin, Grand Rounds, August, 1979.

20.     Boxer, R.J.: Pathophysiology of Micturition. Mount Sinai Workshop on Urodynamics, Milwaukee, Wisconsin, October 6, 1979.

21.     Boxer, R.J.: Bladder cancer. Columbia Hospital Tumor Conference, Milwaukee, Wisconsin, November, 1979.

22.     Boxer, R.J.: Urologic Oncology. St. Michael's Family Practice Grand Rounds, Milwaukee, Wisconsin, March 12, 1980.

23.     Boxer, R.J.: Urologic Gynecology. Mount Sinai Medical Center, Obstetrics and Gynecology Seminars, Milwaukee, Wisconsin, March 19th and March 26th, 1980.

24.     Boxer, R.J.: Urologic Oncology Update. Family Hospital Surgical Grand Rounds, Milwaukee, Wisconsin, March 25, 1980.

25.     Boxer, R.J.: Impotence and Incontinence. Mt Sinai Hosp, Milwaukee, April, 1980.

26.     Boxer, R.J., Brosman, S.: Diagnosis and Management of Unusual Pediatrics Anomalies. Presented at the American Urological Association, 75th Annual Meeting, San Francisco, May 18-22, 1980.

27.     Boxer, R.J.: Urologic Oncology. Mount Sinai Medical Center, All Staff Conference, Milwaukee, Wisconsin, August 5, 1980.

28.     Boxer, R.J.: Radical Prostatectomy for Carcinoma of the Prostate Gland. Presented in China, September 1980.

29.     Boxer, R.J.: Renal Carcinoma: a clinical and histological study. Presented in China, September 1980.

30.     Boxer, R.J.: Replacement of the Ureter by Small Intestine: clinical application of the ileal ureter. Presented in China, September 1980.

31.     Boxer, R.J.: Impotence. Presented to the Family Practice Residents, St. Michael Hospital, January 14, 1981.

32.     Boxer, R.J.: Prostatitis. Presented to the Family Practice Residents, St. Michael Hospital, January 14, 1981.

33.     Boxer, R.J.: Infertility and Impotence. Presented to the Family Practice Residents, St. Mary's Hospital, February 25, 1981.

34.     Boxer, R.J. and Klamer, T.: Urinary Trauma. Presented to the Surgery Department Residents at Mount Sinai Medical Center, Doctor's Auditorium, March 5, 1981.

35.     Boxer, R.J.: Urologic implication of MS. Talk to MS Group at the American Red Cross Center, Milwaukee, Wisconsin on March 5, 1981.

36.     Boxer, R.J. and Gross, R.: Genito-urinary Cancer. Presented to Grand Rounds at Columbia Hospital, Auditorium, March 17, 1981.

37.     Boxer, R.J.: Recurrent UTI's. Lecture to Family Practice Residents, St. Michael Hospital, Room N120, March 26, 1981.

38.     Boxer, R.J.: Stone Disease. Grand Rounds, St. Michael Hospital, April 8, 1981.

39.     Boxer, R.J.: Genito-urinary Cancer. St. Michael Hospital, Room N120, April 9, 1981.

40.     Boxer, R.J.: BPH. Lecture to Residents, St. Michael Hospital, April 30, 1981.

41.     Boxer, R.J.: Genito-urinary Changes with Aging - Male & Female. Presented as part of panel on "The Medical Aspects of the Meno-pause," hosted by Dr. Milton Gutglass. Franciscan Room, St. Michael Hospital, May 2, 1981.
42.     Boxer, R.J.: Indications and Complications of Urinary Diversion. Scientific Day, Mount Sinai Medical Center, Milwaukee, Wisconsin, June 8, 1983.

43.     Boxer, R.J. & Das, Sakti: Willard Goodwin, M.D.- Pioneer, Innovator and Educator; presented at the American Urological Association 86th Annual Meeting, Toronto, Canada, June 3, 1991.

