# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ESTOCK, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 16cv2458-MMA (BLM)<br><br>**ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE REPLY BRIEF;**<br><br>**VACATING MOTION HEARING** |

On November 4, 2019, the Court granted Plaintiff a second extension of time in which to file his response in opposition to Defendants' pending motion for summary judgment. *See* Doc. No. 102. Upon due consideration, good cause appearing, the Court **GRANTS** Defendants an extension of time in which to file a reply brief in support of their pending motion. Accordingly, Defendants may file their reply brief on or before **November 13, 2019**. Upon completion of the briefing, the Court will take the matter under submission on the briefs, without oral argument, pursuant to Civil Local Rule 7.1.d.1. *See* Fed. R. Civ. P. 78(b). Accordingly, no appearances will be required, and the hearing previously scheduled for November 18, 2019 is **VACATED**.

　　**IT IS SO ORDERED**.

DATE: November 5, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge