BRIAN A. VOGEL (No. 167413)
LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326
E-Mail: brian@bvogel.com

Attorneys for Plaintiff Charles Holmes

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES (AL-0671), an individual,<br><br>                 Plaintiff,<br><br>vs.<br><br>DR. ESTOCK, et. al.<br><br>                 Defendants<br>_____ | 3:16-cv-02458-MMA-BLM<br><br>DECLARATION OF BRIAN A. VOGEL IN SUPPORT OF EX PARTE MOTION FOR ORDER TO MODIFY THE CASE MANAGEMENT SCHEDULE AND GRANT PALINTIFF LEAVE TO FILE HIS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AFTER THE BRIEFING DEADLINE.<br><br>Courtroom:  3D<br>Judge:  Hon. Michael M. Anello<br>Trial Date: None Assigned.<br>Complaint filed:  September 28, 2016 |

I, BRIAN A. VOGEL, declare as follows:

1.     I am an attorney duly licensed and admitted to practice in the State of California and the United States District Court for the Southern District of

1

California.  I am the principal attorney with the Law Offices of Brian A. Vogel, PC, and the attorney of record on this matter.  I make this declaration based upon information personally known to me.  If called to do so, I could and would testify competently to the facts set forth below.  I make this declaration in support of Plaintiff Charles Holmes' *Ex Parte* for an order to modify the case management schedule and grant plaintiff leave to file his opposition to motion for summary judgment after the briefing deadline

  2. Plaintiff's Counsel acknowledges that deadline has passed for the filing of the Opposition to Defendants' Motion for Summary Judgment and accepts full responsibility for the delay.  The delay was not the fault of Plaintiff himself.

  3. Plaintiff and Defendant have conducted written discovery and produced voluminous amounts of documentary evidence and Discovery is closed.

  4. Plaintiff seeks leave to file to file his Statement of Disputed and Undisputed Facts by January 31, 2020 and his Opposition to the MSJ by February 3, 2020.

  5. The delay is not the product of gamesmanship nor an effort to gain any undue advantage.  The reasons for the delay are as follows:

  6. On October31, 2019, Counsel for Plaintiff lost power due to an unscheduled power outage due to Santa Ana Winds, and the "Maria" Fire and lost a substantial portion of his Opposition To Motion for Summary Judgment as we well as his Statement on of Disputed/Undisputed Facts. Efforts to recover the files in full proved unsuccessful after power was restored.

  7. Shortly before the filing deadline on November 6, 2019, Plaintiff's primary paralegal assigned to this matter unexpectedly became unavailable to assist counsel in the drafting and filing of the motion and created a substantial

DECLARATION OF BRIAN A. VOGEL IN SUPPORT OF  DECLARATION OF BRIAN A. VOGEL IN SUPPORT OF EX PARTE MOTION FOR ORDER TO MODIFY THE CASE MANAGEMENT SCHEDULE AND GRANT PLAINTIFF LEAVE TO FILE HIS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AFTER THE BRIEFING DEADLINE.

negative impact upon the productivity of the office.  Numerous cases were adversely affected including a number of criminal cases in which the clients were in custody.  These cases were a priority for the office because they required immediate assistance and litigation in order to protect the liberty interests of the defendants.

8. Additionally, shortly thereafter, Plaintiff Counsel's mother suffered a problem with her hip and required assistance. Plaintiff counsel's son then broke his collar bone in a hockey game and required surgery.  Plaintiff's counsel then took a leave of absence from work to assist in their care.  Consequently, some procedural deadlines in several civil cases could not be met.  Several clients were referred to other attorneys who substituted in and took over the litigation.

9. Due to the complexity of this case, counsel was unable to obtain another attorney who could file an appropriate response.

10. Although Plaintiff's counsel should have filed a request for additional time to file a response at an earlier date, the court should not default the Plaintiff, who was not personally at fault and did not cause the delay.

11. Plaintiff's Counsel has now appropriately restaffed for this case. However, because the case is complex and they were unfamiliar with the voluminous records, Plaintiff's counsel respectfully requests leave to file a Statement of Disputed and Undisputed  Facts by February 3, 2020 and the Opposition to the MSJ by February 10, 2020.

DATED: January 28, 2019            LAW OFFICES OF BRIAN A. VOGEL, PC


By:     /s/ Brian A. Vogel

3

DECLARATION OF BRIAN A. VOGEL IN SUPPORT OF  DECLARATION OF BRIAN A. VOGEL IN SUPPORT OF EX PARTE MOTION FOR ORDER TO MODIFY THE CASE MANAGEMENT SCHEDULE AND GRANT PLAINTIFF LEAVE TO FILE HIS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AFTER THE BRIEFING DEADLINE.

                                                   Brian A. Vogel, Esq.
                                                   Attorneys for Plaintiff,
                                                   CHARLES HOLMES (AL-0671)

4

DECLARATION OF BRIAN A. VOGEL IN SUPPORT OF  DECLARATION OF BRIAN A. VOGEL IN SUPPORT OF EX PARTE MOTION FOR ORDER TO MODIFY THE CASE MANAGEMENT SCHEDULE AND GRANT PLAINTIFF LEAVE TO FILE HIS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AFTER THE BRIEFING DEADLINE.