## CERTIFICATE OF SERVICE

Case Name:  **Holmes v. Estock**          Case No.: **3:16-cv-02458-MMA-BLM**

I hereby certify that on November 1, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

***EX PARTE* MOTION TO MODIFY CASE MANAGEMENT SCHEDULE FOR THE MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BRIAN A. VOGEL; PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed October 28, 2019 at Ventura, California.

BRIAN A. VOGEL          */s/ Brian A. Vogel*
Declarant               Signature