# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES,<br><br>            Plaintiff,<br><br>v.<br><br>ESTOCK, et al.,<br><br>            Defendants. | Case No. 3:16-cv-02458-MMA-BLM<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 113] |

Plaintiff Charles Holmes, a California inmate, brings this civil rights action pursuant to 42 U.S.C. § 1983 alleging violations of his Eighth Amendment right to adequate medical care. Plaintiff, proceeding through counsel, has filed a Third Amended Complaint ("TAC") against Defendants. *See* Doc. No. 81. Defendants move for summary judgment as to all claims. *See* Doc. No. 96. On February 13, 2020, the Court issued a revised briefing schedule on the motion. *See* Doc. No. 112. Defendants now move for an extension of the deadline by which they must file a reply in support of their motion. *See* Doc. No. 113.

Upon due consideration of the supporting declaration of counsel, good cause appearing, the Court **GRANTS** Defendants' ex parte motion. Accordingly, if Plaintiff files a timely response in opposition to Defendants' motion for summary judgment, Defendants may file a reply in support of their motion on or before **May 14, 2020**.

**IT IS SO ORDERED**.

DATE: February 19, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge