BRIAN A. VOGEL (No. 167413)
LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326
E-Mail: brian@bvogel.com

Attorneys for Plaintiff Charles Holmes

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOLMES AL-0671,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. ESTOCK, et. al.,**<br><br>Defendants. | 3:16-cv-02458-MMA-BLM<br><br>***EX PARTE* MOTION TO MODIFY CASE MANAGEMENT SCHEDULE FOR THE MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BRIAN A. VOGEL**<br><br>Courtroom:  3D<br>Judge:       Hon. Michael M. Anello<br>Trial Date:   None Assigned<br>Action Filed:      9/28/2016 |

**TO THE HONORABLE COURT:**

By and through his counsel of record in this action, Brian A. Vogel for

Plaintiff CHARLES HOLMES ("Plaintiff"), hereby submits this ex parte motion

requesting that the Court extend the time for Plaintiff to file his Opposition to

Defendants' Motion for Summary Judgment for 60 days.

Plaintiff requests to file his Opposition to Defendants' Motion for Summary

Judgment for the reasons set forth in the Declaration of Brian A. Vogel below.

Plaintiff makes this request pursuant to the

1

1   Southern District's Rule 7.1(e)(7) which requires the consent of the judicial officer

2   assigned to the case prior to the filing of untimely motions and responses thereto.

3

4   DATED: April 2, 2020              LAW OFFICES OF BRIAN A. VOGEL, PC

5

6                                    By:    /s/ Brian A. Vogel

7                                           Brian A. Vogel, Esq.
                                            Attorneys for Plaintiff,
8                                           CHARLES HOLMES (AL-0671)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EX PARTE* MOTION TO MODIFY CASE MANAGEMENT SCHEDULE FOR THE
MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BRIAN A. VOGEL