BRIAN A. VOGEL (No. 167413)
LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326
E-Mail: brian@bvogel.com

Attorneys for Plaintiff Charles Holmes

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOLMES AL-0671,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**DR. ESTOCK, et. al.,**<br><br>                              Defendants. | 3:16-cv-02458-MMA-BLM<br><br>***EX PARTE* MOTION TO MODIFY CASE MANAGEMENT SCHEDULE FOR THE MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BRIAN A. VOGEL**<br><br>Courtroom:   3D<br>Judge:          Hon. Michael M. Anello<br>Trial Date:   None Assigned<br>Action Filed:       9/28/2016 |

**TO THE HONORABLE COURT:**

By and through his counsel of record in this action, Brian A. Vogel for Plaintiff CHARLES HOLMES ("Plaintiff"), hereby submits this ex parte motion requesting that the Court extend the time for Plaintiff to file his Opposition to Defendants' Motion for Summary Judgment for 60 days.

Plaintiff requests to file his Opposition to Defendants' Motion for Summary Judgment for the reasons set forth in the Declaration of Brian A. Vogel below. Plaintiff makes this request pursuant to the

1

Southern District's Rule 7.1(e)(7) which requires the consent of the judicial officer assigned to the case prior to the filing of untimely motions and responses thereto.

DATED: April 2, 2020                    LAW OFFICES OF BRIAN A. VOGEL, PC

                                        By:    /s/ Brian A. Vogel
                                               Brian A. Vogel, Esq.
                                               Attorneys for Plaintiff,
                                               CHARLES HOLMES (AL-0671)

# DECLARATION OF BRIAN A. VOGEL

I, BRIAN A. VOGEL, declare as follows:

1. I am an attorney duly licensed and admitted to practice in the State of California and the United States District Court for the Southern District of California. I am the principal attorney with the Law Offices of Brian A. Vogel, PC, and the attorney of record on this matter. I make this declaration based upon information personally known to me. If called to do so, I could and would testify competently to the facts set forth below. I make this declaration in support of Plaintiff Charles Holmes' *Ex Parte* Joint Motion for Order to Modify the Case Management Schedule to Continue Pending Deadlines for the Motion for Judgment.

2. Due to significant personal issues as outlined in my previous filing EX PARTEMOTION TO MODIFY CASE MANAGEMENT SCHEDULE FOR THE MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BRIAN A. VOGEL, Ecf no. 108, I am unable to complete the Opposition to the Motion for Summary Judgment in this matter. Likewise, I am unable to continue to represent Charles Holmes. Charles Holmes, is not at fault for my inability to complete the opposition. As of the filing of this declaration, I have informed him of my inability to proceed as well as of the fact that I have not completed the opposition as I told him I would do.

4. I am requesting that the court give Charles Holmes an additional 60-day continuance to file the opposition so that he secure other representation, or in the event he is unable to find another attorney to represent him, to proceed in pro per. I have had several conversations with attorneys who are competent to proceed in this matter but none have formally agreed to substitute in as as counsel at this time. Because of the coronavirus situation in the prisons, Mr. Holmes is rarely allowed out of his cell and is unable to proceed in pro per at this time. I have made agreed to assist him to the best of my abilities at this time and substantial progrtess has been made on the opposition to the Defendants' Motion for Summary

3

Judgments but it is not yet ready to file. As soon as is practicable, I will leave to withdraw as attorney of record or otherwise agree to a substitution of attorney with the court.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 2, 2020           LAW OFFICES OF BRIAN A. VOGEL, PC

By:   /s/ Brian A. Vogel
      Brian A. Vogel, Esq.
      Attorneys for Plaintiff,
      CHARLES HOLMES (AL-0671)