UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES, | Case No.: 16cv2458-MMA(BLM) |
| Plaintiff, | **ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| DR. ESTOCK, et al., | |
| Defendants. | |

The Mandatory Settlement Conference ("MSC") scheduled for March 3, 2021 is hereby **RESET** for **April 1, 2021** at **1:30 p.m.**

No later than **March 22, 2021**, counsel for each party shall send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the names and contact information for each participant [see ECF No. 146 at 3].

No later than **March 22, 2021**, the parties shall submit directly to Magistrate Judge Major's chambers (**efile_major@casd.uscourts.gov**) confidential settlement statements no more than ten (10) pages in length.

All other requirements and guidelines remain as previously set.  See ECF No. 146

**IT IS SO ORDERED.**

Dated:  2/24/2021

Hon. Barbara L. Major
United States Magistrate Judge

16cv2458-MMA(BLM)