UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ESTOCK, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 16cv2458-MMA-BLM<br><br>**ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE;**<br><br>**REQUIRING COUNSEL TO MEET AND CONFER RE: PRETRIAL SCHEDULE** |

　　　　Plaintiff Charles Holmes, a California inmate proceeding through counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983 alleging violations of his Eighth Amendment right to adequate medical care.  On February 16, 2021, the Court denied Defendants' motion for summary judgment.  *See* Doc. No. 145.  In light of the ongoing global pandemic and pursuant to the Order of the Chief Judge in effect at the time, *see* OCJ No. 60, the Court deferred issuing a pretrial scheduling order and ordered counsel for the parties to jointly contact the chambers of the assigned magistrate judge for the purpose of scheduling a settlement conference.  *See* Doc. No. 145 at 53.  The assigned magistrate judge held a mandatory settlement conference on April 13, 2021; the case did not settle.  *See* Doc. No. 150.

Holmes' claims must be tried to a jury. However, pursuant to Order of the Chief Judge No. 62, civil jury trials in this district will not resume until on or after June 1, 2021. Accordingly, the Court hereby **ORDERS** counsel for the parties to meet and confer and file within the next fourteen (14) business days a joint status report that sets forth a proposed pretrial schedule, taking into account the scheduling restriction set forth in OCJ No. 62, the trial-related procedures set forth in the undersigned's Civil Chambers Rules IX and X, and any scheduling issues that may be germane to this action in light of Holmes' current health status, place of confinement, and so forth.

**IT IS SO ORDERED**.

DATE: April 14, 2021

HON. MICHAEL M. ANELLO
United States District Judge