Rob Bonta
Attorney General of California
Richard F. Wolfe
Supervising Deputy Attorney General
Lisa L. Freund
Deputy Attorney General
State Bar No. 249174
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9569
 Fax: (619) 645-2581
 E-mail: Lisa.Freund@doj.ca.gov
*Attorneys for Defendants E. Estock, M.D., Ralph Diaz, Warren L. Montgomery, Muhammad Nasir, M.D., and Theresa Currier, D.O.*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES HOLMES** <br><br> **AL-0671,** <br><br> Plaintiff, <br><br> v. <br><br> **DR. ESTOCK; DR. BAL; S. CHAIKEN; C. REGULES; and DOES 1-3,** <br><br> Defendants. | Case No. 3:16-cv-02458-MMA-BLM <br><br> **DEFENDANTS' PRETRIAL DISCLOSURES** <br><br> **[Fed. R. Civ. P. 26(a)(3)]** <br><br> Dept: 3A <br> Judge: The Honorable Michael M. Anello <br> Trial Date: February 22, 2022 <br> Action Filed: September 28, 2016 |

Defendants E. Estock, M.D., Ralph Diaz, Warren L. Montgomery, Muhammad Nasir, M.D., and Theresa Currier, D.O. submit the following pretrial disclosures in accordance with Federal Rule of Civil Procedure Rule 26(a)(3):

**I.  WITNESSES**

   **A.  Witnesses Expected to be Presented at Trial**

   1.  Defendant E. Estock, M.D., c/o defense counsel;

2. Defendant Theresa Currier, D.O., c/o defense counsel;

3. Bennett Feinberg, MD, CCHP, California Correctional Health Care Services, PO Box 588500, Elk Grove, CA 95758, (916) 691-6648;

4. Richard Boxer, M.D., 1143 Linda Flora Drive, Los Angeles, CA 90049-1829, (305) 281-3621;

5. Nathaniel Gilmore, SSMII, c/o defense counsel; and

6. Plaintiff Charles Holmes.

**B.  Witnesses Who May be Called if Need Arises**

1. Defendant Kathleen Allison, c/o defense counsel;

2. Defendant Warren L. Montgomery, c/o defense counsel;

3. Defendant Muhammad Nasir, M.D., c/o defense counsel;

4. Marshall L. Stoller, M.D., 400 Parnassus Avenue, Sixth Floor, Suite A610, San Francisco, CA 94143;

5. Michael Kim, M.D., c/o defense counsel;

6. David E. Hjerpe, M.D., c/o defense counsel;

7. S. Gates, Chief, c/o defense counsel;

8. M. Estrada, R.N., c/o defense counsel;

9. G. Dagdagan, R.N., c/o defense counsel;

10. E. Stepp, R.N., c/o defense counsel;

11. Litigation Coordinator Porfirio Nava, c/o defense counsel;

12. Custodian of Records, Calipatria State Prison, 7018 Blair Road, Calipatria, CA 92233, (760) 348-700;

13. Custodian of Records, University of San Francisco Medical Center, 6425 Christie Abe, Emeryville, CA 94608;

14. Custodian of Records, University of San Diego Medical Center, 200 W. Arbor Drive, San Diego, CA 92103;

15. Custodian of Records, Loma Linda University Medical Center, 101 E. Redlands Boulevard, San Bernardino, CA 92408; and

16. Custodian of Records, Pioneer Memorial Healthcare District, 207 West Legion Road, Brawley, CA  92227.

### C. Witness Testimony by Deposition:

The only witness testimony by deposition that is anticipated is for purposes of impeachment.

## II. DOCUMENTS:

### A. Exhibits Defendants Expect to Present at Trial:

1. Progress Note, dated September 17, 2014, authored by Marshall L. Stoller, M.D.;
2. Health Care Services Physician Request for Services, dated July 28, 2014, authored by Jian Ma, M.D.;
3. Medical Classification Chrono, dated June 27, 2014, authored by E. Estock, M.D.;
4. Corcoran District Hospital History and Physical Examination report, dated May 18 or 21, 2012, authored by Rajendra Dwivedi, M.D.;
5. Corcoran District Hospital Operative Report, dated May 18 or 21, 2012, authored by Rajendra Dwivedi, M.D.;
6. Discharge Summary, dated May 24, 2012, authored by Ingy N. Ayad, M.D.;
7. Final Report, dated August 28, 2012, authored by Russell K. Paul, M.D.;
8. Operative Report, dated September 18, 2012, authored by Anthony Horan, M.D.;
9. Primary Care Provider Progress Note, dated October 1, 2012, authored by V. Pinboo, LVN;
10. Telemedicine Custody Consultation, dated November 30, 2012, authored by James Fawcett, M.D.;
11. Primary Care Provider Progress Note, dated February 14, 2013, authored by unknown;
12. Telemedicine Custody Consultation, dated March 5, 2013, authored by James Fawcett, M.D.
13. Interdisciplinary Progress Note, dated February 6, 2013, authored by various nurses;

