UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CHARLES HOLMES, | Case No.: 16cv2458-MMA(BLM) |
|---|---|
| Plaintiff, | **ORDER SETTING SETTLEMENT CONFERENCE** |
| v. | |
| DR. ESTOCK, et al., | |
| Defendants. | |

Trial is scheduled to begin in the above-entitled matter on February 22, 2022. ECF No. 153. After reviewing the status of the case and consulting with Judge Anello, the Court finds it appropriate to hold a videoconference settlement conference on **January 11, 2022** at **1:30 p.m.** To facilitate the conference, the Court hereby **ORDERS** as follows:

1. The Court will use its official Zoom video conferencing account to hold the settlement conference. **IF YOU ARE UNFAMILIAR WITH ZOOM**: Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the settlement conference.[2] There

---

[1] Participants should use a device with a camera to fully participate in the video conference. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices may offer inferior performance.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

1

16cv2458-MMA(BLM)

1  is a cost-free option for creating a Zoom account.

2      2.   Prior to the start of the settlement conference, the Court will e-mail each settlement conference participant an invitation to join a Zoom video conference. Again, if possible, <u>participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance</u>. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device will be prompted to download and install Zoom before proceeding when they click on the ZoomGov Meeting hyperlink**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the settlement conference begins.

3      3.   Each participant should plan to <u>join the Zoom video conference at least five minutes before the start of the settlement conference</u> to ensure that the settlement conference begins promptly at **<u>1:30 p.m.</u>  The Zoom e-mail invitation may indicate an earlier start time, but the settlement conference will begin at the Court-scheduled time**.

4      4.   Zoom's functionalities will allow the Court to conduct the settlement conference as it ordinarily would conduct an in-person settlement conference. That is, the Court will begin the settlement conference with all participants joined together in a main session. After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5      5.   No later than **January 3, 2022**, counsel for each party shall send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the following:

   a.   The **name and title of each participant**, including all parties and party

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b.    An **e-mail address for each participant** to receive the Zoom video conference invitation; and

    c.    A **telephone number where each participant may be reached** so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.  (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

6.    No later than **January 3, 2022**, the parties shall submit directly to Magistrate Judge Major's chambers via email at **efile_Major@casd.uscourts.gov** confidential settlement statements no more than ten (10) pages in length.

7.    All participants shall display the same level of professionalism during the settlement conference and be prepared to devote their full attention to the settlement conference as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, <u>each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference</u>.

8.    Plaintiff's counsel must coordinate the appearance of Plaintiff at the settlement conference.  Plaintiff may participate in the settlement conference by video or telephonically by calling the number provided in the Zoom invitation.

**IT IS SO ORDERED**.

Dated: 12/13/2021

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge