BRIAN A. VOGEL (No. 167413)
LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326
E-Mail: brian@bvogel.com

Attorneys for Plaintiff Charles Holmes

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES (AL-0671), an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DR. ESTOCK, et. al. <br><br> Defendants | 3:16-cv-02458-MMA-BLM <br><br> DECLARATION OF BRIAN A. VOGEL REGARDING THE COURT ORDER TO VACATE DATES IN THE SCHEDULING ORDER AND TO SHOW CAUSE WHY PLAINTIFF"S COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO PROSECUTE ECF NO. 157 <br><br> Courtroom: 3D <br> Judge: Hon. Michael M. Anello <br> Trial Date: None Assigned. <br> Complaint filed: September 28, 2016 |

I, BRIAN A. VOGEL, declare as follows:

    1.    I am an attorney duly licensed and admitted to practice in the State of California and the United States District Court for the Southern District of

1

DECLARATION OF BRIAN A. VOGEL REGARDING THE COURT ORDER TO VACATE DATES IN THE SCHEDULING ORDER AND TO SHOW CAUSE WHY PLAINTIFF"S COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO PROSECUTE

California. I am the principal attorney with the Law Offices of Brian A. Vogel, PC, and the attorney of record on this matter. I make this declaration based upon information personally known to me. If called to do so, I could and would testify competently to the facts set forth below. I make this declaration regarding the court\s order to vacate the dates im the scheduling order and to show cause why Plaintiff's counsel should not be sanctioned for failure to prosecute (ECF NO. 157)

    2.    I was diagnosed with Covid 19 on or about De3cember 10, 12/21/21. My mother was visiting at the time for the holidays and I because3 of her advanced age and susceptibility to the virus I had to tquarantine at a friend's house and I could not go to work.

    3.    I was quite ill for two weeks but did not require hospitalization..

    4.    I will accept whatever sanctions the court deems appropriate but I would ask that the court not dismiss the case against the plaintiff as the faiulre to prosecute was through no fault of his..

    5.    Defense counsel and I had several discussions re: settlement over the last several months and I believe that we can settle the matter if her clients are amenable to the figures we have discussed.

    6.    Injunctive relief has been largely satisfied already as Mr. Holmes obtaine3d corrective surgery from a for his condition from a specialist at UCSD which both he and nephrologist Dr. Fawcett had been requesting for several years.

    7.    Accordingly, the only remaining issues in dispute in this matter are the culpability of the defendants, for the alleged deliberate indifference to his serious medical needs, and damages and costs if plaintiff prevails.

2

DECLARATION OF BRIAN A. VOGEL REGARDING THE COURT ORDER TO VACATE DATES IN THE SCHEDULING ORDER AND TO SHOW CAUSE WHY PLAINTIFF"S COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO PROSECUTE

8. Plaintiff has not made unreasonably burdensome demands regarding his ongoing medical treatment and has not requested unreasonably high damages or costs, I believe the case can be settled on reasonable terms, or, alternatively, successfully tried.

9. I therefore request that Plaintiff, Mr. Holmes not have his matter dismissed due factors which were beyond his control.

10. I will file a second motion to be relieved as counsel as soon as I can find suitable counsel for Mr. Holmes and request that the court consider a motion to modify the scheduling order in order to insure that Mr. Holmes' case gets heard.

Executed this 10th day of January 2022 at Ventura, California.

DATED: August 24, 2020.          LAW OFFICES OF BRIAN A. VOGEL, PC

/s/ Brian A. Vogel Brian A. Vogel,
Attorneys for Plaintiff,
CHARLES HOLMES (AL-0671)
By: /s/

3

DECLARATION OF BRIAN A. VOGEL REGARDING THE COURT ORDER TO VACATE DATES IN THE SCHEDULING ORDER AND TO SHOW CAUSE WHY PLAINTIFF"S COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO PROSECUTE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF BRIAN A. VOGEL REGARDING THE COURT ORDER TO VACATE DATES IN THE SCHEDULING ORDER AND TO SHOW CAUSE WHY PLAINTIFF"S COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO PROSECUTE

# CERTIFICATE OF SERVICE

Case Name:  **Holmes v. Estock**          Case No.: **3:16-cv-02458-MMA-BLM**

I hereby certify that on February 10, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF BRIAN A. VOGEL
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANS' MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed February 10, 2020 at Ventura, California.


BRIAN A. VOGEL                    /s/ Brian A. Vogel
Declarant                         Signature

DECLARATION OF BRIAN A. VOGEL REGARDING THE COURT ORDER TO VACATE DATES IN THE SCHEDULING ORDER AND TO SHOW CAUSE WHY PLAINTIFF"S COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO PROSECUTE