# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Michael M. Anello

| | |
|---|---|
| CASE NUMBER: | 16-cv-02458-MMA-BLM |
| TITLE: | Holmes v. Estock et al |
| FILED DATE: 1/10/2022 | DOCUMENT NO.: 159 |
| DOCUMENT TITLE: | Ex Parte Request for Alternate Legal Counsel or Remedy |
| DOCUMENT FILED BY: | Nikki Hevesy |

Upon the filing of the above referenced document(s), the following discrepancies are noted:

The Court has reviewed the submission and determined that it is inappropriate for filing. Pursuant to this District's Civil Local Rules, individuals who are neither parties to an action nor counsel may not file documents in an ongoing civil action. See CivL.R 5.1.h. In this case, Plaintiff is currently represented by counsel. Accordingly, all submissions in this action on behalf of Plaintiff must be filed by counsel.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Rejected documents to be returned to filer? ☐ Yes.

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

/s Law Clerk

Chambers of the Honorable
Michael M. Anello