UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES,<br><br>         Plaintiff,<br><br>vs.<br><br>ESTOCK, et al.,<br><br>         Defendants. | Case No.: 16-cv-2458-MMA (BLM)<br><br>**ORDER APPOINTING PRO BONO COUNSEL PURSUANT TO 28 U.S.C. § 1915(e)(1) AND S.D. Cal. Gen. Order 596** |

  Plaintiff Charles Holmes, a prisoner currently incarcerated at Kern Valley State Prison ("KVSP") in Delano, California, is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

  Plaintiff suffers from a congenital kidney defect and his Eighth Amendment inadequate medical care claims against Defendants Estock, Currier, Diaz, Montgomery, and Nasir have survived summary judgment. *See* Doc. No. 145. Plaintiff was previously represented by retained counsel, but his attorney has since been granted leave to withdraw. *See* Doc. No. 166. Because the case must proceed to trial on the merits, on May 20, 2022, the Court sua sponte reconsidered Plaintiff's original motion to appoint counsel pursuant to 28 U.S.C. § 1915(e)(1) and referred his case to its Pro Bono Panel for potential representation pursuant to S.D. Cal. General Order 596. *See* Doc. No. 168. The Court's "Plan for the Representation of *Pro se* Litigants in Civil Cases" as adopted by G.O. 596 provides that "the Court may appoint counsel for purposes of trial as a matter of

course in each prisoner civil rights case where summary judgment has been denied." S.D. Cal. Gen. Order 596.

Accordingly, the Court hereby **APPOINTS** Michael Huggins, Esq., SBN 305562, Kirsten Jackson, SBN 265952, and Jake Ryan, SBN 211899, all of Latham & Watkins LLP, 12670 High Bluff Drive, San Diego, California, 92130, all of whom have graciously accepted the Court's request, as Pro Bono Counsel for Plaintiff.

Pursuant to S.D. Cal. CivLR 83.3.f.2, Pro Bono Counsel is directed to file, within **fourteen (14) days** of this Order if possible in light of the constraints inherent in Plaintiff's incarceration at KVSP, a formal written Notice of Substitution of Attorney signed by both Plaintiff and his newly appointed counsel.[1]  This substitution will be approved by the Court upon submission, and Pro Bono Counsel will thereafter be considered attorney of record for Plaintiff for all purposes *during further proceedings before this Court, in this matter only, and at the Court's specific request.*  See S.D. Cal. CivLR 83.3.f.1, 2.  The Court further **DIRECTS** the parties to jointly contact the assigned Magistrate Judge within **twenty-one (21) days** of the Notice of Substitution for the purpose of scheduling a settlement conference at Judge Major's convenience.

The Court **DIRECTS** the Clerk of the Court to serve Mr. Huggins, Ms. Jackson, and Mr. Ryan with a copy of this Order via U.S. Mail at the address listed above and by email at michael.huggins@lw.com, kirsten.jackson@lw.com, and jake.ryan@lw.com upon filing.  See S.D. Cal. CivLR 83.3.f.2.

**IT IS SO ORDERED**.

Dated:  June 3, 2022

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] Should any other attorneys affiliated with Latham & Watkins, LLP wish to enter an appearance on Plaintiff's behalf, they need only be admitted to practice in the Southern District of California, and identified in the Notice of Substitution filed by Mr. Huggins.