1
2
3
4
5
6

7

## UNITED STATES DISTRICT COURT

8

## SOUTHERN DISTRICT OF CALIFORNIA

9

10   CHARLES HOLMES,

11                                          Plaintiff,

12   v.

13   DR. ESTOCK, et al.,

14                                          Defendants.

| Case No.:  16cv2458-MMA(BLM) |
| **ORDER SETTING ATTORNEYS-ONLY CASE MANAGEMENT VIDEOCONFERENCE** |

15      After considering the status of the case, the Court finds it appropriate to schedule an

16   attorneys-only Case Management Videoconference ("CMC") for **September 20, 2022** at **2:00**

17   **p.m.**  To facilitate this conference, the Court hereby **ORDERS** as follows:

18          1.      The Court will use its official Zoom video conferencing account to hold the CMC.

19   **IF YOU ARE UNFAMILIAR WITH ZOOM**:  Zoom is available on computers through a

20   download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the

21   installation of a free app.[1]   Joining a Zoom conference does not require creating a Zoom

22   account, but it does require downloading the .exe file (if using a computer) or the app (if using

23

24   _____

25   [1] Participants should use a device with a camera to fully participate in the video conference. If
possible, participants are encouraged to use laptops or desktop computers for the video
26   conference, as mobile devices may offer inferior performance.

27                                          1

28                                                              16cv2458-MMA(BLM)

1    a mobile device).  Participants are encouraged to create an account, install Zoom and familiarize

2    themselves with Zoom in advance of the CMC.[2]   There is a cost-free option for creating a Zoom

3    account.

4           2.      Prior to the start of the CMC, the Court will e-mail each CMC participant an

5    invitation to join a Zoom video conference.  Again, if possible, participants are encouraged to

6    use laptops or desktop computers for the video conference, as mobile devices often offer inferior

7    performance.  Participants shall join the video conference by following the ZoomGov Meeting

8    hyperlink in the invitation.  **Participants who do not have Zoom already installed on their**

9    **device will be prompted to download and install Zoom before proceeding when they**

10   **click on the ZoomGov Meeting hyperlink**.  Zoom may then prompt participants to enter the

11   password included in the invitation. All participants will be placed in a waiting room until the

12   CMC begins.

13          3.      Each participant should plan to join the Zoom video conference at least five

14   minutes before the start of the CMC to ensure that the CMC begins promptly at **2:00 p.m**.  **The**

15   **Zoom e-mail invitation may indicate an earlier start time, but the CMC will begin at**

16   **the Court-scheduled time**.

17          4.      No later than **September 13, 2022**, counsel for each party shall send an e-mail

18   to the Court at **efile_Major@casd.uscourts.gov** containing the following:

19          a.      The **name and title of each participant**;

20          b.      An **e-mail address for each participant** to receive the Zoom video conference

21   invitation; and

22          c.      A **telephone number where each participant may be reached** so that if

23   technical difficulties arise, the Court will be in a position to proceed telephonically instead of by

24   _____

25   [2]  For   help   getting   started   with   Zoom,   visit:   https://support.zoom.us/hc/en-
26   us/categories/200101697-Getting-Started

27                                                        2

28                                                                                  16cv2458-MMA(BLM)

1  video conference.

2       5.     All participants shall display the same level of professionalism during the CMC and

3  be prepared to devote their full attention to the CMC as if they were attending in person.

4  Because Zoom may quickly deplete the battery of a participant's device, <u>each participant should</u>

5  <u>ensure that their device is plugged in or that a charging cable is readily available during the</u>

6  <u>video conference</u>.

7       6.     Failure to participate may result in the imposition of sanctions.

8       **IT IS SO ORDERED**.

9  Dated:  9/2/2022

                                   Hon. Barbara L. Major

10                                  United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28