UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DR. ESTOCK, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  16cv2458-MMA(BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On September 20, 2022, the Court held an attorneys-only Case Management Videoconference ("CMC") in this matter.  ECF No. 174.  After speaking with counsel for both sides and conferring with District Judge Anello, the Court orders the following:

　　　1.　　Plaintiff must file any motion to reopen limited discovery by **October 11, 2022**. The motion must identify the specific discovery Plaintiff wants to conduct, state the reason for the requested discovery being conducted after the close of discovery, and include a specific time frame for the discovery.

　　　2.　　Defendant must file any opposition to the motion by **October 18, 2022**.

　　　3.　　Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d) (1) and no personal appearances will be required.

**IT IS SO ORDERED**.

Dated:  9/22/2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge