UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLMES,<br><br>                 Plaintiff,<br><br>vs.<br><br>ESTOCK, et al.,<br><br>                 Defendants. | Case No.: 16-cv-2458-MMA (BLM)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A DAUBERT MOTION**<br><br>[Doc. No. 187] |

    Plaintiff Charles Holmes, a California inmate, brings this civil rights action pursuant to 42 U.S.C. § 1983 alleging violations of his Eighth Amendment right to adequate medical care. On June 16, 2022, the Court appointed Plaintiff Pro Bono Counsel pursuant to 28 U.S.C. § 1915(e)(1) and General Order 596. *See* Doc. No. 169. Plaintiff now moves the Court for leave to file a motion challenging Defendants' experts pursuant to *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 582 (1993).

    Pursuant to the Rule 16 Scheduling Order and the undersigned's Civil Chambers Rules, *Daubert* motions were due no later than October 4, 2019. *See* Doc. No. 93; Civ. Chambers R. IX fn. 3. Although Plaintiff seeks to file a *Daubert* motion more than three years late, his prior counsel's failures, including his failure to file a *Daubert* motion and timely oppose summary judgment, are well-documented. *See* Doc. Nos. 157, 168. Further, the record demonstrates that since appointment, Plaintiff's current counsel have

been diligent in pursuing discovery and readying this case for trial.  Accordingly, the Court finds good cause to modify the Rule 16 Scheduling Order to permit Plaintiff to file a *Daubert* motion.  *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *see also Valentine v. Nielsen*, No. 16cv2357-W(KSC), 2018 U.S. Dist. LEXIS 39285, at *12 (S.D. Cal. Mar. 9, 2018) ("Parties may be able to satisfy the 'good cause' standard if they can show that a prior attorney's actions were 'grossly negligent.'") (quoting *Community Dental Servs. v. Tani*, 282 F.3d 1164, 1168 (9th Cir. 2002)).  The Court therefore **GRANTS** Plaintiff's unopposed motion and **SETS** the following schedule and limitations:

1. Plaintiff may file one omnibus motion, not to exceed twenty-five (25) pages, asserting all *Daubert* challenges on or before **July 14, 2023**.

2. Defendants' opposition, not to exceed twenty-five (25) pages, is due on or before **July 28, 2023**.

3. No reply briefs will be accepted.

4. The Court will hear oral argument on Plaintiff's *Daubert* motion at the Final Pretrial Conference, **September 11, 2023 at 1:30 p.m.**

**IT IS SO ORDERED**.

Dated:  May 25, 2023

HON. MICHAEL M. ANELLO
United States District Judge