44.     Boxer, R.J.: Treatment of prostatic carcinoma: surgery vs. radiation therapy: presented at Istituto Nazionale Per Lo Studio E La Cura Dei Tumori, May 30, 1984, Milan, Italy

45.     Boxer, R.J.: Retroperitoneal Tumors-Surgical Approach and Care after Surgery. 10th Annual Pacific Regional Urology Workshop, Los Angeles, April 7-8, 1977.

46.     Boxer, R.J.: Treatment of Prostatic Carcinoma. Istituto Nazionale Per Lo Studio E La Cura dei Tumori, Milan, Italy May 30, 1984.

47.     Boxer, R.J.: Antibiotics and Urinary Tract Infections. Uses and Abuses in Clinical Practice, Green Lake, Wisconsin, August 2, 1981.

48.     Boxer, R.J.: Radiation Therapy in Genito-Urinary Cancer. Radiation Therapy Technologists of Wisconsin, October 2, 1982

49.     Boxer, R. J. : Special lecture, American Urological Association's Annual Meeting, "Physicians and the Clinton Administration," Invited Speaker, San Antonio, Texas, May 18, 1993 (This speech was given before approximately 5,000 physicians and health care professionals.)

50.     Boxer, R. J. : "Health Policy Under The New Administration", Invited Speaker, Urological Topic Showcases, American Urological Association Annual Meeting, May 15, 1993 (The speech was given before approximately 600 physicians and other health professionals.)

51.     Boxer, R. J. : January 26, 1994, Donald J. Welter Memorial Lectureship (Invited Speaker), "Health Care Reform", Hyatt Regency Hotel, Milwaukee, WI, speech given before 500 family practitioners from around the region.

52.     Boxer, R. J. : August 24, 1994, one hour lecture, "Prostate Cancer" St. Michael Hospital, Milwaukee, WI, 7 PM

53.     Boxer, R. J. : August 29, 1994, one hour lecture, "Prostate Cancer" St. Michael Hospital, Milwaukee, WI, 7 PM

54.     Boxer, R. J. : September 13, 1994, one hour lecture, "Prostate Cancer Awareness", St. Mary's Hospital, Milwaukee, WI, 7 PM

55.     Boxer, R. J. : August 24, 1994, "Prostate Cancer", Helen & Bernard Soref Prostate Cancer Foundation Lecture, St. Michael Hospital

56.     Boxer, R. J. : August 29, 1994, "Prostate Cancer", Helen & Bernard Soref Prostate Cancer Foundation Lecture, St. Michael Hospital

57.     Boxer, R. J. : September 1, 1994, "Prostate Cancer", Helen & Bernard Soref Prostate Cancer Foundation Lecture, St. Michael Hospital

58.     Boxer, R. J. : September 13, 1994, "Prostate Cancer: The Silent Killer", Community Education Program, St. Mary's Hospital-Milwaukee

59.     Boxer, R. J. : October 24, 1994, "The New Health Care Plan", 16th Annual Heart of the Matter for Sinai Samaritan Medical Center, Marc Plaza Hotel, Milwaukee, WI

60.     Boxer, R. J. : November 15, 1994, "New Advances In Prostate Cancer", speech delivered at the Wisconsin Prostate Cancer Support Group Annual Meeting, The Italian Community Center, Milwaukee, WI

61.     Williams, R., Zinner, N., Boxer, R., et al.: " Experience with Alpha Interferon used in Bladder Cancer", presented at the American Urological Association's 91st Annual Meeting, Orlando, FL, May 9, 1996.