14. Telemedicine Custody Consultation, dated June 18, 2013, authored by James Fawcett, M.D.;

15. Alvarado Hospital operative report, dated August 28, 2013, authored by James Fawcett, M.D.;

16. Alvarado Hospital report, dated August 28, 2013, authored by Rodney Hood, M.D.;

17. Letter from David Hadley, M.D. of Loma Linda University Health System to Katrina Ball, D.O., dated October 13, 2013;

18. Discharge Summary, dated October 29, 2013, authored by David Hadley, M.D.;

19. Physician's Orders, dated October 29, 2013, authored by A. Lopez, M.D.;

20. Progress Notes, dated October 17, 2013, authored by David Hadley, M.D.;

21. Progress Notes, dated November 26, 2013, authored by David Hadley, M.D.;

22. Medical Classification Chrono, dated February 12, 2014, authored by David E. Hjerpe, M.D.;

23. Health Care Services Physician Request for Services, dated February 13, 2014, authored by M. Kim, M.D.;

24. Medical Classification Chrono, dated February 14, 2014, authored by David E. Hjerpe, M.D.;

25. Telephone Progress Note, dated March 21, 2014, authored by David E. Hjerpe, M.D.;

26. Chart Note, dated March 20, 2014, authored by David E. Hjerpe, M.D.;

27. Discharge Summary, dated May 9, 2014, authored by David Hadley, M.D.;

28. Patient Instructions, dated May 9, 2014, authored by David Hadley, M.D.;

29. Physician's Orders, dated May 9, 2014, authored by E. Estock, M.D.;

30. Interdisciplinary Progress Notes, dated May 9, 2014, authored by unknown;

31. Admission Assessment, dated May 9, 2014, authored by unknown registered nurse;

32. Nursing Care Record, dated May 9 and 10, 2014, authored by various registered nurses;

33. Intake History and Physical Form, dated May 10, 2014, authored by E. Estock, M.D.;

| | | |
|---|---|---|
| 1 | 34. | Primary Care Provider Progress Note, dated May 12, 2014, authored by E. Estock, M.D.; |
| 3 | 35. | Progress Notes, dated May 28, 2014, authored by David Hadley, M.D.; |
| 4 | 36. | Interdisciplinary Progress Notes, dated May 31, 2014, authored by unknown; |
| 5 | 37. | Nursing Care Record, dated June 5, 2014, authored by various registered nurses; |
| 6 | 38. | Nursing Care Record, dated June 5, 2014, authored by various registered nurses; |
| 7 | 39. | Nursing Care Record, dated June 6, 2014, authored by various registered nurses; |
| 8 | 40. | Medical Progress Note, dated June 9, 2014, authored by Michael Kim, M.D.; |
| 9 | 41. | Nursing Care Record, dated June 17, 2014, authored by various registered nurses; |
| 10 | 42. | Nursing Care Record, dated June 17, 2014, authored by various registered nurses; |
| 11 | 43. | Primary Care Provider Progress Note, dated June 18, 2014, authored by David E. Hjerpe, M.D.; |
| 13 | 44. | Medical Classification Chrono, dated June 27, 2014, authored by E. Estock, M.D.; |
| 14 | 45. | Primary Care Provider Progress Note, dated July 2, 2014, authored by E. Estock, M.D.; |
| 16 | 46. | Nursing Care Record, dated July 3, 2014, authored by various registered nurses; |
| 17 | 47. | Refusal of Examination and/or Treatment, dated July 8, 2014, authored by L. Sepulveda, R.N.; |
| 19 | 48. | Interdisciplinary Progress Notes, dated July 8 and 11, 2014, authored by various registered nurses; |
| 21 | 49. | Health Care Services Physician Request for Services, dated July 10, 2014, authored by E. Estock, M.D.; |
| 23 | 50. | Nursing Care Record, dated July 11, 2014, authored by various registered nurses; |
| 24 | 51. | Nursing Care Record, dated July 12, 2014, authored by various registered nurses; |
| 25 | 52. | Nursing Care Record, dated July 12, 2014, authored by various registered nurses; |
| 26 | 53. | Interdisciplinary Progress Notes, dated July 12, 2014, authored by various registered nurses; |
| 28 | 54. | Nursing Care Record, dated July 13, 2014, authored by various registered nurses; |