62.     Boxer, R. J. : March 5, 1997, Invited Speaker, "The Other Side of Health Care", presented at the Quarterly Staff Meeting, St. Mary's Hospital, Milwaukee, WI

63.     Boxer, R. J. : April 9, 1997, Invited Speaker, "The Other Side of Health Care", presented at the President's Cancer Panel, Columbia University College of Physicians and Surgeons, New York City

64.     Boxer, R. J. : June 12, 1997, Invited Speaker &  Keynote Address, The Other Side        of Health Care, A Physician Being Treated for Cancer." Presented at the Graduation        of the Aurora Care Residents, Milwaukee, WI

65.     Boxer, R. J. : August 27, 1997, Invited Speaker, "Prostate Cancer." Presented at Men's Health Seminar. Covenant Healthcare, Radisson Hotel, Brookfield, WI (300 people attended), August 27, 1997.

66.     Boxer, R. J. : October 18, 1997, Invited Speaker, "The Other Side of Health Care: Physician Being Treated For Lymphoma." Presented at the National Lymphoma Awareness Week National Educational Forum, Washington, D.C.

67.     Boxer, R. J. : October 24, 1997, Invited Speaker, Grand Rounds, "The Other Side of Health Care: A Physician Being Treated For Cancer." Presented at the University of Nebraska Medical School, Omaha, NE. (approximately 400 people in attendance).

68.     Boxer, R.J.: November 21, 1997, Invited Speaker, The Louler Memorial Lectureship on Medical Ethics, Shalom Temple, Milwaukee, WI

69.     Boxer, R. J. : January 11, 1998, Invited Speaker (Keynote Address), "The Other Side of Health Care: A Physician Being Treated by Transplantation." Presented at The International Bone Marrow Transplantation Registry Participants' Meeting, Keystone, CO.

70.     Boxer, R. J. : January 28, 1998, Invited Speaker, "The Politics of Prostate Cancer." Presented at the 8th International Prostate Cancer Update, Beaver Creek, CO.

71.     Boxer, R. J. : January 30, 1998, Invited Speaker, "The Other Side of Health Care: A Physician Being Treated For Cancer." Presented at the 8th International Prostate Update, Beaver Creek, CO.

72.     Boxer, R. J.: February 1, 1998, Invited Speaker, "Perineal Prostatectomy for Localized Carcinoma of the Prostate." Presented the 8th International Prostate Cancer Update, Beaver Creek, CO.

73.     Boxer, R. J.: May 30, 1998, Invited Speaker, "Understanding Private Practice in a Managed Care Environment: Organize Locally." Presented at the American Urological Association's 93rd Annual Meeting, San Diego, CA

74.     Boxer, R. J.: May 30, 1998, Invited Speaker, "Understanding Private Practice in a Managed Care Environment: Capitation." Presented at the American Urological Association's 93rd Annual Meeting, San Diego, CA

75.     Boxer, R. J. : October 9, 1998, Invited Speaker, The Other Side of Health Care: A Physician Treated for Cancer, The University of Wisconsin Medical School, Madison WI.

76.     Boxer, R. J.: November 4, 1998, Invited Speaker, "Health Care: Y 2 K and Beyond. Michael Best & Friedrich Annual Health Care Seminar, Chicago, IL

77.     Boxer, R. J.: December 6, 1998, Invited Speaker, "Men's Health," Congregation Shalom, Milwaukee, WI.

78.     Boxer, R. J.: January 22, 1999, Invited Speaker, "The Quest for Hope: A Cancer Doctor Treated for Cancer," The Ninth International Prostate Cancer Symposium, Beaver Creek, CO.

79.     Boxer, R. J. January 23, 1999, Invited Speaker, Epidemiology and Screening in Prostate Cancer: Moderator, The Ninth International Prostate Cancer Symposium, Beaver Creek, CO.

80.     Boxer, R. J.: January 23, 1999, Invited Speaker, "Managed Care: Capitation or Decapitation," The Ninth International Prostate Cancer Symposium, Beaver Creek, CO.

81.     Boxer, R. J.: May 4, 1999, Invited Speaker, Plenary Session, "A personal Experience with Cancer," The American Urological Association 94th Annual Meeting, Dallas, TX.
82.     Boxer, R. J., Das, S., Bloom, D.: May 3, 1999, "Willard Goodwin: Pioneer, Innovation, and Educator," Presented at the American Urological Association 94th Annual Meeting, Dallas, TX.