| | | |
|---|---|---|
| 1 | 55. | TTA Note, dated July 14, 2014, authored by Michael Kim, M.D.; |
| 2 | 56. | Physician's Orders, dated July 14, 2014, authored by various doctors; |
| 3 | 57. | Refusal of Examination and/or Treatment, dated May 9, 2014, authored by J. |
| 4 | | Antunez, R.N. and M. Deleon; |
| 5 | 58. | Nursing Care Record, dated June 28, 2014, authored by various registered nurses; |
| 6 | 59. | Nursing Care Record, dated July 2, 2014, authored by various registered nurses; |
| 7 | 60. | Nursing Care Record, dated May 12, 2014, authored by various registered nurses; |
| 8 | 61. | Nursing Care Record, dated May 10, 2014, authored by various registered nurses; |
| 9 | 62. | Refusal of Examination and/or Treatment, dated May 10, 2014, authored by M. |
| 10 | | Estrada, R.N.; |
| 11 | 63. | Nursing Care Record, dated May 11, 2014, authored by various registered nurses; |
| 12 | 64. | Refusal of Examination and/or Treatment, dated May 12, 2014, authored by E. Stepp; |
| 13 | 65. | Nursing Care Record, dated May 13, 2014, authored by various registered nurses; |
| 14 | 66. | Nursing Care Record, dated May 14, 2014, authored by various registered nurses; |
| 15 | 67. | Refusal of Examination and/or Treatment, dated May 17, 2014, authored by G. |
| 16 | | Dagdagan, R.N.; |
| 17 | 68. | Refusal of Examination and/or Treatment, dated May 30, 2014, authored by H. |
| 18 | | Rangelu and M. Estrada, R.N.; |
| 19 | 69. | Refusal of Examination and/or Treatment, dated June 6, 2014, authored by various |
| 20 | | registered nurses; |
| 21 | 70. | Refusal of Examination and/or Treatment, dated June 7, 2014, authored by various |
| 22 | | registered nurses; |
| 23 | 71. | Refusal of Examination and/or Treatment, dated June 22, 2014, authored by M. |
| 24 | | Estrada, R.N.; |
| 25 | 72. | Refusal of Examination and/or Treatment, dated June 23, 2014, authored by various |
| 26 | | registered nurses; |
| 27 | 73. | Refusal of Examination and/or Treatment, dated June 24, 2014, authored by various |
| 28 | | registered nurses; |

74. Refusal of Examination and/or Treatment, dated June 24, 2014, authored by J. Antunez, R.N. and J. Nunez, R.N.;
75. Refusal of Examination and/or Treatment, dated June 27, 2014, authored by various registered nurses;
76. Refusal of Examination and/or Treatment, dated June 29, 2014, authored by various registered nurses;
77. Refusal of Examination and/or Treatment, dated June 29, 2014, authored by various registered nurses;
78. Refusal of Examination and/or Treatment, dated July 2, 2014, authored by various registered nurses;
79. Refusal of Examination and/or Treatment, dated July 9, 2014, authored by various registered nurses;
80. Nursing Care Record, dated May 10, 2014, authored by various registered nurses;
81. Nursing Care Record, dated May 29, 2014, authored by various registered nurses;
82. Nursing Care Record, dated May 30, 2014, authored by various registered nurses;
83. Nursing Care Record, dated June 5, 2014, authored by various registered nurses;
84. Nursing Care Record, dated June 13, 2014, authored by various registered nurses;
85. Nursing Care Record, dated June 16, 2014, authored by various registered nurses;
86. Nursing Care Record, dated June 17, 2014, authored by various registered nurses;
87. Nursing Care Record, dated June 18, 2014, authored by various registered nurses;
88. Nursing Care Record, dated June 21, 2014, authored by various registered nurses;
89. Nursing Care Record, dated June 22, 2014, authored by various registered nurses;
90. Nursing Care Record, dated June 23, 2014, authored by various registered nurses;
91. Nursing Care Record, dated June 24, 2014, authored by various registered nurses;
92. Nursing Care Record, dated June 25, 2014, authored by various registered nurses;
93. Nursing Care Record, dated June 26, 2014, authored by various registered nurses;
94. Nursing Care Record, dated June 27, 2014, authored by various registered nurses;
95. Nursing Care Record, dated June 28, 2014, authored by various registered nurses;