83.     Boxer, R. J.: June 23, 1999, Invited Speaker, "Superficial Bladder Cancer: New Approaches to Intra-vesical Chemotherapy," Milwaukee, WI.

84.     Boxer, R.J.: Oct. 25, 1999, Invited Speaker, "Surviving Cancer," First Unitarian Universalist Congregation, Milwaukee, WI.

85.     Boxer, R. J.: Nov. 5, 1999, Invited Speaker, Health Care Reform: It's a matter of conscience," Catholic Health Association national leadership meeting, Amelia Island, FL

86.     Boxer, R. J.: May 20, 2000, Invited Speaker, "In search of quality pharmaceutical care for cancer: What do we need to know to get there?" American Association of Clinical Oncology Annual Meeting, New Orleans, LA.

87.     Boxer, R. J.: December 2, 2000, Invited Speaker, National Cancer Institute: One urologist's perspective," Society of Urologic Oncology, Extraordinary opportunities for Discovery, National Institutes of Health, Bethesda, MD.

88.     Boxer, R. J.: March, 2001, Politics and Urology, Invited Speaker, American Association of Clinical Urologists Washington Update, Willard Hotel, Washington, DC.

89.     Boxer, R. J.: August 14, 2003, The Future of Health Care, Panel leader. PANELISTS: Andrew Stern, President, SEIU, Barbara Blakeney, President, ANA, Charles Roadman, President, American Health Care Association, John Rother, Senior Executive, AARP, Des Moines, Iowa, Drake University.

90.     Boxer, R. J.: , August 14, 2003, Host for Candidates' Forum (Moderator, Gov. Thomas Vilsack), including Howard Dean, John Kerry, Dick Gephardt, Dennis Kucinich, Carol Mosley-Braun, John Edwards, Des Moines, Iowa, Drake University.

91.     Boxer, R. J.: February 15, 2004, Organizer and Moderator, Presidential Candidates Health Policy Forum, Milwaukee, WI, Univ. of WI-Milwaukee.

92.     Boxer, R. J.: March 200, Presidential Candidates Health Policy Forum, Oklahoma City

93.     Boxer, R. J.: February, 2004, Presidential Candidates Health Policy Forum, Manchester, New Hampshire

94.     Boxer, R.J.: Visiting Professor Lecture: Advances in the Management of Prostate Cancer, Singapore National University Hospital, Singapore, December 2007

PRINT MEDIA

1.  May 15, 1979: The American Urological Association News Bulletin, "Reports Existence of TCC-Specific Antigen in Prize-Winning Essay."

2.  December 3, 1989: The Milwaukee Journal, page 6B, "Hospital will try out test for prostate cancer" by Mark Ward.

3. July 8, 1989: <u>The Milwaukee Sentinel</u>, part 4, page 3, "40,000 Milwaukee men target of prostate cancer brochures."

4. July 15, 1989: <u>Women's Self Health Journal</u>, page 3, "Urine Control Problems? There is Help."

5. August 15, 1989: <u>The Milwaukee Journal Health Section</u> "Advice about Urinary Incontinence."

6. September 22, 1989: "Less Than Her Fair Share," editorial page, <u>Milwaukee Sentinel</u>.

7. November 1, 1989: <u>The Milwaukee Journal</u>, "Prostate Cancer: the most common cancer for men" in Health Care Today.

8. August 22, 1990: <u>The Milwaukee Journal</u>, section b, page 1, "Detecting cancer may get easier" by Neil Rosenberg.

9. October 12, 1990: <u>Wisconsin Jewish Chronicle</u>, page 17, "Prostate cancer can be cured with early detection"

10. July 6, 1991: <u>The Milwaukee Journal</u>, Sunday Lifestyle Section, <u>Ask</u> <u>the</u> <u>Doctor</u> column "Does urinary incontinence occur in men? If so, how frequently and what is the cause and treatment?"