| | | |
|---|---|---|
| 1 | 96. | Nursing Care Record, dated June 29, 2014, authored by various registered nurses; |
| 2 | 97. | Nursing Care Record, dated June 30, 2014, authored by various registered nurses; |
| 3 | 98. | Nursing Care Record, dated July 1, 2014, authored by various registered nurses; |
| 4 | 99. | Nursing Care Record, dated July 2, 2014, authored by various registered nurses; |
| 5 | 100. | Nursing Care Record, dated July 3, 2014, authored by various registered nurses; |
| 6 | 101. | Nursing Care Record, dated July 4, 2014, authored by various registered nurses; |
| 7 | 102. | Nursing Care Record, dated July 5, 2014, authored by various registered nurses; |
| 8 | 103. | Nursing Care Record, dated July 6, 2014, authored by various registered nurses; |
| 9 | 104. | Nursing Care Record, dated July 7, 2014, authored by various registered nurses; |
| 10 | 105. | Nursing Care Record, dated July 8, 2014, authored by various registered nurses; |
| 11 | 106. | Nursing Care Record, dated July 9, 2014, authored by various registered nurses; |
| 12 | 107. | Nursing Care Record, dated July 10, 2014, authored by various registered nurses; |
| 13 | 108. | Nursing Care Record, dated July 11, 2014, authored by various registered nurses; |
| 14 | 109. | Nursing Care Record, dated July 12, 2014, authored by various registered nurses; |
| 15 | 110. | Nursing Care Record, dated July 13, 2014, authored by various registered nurses; |
| 16 | 111. | Physician's Orders, dated July 18, 2014, authored by Jian. Ma, M.D.; |
| 17 | 112. | Intake History and Physical Form, dated July 9, 2016, authored by A. Lopez; |
| 18 | 113. | Physician's Orders, dated July 12, 2016, authored by E. Estock, M.D.; |
| 19 | 114. | Primary Care Progress Note, dated July 14, 2016, authored by T. Currier, D.O.; |
| 20 | 115. | Primary Care Progress Note, dated July 28, 2016, authored by T. Currier, D.O.; |
| 21-22 | 116. | Health Care Services Physician Request for Services, dated August 18, 2016, authored by T. Currier, D.O.; |
| 23-24 | 117. | Primary Care Provider Progress Note, dated September 7, 2016, authored by T. Currier, D.O.; |
| 25-26 | 118. | Interdisciplinary Progress Notes, dated September 7, 2016, authored by B. Stepke, M.D.; |
| 27-28 | 119. | Primary Care Provider Progress Note, dated September 19, 2016, authored by T. Currier, D.O.; |

120. Telemedicine Custody Consultation, dated October 6, 2016, authored by James Fawcett, M.D.;
121. Primary Care Provider Progress Note, dated October 17, 2016, authored by T. Currier, D.O.;
122. Primary Care Provider Progress Note, dated December 14, 2016, authored by T. Currier, D.O.;
123. Loma Linda University Medical Center medical report, dated December 19, 2016, authored by Dean A. Hadley, M.D.;
124. Health Care Services Physician Request for Services, dated December 28, 2016, authored by T. Currier, D.O.;
125. Health Care Services Physician Request for Services, dated January 25, 2017, authored by T. Currier, D.O.;
126. Primary Care Provider Progress Note, dated February 23, 2017, authored by T. Currier, D.O.;
127. Physician's Orders, dated March 27, 2017, authored by T. Currier, D.O.;
128. Loma Linda University Medical Center medical report, dated April 21, 2017, authored by Dean A. Hadley, M.D.;
129. Health Care Services Physician Request for Services, dated May 1, 2017, authored by T. Currier, D.O.;
130. Loma Linda University Medical Center medical report, dated August 17, 2017, authored by Dean A. Hadley, M.D.;
131. Physician's Orders, dated May 1, 2017, authored by T. Currier, D.O.;
132. Medication List, dated August 17, 2017, authored by T. Currier, D.O.;
133. Progress Note, dated December 27, 2017, authored by Dean A. Hadley, M.D.;
134. Progress Notes, dated June 11, 2018, authored by T. Currier, D.O.;
135. Inpatient Chart Report, dated September 4, 2018, authored by Jill C. Buckley, M.D.;
136. Inpatient Chart Report, dated September 10, 2018, authored by Carl K. Hoh, M.D.;
137. Inpatient Chart Report, dated October 2, 2018, authored by Thomas B. Kinney, M.D.;