11. November 26, 1991: <u>The Wisconsin Jewish Chronicle</u> "Cancer of the Prostate Gland-A Significant Health Hazard"

12. February 10, 1992: <u>The Milwaukee Journal</u>, Section D, page 5, <u>Ask</u> <u>the</u> <u>Doctor</u> column "Treating Kidney Stones Seldom Means Surgery."

13. August 10, 1992: <u>Ozaukee County News Graphic</u>, Volume 109, No. 59, page 18, "Prostate Cancer, A Significant Risk,"

14. June 2, 1993: <u>The Milwaukee Journal</u>, page A8 "Health Plan Check-up"

15. December 21, 1993: <u>The Milwaukee Sentinel</u>, "Prostate Cancer, All To Common, Still Too Puzzling", page 1.

16. July, 1994, "Medicine and Politics-Prescription for Change" in <u>Today's Health Care</u> <u>Journal</u>, page 7-8.

17. January, 1995, "Medicine and Politics-Prescription for Change II", in <u>Today's Health Care</u> <u>Journal</u>.

18. January, 1995, "Prostate Cancer: A Curable Disease", in <u>Accent on Health</u>, Winter, 1995.

19. January, 1995, "Medicine and Politics-Prescription for Change II", <u>Today's Health Care Journal</u>, Wisconsin Edition, pages 12-13.

20. March 14, 1995, "Media, Unions, Money in Plans to Lead Democrats", <u>Milwaukee Sentinel</u>, Local News, Page 5A.

21. August 14, 1995, <u>Milwaukee Journal/Sentinel</u>, page 7E, "Local Urologist Named to U.S. Cancer Board."

22. September, 1995, <u>Medical Society of Milwaukee County Newsletter</u>, page 9, "Clinton Names Milwaukee M.D. to National Cancer Board.

23. September 6, 1995, <u>Journal of the National Cancer Institute</u>, volume 87, no. 17, page 1287, "Urologist Named to NCAB"

24. 1995, <u>Wisconsin Medical Journal</u>, volume 94, no.9, page 521, "President Clinton Names Dr. Richard Boxer to the National Cancer Advisory Board.

25. September 10, 1996, <u>The Milwaukee Journal/Sentinel</u>, section B page 1, "The Doctor's Prescription: A Clinton Victory."

26. October 5, 1996, <u>Omaha-World Herald</u>, front page, "Cancer Doctor in Omaha to Seek His Own Healing."

27. December 18, 1996, The Milwaukee Journal Sentinel, 1A & 3A, "Clinton      Considers Posts."

28. October, 1997, <u>Urology Times</u>, pp 44-46, "Urologists confident they can compete with continence centers."

29. March 23, 1998, <u>The Milwaukee Journal Sentinel</u>, p. 3G: "Study Finds Vitamin E Helps Prostate Cancer."

30. May, 1998, <u>Urology Times</u>, (26:5), p.41: "Cancer-surviving physician learns about the other side of health care."

31. June 29, 1998, <u>The Milwaukee Journal Sentinel</u>, p. 1G: "Can riding a bike ruin your sex life?"

32. September 7, 1998, <u>The Milwaukee Journal Sentinel</u>, p. 5G: "For some Viagra users, pleasure outweigh risks.

33. September 8, 1998, <u>Kearney (Nebraska) Hub</u>, p.1: "Kearney native still caring for patients."

34. November 16, 1998, The Milwaukee Journal Sentinel, p. 2G: Penalties for violating privacy may be huge."

35. Winter, 1998, Impact Magazine (University of Nebraska Medical Center), p.18: "Cancer gets personal."

36. March 1999, The Physician Leader (Covenant Healthcare), p.1: "Prostate Cancer Programs."

37. April 14, 1999, The New York Times, National Report, P. A 16: "In 'Mother Teresa's Waiting Room,' Optimism." (Discusses the day of Congressional testimonies that I participated in.)