138. University of California San Diego Medical Center prescription, dated October 2, 2018, authored by Thomas B. Kinney, M.D.;
139. Inpatient Chart Report, dated October 10, 2018, authored by Jill C. Buckley, M.D.; and
140. Provider Telephone/Consultation Note, dated October 20, 2018, authored by T. Currier, D.O.;

**B.     Exhibits Defendants Will Offer if the Need Arises**

1. Chronic Care Intake, dated July 22, 2014, authored by Jian Ma, M.D.;
2. Health Care Services Physician Request for Services, dated July 28, 2014, authored by Jian Ma, M.D.;
3. UCSF Medical Center medical report, dated September 17, 2014, authored by Marshall Stoller, M.D.;
4. UCSF Medical Center medical report, dated October 8, 2014, authored by Marshall Stoller, M.D.;
5. Primary Care Provider Progress Note, dated December 9, 2014, authored by Jian Ma, M.D.;
6. Medical Encounter Note, dated March 3, 2015, authored by Jian Ma, M.D.;
7. UCSF Medical Center Progress Notes, dated July 15, 2015, authored by Marshall L. Stoller, M.D.;
8. Medical Progress Note, dated September 4, 2015, authored by Jian Ma, M.D.;
9. Pioneers Memorial Healthcare District medical report, dated October 31, 2018, authored by Brent Butcher, M.D.;
10. UCSD Health Inpatient Chart Report, dated November 26-27, 2018, authored by Richard A. Owusu, M.D.;
11. UCSD Health Inpatient Chart Report, dated July 10, 2019, authored by Jill C. Buckley, M.D.;
12. UCSD Health Inpatient Chart Report, dated January 8, 2019, authored by Jill C. Buckley, M.D.;

| | | |
|---|---|---|
| 1 | 13. | UCSD Health Inpatient Chart Report, dated July 10, 2019, authored by Jill C. Buckley, M.D.; |
| 3 | 14. | Interrogatories to Plaintiff from Defendant E. Estock, M.D., Set One; |
| 4 | 15. | Plaintiff's Responses to Defendant E. Estock, M.D. Interrogatories; |
| 5 | 16. | Curriculum Vitae of Bennett Fienberg, M.D.; |
| 6 | 17. | Curriculum Vitae of Richard Boxer, M.D.; |
| 7 | 18. | Bennett Feinberg, M.D.'s expert witness report, dated November 3, 2017, and supporting documents; |
| 9 | 19. | Richard Boxer's expert witness report, dated November 18, 2018, and supporting documents; |
| 11 | 20. | Plaintiff's Complaint; |
| 12 | 21. | Plaintiff's First Amended Complaint; |
| 13 | 22. | Plaintiff's Second Amended Complaint; |
| 14 | 23. | Plaintiff's Third Amended Complaint; |
| 15 | 24.. | Transcript of Deposition of Charles Holmes; |
| 16 | 25. | Charles Holmes' subpoenaed C-File from the California Department of Corrections and Rehabilitation; |
| 18 | 26. | Charles Holmes' subpoenaed medical records from the California Department of Corrections and Rehabilitation; |
| 20 | 27. | Charles Holmes' subpoenaed medical records from Pioneer Memorial Hospital; |
| 21 | 28. | Charles Holmes' subpoenaed medical records from Loma Linda University Medical Center; |
| 23 | 29. | Charles Holmes' subpoenaed medical records from USCF Medical Center; |
| 24 | 30. | Charles Holmes' subpoenaed medical records UCSD Health; and |
| 25 | 31. | Charles Holmes' subpoenaed medical records Alvarado Hospital. |

///
///
///

Dated: December 3, 2021

Respectfully submitted,

R OB B ONTA
Attorney General of California
R ICHARD F. W OLFE
Supervising Deputy Attorney General

*s/ Lisa L. Freund*
L ISA L. F REUND
Deputy Attorney General
*Attorneys for Defendants E. Estock, M.D., Ralph Diaz, Warren L. Montgomery, Muhammad Nasir, M.D., and Theresa Currier, D.O.*

SD2017703609
83155958.docx

# CERTIFICATE OF SERVICE

Case Name:  **Holmes v. Estock**          No.  **3:16-cv-02458-MMA-BLM**

I hereby certify that on December 3, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS' PRETRIAL DISCLOSURES

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 3, 2021, at San Diego, California.

|  |  |
|---|---|
| K. Towne | *K. Towne* |
| Declarant | Signature |

SD2017703609
83156634.docx