38. May, 1999, The Milwaukee Magazine, "Federal Feuding-Letter to the Editor, p.15.

39. May 4, 1999, American Urological Association Convention Newspaper, "A Person Perspective on Cancer."

40. March/April, 1999, American Urological News, Convention Issue, "Education Plus," P. 1

41. May 5-6, 1999, American Urological Association Daily News, "He's looked at health from both sides now," P. 1, 34-35.

42. September, 1999, Oncology Times: "Lymphoma Advocates Call for More Research Funding." XXI, No. 9, P. 39.

43. March 5, 2000: Milwaukee Journal Sentinel, "Non-Surgical prostate treatment offered," Page B1.

44. July, 2000: Oncology Times, "Targeting quality pharmaceutical care for cancer," P 11-19.

45. July 18-24, 2003: The Chicago Jewish News, "Working on a Dream."

46. September 5, 2003: The Wisconsin Jewish Chronicle, "Local physician, Chicago entrepreneur dream of American Center for Cures."

47.  October, 2003: The Counselor 50:11:39, "HA-LO Founder Takes on World's Diseases."

48. April 30, 2006: On Assignment. "American Center for Cures" one hour news magazine featuring my efforts to create a new national health research center.

PROFESSIONAL

UNIVERSITY BASIC LABORATORY RESEARCH EXPERIENCE

1. Human Immunobiology Group, University of California, Los Angeles, Drs. John Fahey and Andrew Saxon (1976-1977).
2. Immunobiology Research Center, University of Wisconsin under the direct supervision of Drs. Fritz H. Bach and Richard Hong (1970 and 1972).

GRANTS

I was principal investigator

1.      Boxer, R.J., Skinner, D.G., Kaufman, J.J., Elashoff, R. and Waisman, J.: Adenocarcinoma of the Prostate. Correlations of Clinical and Histological Data. USPHS Grant (5P01-CA-16042-03. Cancer Care Grant to UCLA Medical Center. ($2200), 1977

2.      Boxer, R.J. and Brosman S.: Urethral Substitution with Replamineform Prosthesis. Harbor General Professional Staff Association. NIH SO7RR05551-14. October 1, 1976-June 30, 1977 ($3000).

CLINICAL RESEARCH EXPERIENCE

<u>In each of the following clinical research investigations as a principal of the Affiliated Research Associates (a group of 20 private urology groups of which I was one of the founders)</u>, the pharmaceutical was tested through strict IRB and FDA rules:

A long-term, open-label clinical study evaluating the safety and efficacy of ------in subjects with symptomatic benign prostatic hyperplasia (BPH). 2000, Sub-Investigator.

A dose-range-finding, double-blind, randomized, multi center, active-comparator-controlled extension study to determine the effect of -------in postmenopausal women with predominantly urge urinary incontinence. 1999, Sub-Investigator.

Transdermal ------- in patients with urge urinary incontinence: a 12 week, multi-center, randomized, double-blind, placebo-controlled study with a 12 week open label, dose-titration, safety extension. 1999, Sub-Investigator.

A phase III, six-month, long-term, open-label, flexible dose, safety extension study of -----tablets (2, 3and 4mg) in the treatment of male erectile dysfunction. 1999, Sub-Investigator.

Extended safety and efficacy study of ------implant in patients with prostate cancer. 1999, Sub-Investigator.

A phase III, multi center, double-blind, randomized, placebo controlled, parallel group study of the efficacy and safety of controlled release ------versus tolterodine in the treatment of subjects with overactivie bladder. 1999, Sub-Investigator.

A randomized double-blind placebo controlled phase III trial evaluating ------plus standard therapy versus placebo and standard therapy in patients with recurrent carcinoma of the prostate who are asymptomatic with castrate levels of testosterone and have rising PSA levels without radiologically-evident metastatic disease. 1999, Sub-Investigator.

A phase III efficacy and safety study of -----3mg tablets versus placebo and ------3mg versus ------4mg tablets in the treatment of male erectile dysfunction. 1999, Sub-Investigator.

A dose-range study to evaluate (s)-oxybutynin, placebo, and ------ when administered to female subjects with unstable bladder conditions. 1999, Sub-Investigator.

Safety and efficacy of -------tablets in men with bladder overactivity and coexisting bladder outlet obstruction. A multinational, randomized, double blind and placebo-controlled 12 weeks study.    1999, Sub-Investigator.

A randomized, double-blind, multi center, phase III study of ------and Ciprofloxacin in the treatment of chronic bacterial prostatitis. 1999, Sub-Investigator.

A study to determine the minimum perceptible difference for each of five quality of life questionnaires for patients with BPH. 1999, Sub-Investigator.

Effect of Computer-Base Support on Prostate Cancer Treatment Decisions. 1999, Principle Investigator.

A phase II/III, double-blind, placebo-controlled, dose-finding study of the safety and efficacy of ---- in patients with symptomatic benign prostatic hyperplasia. 1999, Sub-Investigator.

A phase III, two year, long-term, open-label, flexible dose, safety extension study of ---- tablets in the treatment of male erectile dysfunction. 1998, Sub-Investigator.

A phase II, multicenter, parallel, randomized, double masked, placebo-controlled, dose-ranging study to test whether oral administration of ---- to patients with diabetes-related erectile dysfunction improve erectile function. 1998, Sub-Investigator.

An eleven-week, open label, randomized, multicenter, parallel-design, placebo lead-in study of ---- capsules, 0.4 mg daily versus ---- capsules, 5 mg daily in patients with the signs and symptoms of benign prostatic hyperplasia. 1998, Sub-Investigator.

A randomized, double-blind, placebo-controlled, multicenter, comparative, safety and efficacy study of intravenous ---- (4 and 8 mg) in prostate cancer patients with metastatic bone lesions receiving antineoplastic therapy. 1998, Principal Investigator.

A phase III at home use study evaluating the efficacy and safety of escalating doses of ---- 2, 4, and 5 mg in the treatment of male erectile dysfunction. 1998, Sub-Investigator.

A phase III, long-term, open-label, flexible dose, and safety extension study of ---- tablets in the treatment of male erectile dysfunction. 1998, Sub-Investigator.

Post approval study for the ---- Endoprosthesis for prostatic obstruction. 1998, Sub-Investigator.

Post approval study for the ----- Endoprosthesis for treating recurrent bulbar stricture disease. 1998, Sub-Investigator.

A multicenter pilot study to evaluate a transvaginal approach for the treatment of stress urinary incontinence in women. 1998, Sub-Investigator.

Validation Study of the dry mouth questionnaire and four versions of a urinary incontinence diary. 1998, Sub-Investigator.

Multicenter, double-masked, dose-ranging study of ----- vs. Placebo in men with voiding dysfunction or benign prostatic hyperplasia. 1997, Sub-Investigator.

A multicenter, double-blind, randomized, parallel group, dose titration study comparing the difference in dry mouth in patients treated with ---- and ---- for urge urinary incontinence. 1997, Sub-Investigator.

A multi-center, open label trial to study safety and efficacy of ---- Implantable Therapeutic System in patients with prostate cancer. 1997, Sub-Investigator.

A phase III, long term, flexible dose, efficacy and safety study of ---- tablets in the treatment of male erectile dysfunction. 1997, Sub-Investigator.

A phase III efficacy and safety study of four fixed doses of ------ tablets versus placebo in the treatment of male erectile dysfunction. 1997, Sub-Investigator.

A randomized, double-blind, placebo-controlled, two years parallel group study of the efficacy and safety of -----0.5 mg in the treatment and prevention of progression of benign prostatic hyperplasia. 1997, Sub-Investigator.

Clinical trial to assess efficacy and safety of ---- in patients with hormone-refractory stage D2 prostate cancer. 1997, Principal Investigator.

Phase II multi-center, open-labeled study of ----, administered as a subcutaneous, continuous infusion of 57 to 85 days ( 8 to 12 weeks) in patients undergoing radiation therapy interstitial seed implantation or other radiation therapy. 1997, Sub-Investigator.

An open-label, 24 month trial of 40 mg of oral ---- in patients with minimal erectile dysfunction. 1997, Sub-Investigator.

Patient Satisfaction with Cardura and Hytrin for Benign Prostatic Hyperplasia. 1997, Sub-Investigator.

Dose-finding study for delivery of anesthesia to the female urethra via iontophoresis. 1997, Sub-Investigator.

A randomized, double blind, placebo controlled, efficacy and safety study of oral ----- in patients with recurrent herpes labialis. 1997, Sub-Investigator.

A randomized, double blind, placebo controlled, efficacy and safety study of oral ----- in patients with recurrent genital herpes. 1997, Sub-Investigator.

Open-label safety and dose conversion/determination study of ----- for urge urinary incontinence. 1997, Sub-Investigator.

An open-label 24 month trial of 40 mg Oral ---- in patients with minimal erectile dysfunction. 1997, Sub-Investigator.

Long-term safety, tolerability and clinical efficacy of ----. A phase III open, multinational study in patients with detrusor overactivity, symptoms of frequency, urge incontinence and/or urgency. 1996, Sub-Investigator.

Proof-of-principle study for delivery of anesthesia to the urethra via an iontophertic catheter in 20 women. 1996, Sub-Investigator.

A placebo-controlled, parallel-group, crossover design phase III trial of----- in patients with erectile dysfunction. 1996, Sub-Investigator.

A methodology trial to assess the reproducibility of noninvasive measurements used in the diagnosis and assessment of treatment outcome for subjects with abnormal voiding. 1996, Sub-Investigator.

A phase III long-term, open-label, flexible dose, efficacy and safety study of ----- in the treatment of male erectile dysfunction. 1996, Sub-Investigator.

A phase III efficacy and safety study of three fixed doses of ----- tablets versus placebo in the treatment of male erectile dysfunction. 1996, Sub-Investigator.

A randomized, double-blind, comparative trial of ----- versus placebo in patients with early prostate cancer. 1996, Sub-Investigator.

A double-blind, placebo-controlled, dose ranging clinical evaluation of ----- and Finasteride in subjects with benign prostatic hyperplasia. 1996, Sub-Investigator.

A randomized, multi center, double-blind, double-dummy comparative trial of ----- and Ofloxacin for the treatment of bacterial prostatitis. 1995, Sub-Investigator.

A phase III open, multinational study in patients with detrusor overactivity and symptoms of frequency, urge incontinence and urgency. 1995, Principle Investigator.

A phase III randomized, double-blind, multi-national study in patients with detrusor overactivity and symptoms of frequency, urge incontinence and urgency. 1995, Principle Investigator.

A phase II study of intravesical --- in patients with transitional cell carcinoma of the bladder. 1995, Principle Investigator..

A phase II study of intravesical ----- in patients with carcinoma in situ of the bladder who have failed or have recurrence following treatment with BCG. 1995, Principle Investigator.
A pilot study of ----- in carcinoma in situ patients following BCG treatment failure.
1994, Principle Investigator.

Phase III study of ----- verses intravesical BCG in adult patients with BCG-naive bladder carcinoma in situ. 1994, Principle Investigator.

Phase III study of oral --- vs. Intravesical BCG in Adult Patients with
BCG Naive Bladder Carcinoma In Situ, Quality of Life Pharmacoeconomics. 1994, Principle Investigator.

Evaluation of the clinical effectiveness and cost-effectiveness of Terazosin (Hytrin) vs. placebo in the treatment of patients with symptomatic benign prostatic hyperplasia (BPH). 1992-1993, Principle Investigator.

Exhibit H
Page 114 of 371